IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § **Plaintiff,** § § v. § § **ANDREW I. FARMER,** § **CHARLES E. GROB, JR.,** § **CAROLYN AUSTIN,** § **BALDEMAR P. RIOS, and** § **CHIMERA ENERGY CORP.** § § **Defendants.** § § | Case No.: 4:14-CV-02345 |

**APPENDIX IN SUPPORT OF PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

The Securities and Exchange Commission submits the attached appendix in support of Plaintiff's Statement of Undisputed Facts. The appendix contains:

1. Exhibit A: Declaration of Nikolay Vydashenko — App. 000001

2. Exhibit B: Deposition Excerpts of: — App. 000004
   - Andrew I. Farmer
   - Charles Grob
   - David Loev
   - Baldemar P. Rios
   - Fernando Flores Avila
   - Carmina Moreno Sanchez
   - Thomas Massey

3. Exhibit C: Press Releases — App. 000099

4. Exhibit D: Declarations of: — App. 000141
   - Tyson Rohde
   - Anna Farmer
   - Eddie Austin, Jr.
   - Carolyn Austin
   - Daniel SoRelle

Mark Dillon
John Brotherton

5. Exhibit E:  JP Morgan Chase Bank Records ..... App. 000166

6. Exhibit F:  Wells Fargo Bank Records ..... App. 000256

7. Exhibit G:  Defendant Farmer's Responses to Plaintiff's First Requests for Admissions ..... App. 000280

8. Exhibit H:  Certificate Authorizing Oak Resources to open brokerage account at Merrimac Securities ..... App. 000294

9. Exhibit I:  Merrimac Trading Authorization ..... App. 000296

10. Exhibit J:  Chimera Articles of Incorporation ..... App. 000298

11. Exhibit K:  Promissory Note ..... App. 000300

12. Exhibit L:  Chimera S-1 Registration Statement – Oct. 19, 2011 ..... App. 000305

13. Exhibit M:  Chimera 10Q – April 13, 2012 ..... App. 000371

14. Exhibit N:  Email from Farmer dated Sept. 28, 2011 ..... App. 000382

15. Exhibit O:  Email from Farmer dated Oct. 18, 2011 ..... App. 000386

16. Exhibit P:  Email chain from Farmer dated Nov. 17, 2011 ..... App. 000398

17. Exhibit Q:  Email chain from Farmer dated Dec. 5, 2011 ..... App. 000393

18. Exhibit R:  Email chain from Love dated Dec. 12, 2011 ..... App. 000395

19. Exhibit S:  Email chain from Tyson Rohde dated Dec. 22, 2011 ..... App. 000397

20. Exhibit T:  Chimera Subscription Agreements ..... App. 000399

21. Exhibit U:  Email chain from Eddie Austin dated Jun 20, 2013 ..... App. 000499

22. Exhibit V:  Email chain from Eddie Austin dated Jun 20, 2013 ..... App. 000501

23. Exhibit W: Email chain from Eddie Austin dated Jun 20, 2013 ..... App. 000505

24. Exhibit X:  Email chain from Eddie Austin dated Jun 20, 2013 ..... App. 000508

25. Exhibit Y:  Email chain from Eddie Austin dated Jun 20, 2013   App. 000510

26. Exhibit Z:  SEC Release No. 34-41110   App. 000512

27. Exhibit AA:  SEC Release No. 34-39670   App. 000569

28. Exhibit BB:  FINRA Rule 6432   App. 000604

29. Exhibit CC:  NASD Notice to Members 00-49   App. 000607

30. Exhibit DD:  NASD Notice to Members 92-50   App. 000612

31. Exhibit EE:  FINRA Form 211   App. 000620

32. Exhibit FF:  Email from Farmer dated Dec. 22, 2011   App. 000628

33. Exhibit GG:  Email chain from Farmer dated Jan. 13, 2012   App. 000630

34. Exhibit HH:  Email chain from Eddie Austin dated Jun 20, 2013   App. 000637-A

35. Exhibit II:  Pennaluna & Company transmittal letter and Application dated Jan. 24, 2012   App. 000638-A

36. Exhibit JJ:  FINRA letter finding application deficient   App. 000648

37. Exhibit KK:  Email chain from Grob dated Feb. 3, 2012   App. 000650

38. Exhibit LL:  Pennaluna & Company response to FINRA RE: deficiency dated Feb. 6, 2012   App. 000659

39. Exhibit MM:  FINRA reply Pennaluna dated Mar 12, 2012   App. 000667

40. Exhibit NN:  Email from Farmer dated Mar 13, 2012   App. 000670

41. Exhibit OO:  Chimera letter to Pennaluna dated Mar 14, 2012   App. 000675

42. Exhibit PP:  FINRA letter dated Apr 10, 2012   App. 000678

43. Exhibit QQ:  Iridium Capital Ltd. correspondence regarding IPO investors   App. 000680

44. Exhibit RR:  Chartered Investments Inc. correspondence dated May 12, 2012   App. 000685

| | |
|---|---|
| 45. Exhibit SS : Oak Resources Inc. stock purchase agreement dated May 11, 2012 | App. 000687 |
| 46. Exhibit TT: TransAmerica stock purchase agreement dated May 10, 2012 | App. 000689 |
| 47. Exhibit UU: Chartered Investment Act of Sale of Common Stock dated Apr 6, 2012 | App. 000691 |
| 48. Exhibit UU.1: Chartered Investment Act of Sale of Common Stock dated Apr 6, 2012 | App. 000694-A |
| 49. Exhibit UU.2: Oak Resources Inc. Act of Sale of Common Stock dated Mar 20, 2012 | App. 000704 |
| 50. Exhibit UU.3: Testimony excerpts for Lydia Cotton dated Aug 20, 2013 | App. 000715 |
| 51. Exhibit UU.4: TransAmerica Trading Act of Sale of Common Stock dated May 1, 2012 | App. 000720 |
| 52. Exhibit UU.5: Scottsdale Trading Account Statement dated Nov 1, 2010 | App. 000733 |
| 53. Exhibit VV: FINRA Transfer Agent Verification Form | App. 000739 |
| 54. Exhibit WW: Chimera Energy Prospectus | App. 000743 |
| 55. Exhibit XX: Chimera Energy Form 10Q dated July 16, 2012 | App. 000802 |
| 56. Exhibit YY: Chimera Energy Form 8K dated July 26, 2012 | App. 000813 |
| 57. Exhibit ZZ: Chimera Energy payment to Crisp Media | App. 000822 |
| 58. Exhibit AAA: Email chain from John Brotherton dated July 26, 2012 | App. 000828 |
| 59. Exhibit BBB: Digital call marketplace insertion order | App. 000832 |
| 60. Exhibit CCC: Marchex credit charge record | App. 000834 |

61. Exhibit DDD:  American Express credit card record — App. 000836

62. Exhibit EEE:  Dow Jones advertising placement order — App. 000838

63. Exhibit FFF:  Scottsdale Capital Advisors trade blotter — App. 000848

64. Exhibit GGG:  Scottsdale Capital Advisors wire transfer request form — App. 000851

65. Exhibit HHH:  Merrimax Corp Securities trade blotter — App. 000856

66. Exhibit III:  Pennaluna trade blotter — App. 000859

67. Exhibit JJJ:  Oak Resources brokerage account transfer records — App. 000867

68. Exhibit KKK:  Marshall Islands Entities transactions — App. 000871

69. Exhibit LLL:  Marshall Islands Entities transactions — App. 000873

70. Exhibit MMM:  Yurovskaya Due Diligence Questionnaire — App. 000875

71. Exhibit NNN:  Kylemore Trust Document — App. 000881

72. Exhibit OOO:  Kylemore Corp Articles of Incorporation — App. 000888

73. Exhibit PPP:  Account opening documents at CBH for Kylemore Corp — App. 000890

74. Exhibit QQQ:  Tikhonova account opening forms — App. 000893

75. Exhibit RRR:  Hillsmere Trust — App. 000898

76. Exhibit SSS:  Hillsmere Articles of Incorporation — App. 000904

77. Exhibit TTT:  Tikhonova background questionnaire — App. 000907

78. Exhibit UUU:  Tikhonova Due Diligence Questionnaire — App. 000910

79. Exhibit VVV:  Yurovskaya Due Diligence Questionnaire — App. 000912

80. Exhibit WWW:  American Express credit card record          App. 000914

81. Exhibit XXX:  Email chain from Farmer dated Mar 13, 2012   App. 000916

82. Exhibit YYY:  Email from Farmer dated July 27, 2012        App. 000918

83. Exhibit ZZZ:  Email chain from Eddie Austin dated
    July 21, 2012                                              App. 000926

84. Exhibit AAAA:  Email chain from Hannah Loev dated
    August 10, 2012                                            App. 000930

85. Exhibit BBBB:  McKay document dated Aug 15, 2012           App. 000936

86. Exhibit CCCC:  Master credit agreement between Infinite
    And Chimera dated Aug 15, 2012                             App. 000954

87. Exhibit DDDD:  Email chain from Thomas Massey dated
    Aug 20, 2012                                               App. 000967

88. Exhibit EEEE:  Email chain from Farmer dated Aug 24, 2012  App. 000970

89. Exhibit FFFF:  So-called Memorandum of Understanding dated
    Aug 7, 2012                                                App. 000973

90. Exhibit GGGG:  Email chain from David Loev dated
    Aug 28, 2012                                               App. 000976

91. Exhibit HHHH:  Email chain from Farmer dated
    Aug 28, 2012                                               App. 000982

92. Exhibit IIII:  Email from Thomas Massey dated Sept 17, 2012  App. 000989

93. Exhibit JJJJ:  Email chain from Grob dated Sept. 26, 2012  App. 000992

94. Exhibit KKKK:  Email chain from David Loev dated
    Oct 2, 2012                                                App. 001000

95. Exhibit LLLL:  Air Liquide USA LLC Complaint dated

Appendix                                                                6
*SEC v. Farmer, et al.*

Oct 1, 2012                                                              App. 001005

96. Exhibit MMMM:  Email chain from Farmer dated Oct 3, 2012 App. 001022

97. Exhibit NNNN:  Email chain from Thomas Massey dated
    Oct. 9, 2012                                                         App. 001026

98. Exhibit OOOO:  Chimera Form 8K dated Oct 10, 2012                    App. 001030

99. Exhibit PPPP:  FINRA letter dated Oct 2, 2012                        App. 001039

100.   Exhibit QQQQ:  Email from Baldemar Rios dated
       Oct 11, 2012                                                      App. 001042

101.   Exhibit RRRR:  Email chain from Rios dated Oct 15, 2012           App. 001048

102.   Exhibit SSSS:  Email chain from Grob dated Oct 15, 2012           App. 001063

103.   Exhibit TTTT:  Email chain from David Loev dated
       Oct 2, 2012                                                       App. 001072-A

104.   Exhibit UUUU:  Chimera 10Q dated Jan 13, 2012                     App. 001077

105.   Exhibit VVVV:  Chimera 10Q dated Apr 13, 2012                     App. 001103

Dated: August 14, 2015         Respectfully submitted,

                               s/Matthew J. Gulde
                               Matthew J. Gulde
                               Attorney-in-Charge
                               Illinois Bar No. 6272325
                               S.D. Texas Bar No. 1821299
                               Nikolay Vydashenko
                               New York Bar No. 4628566
                               United States Securities and
                               Exchange Commission
                               Burnett Plaza, Suite 1900
                               801 Cherry Street, Unit 18
                               Fort Worth, TX  76102
                               Telephone:  (817) 978-1410

Facsimile:  (817) 978-4927
guldem@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court. Additionally, I have caused a true copy thereof to be delivered by the United States Postal Service, Certified Mail, Return Receipt Requested, addressed to:

Chimera Energy Corp.
c/o Nevada Secretary of State
Meyers Annex Office, Attn: Alfie Frieser
202 N. Carson Street
Carson City, Nevada 89701
Defendant

*s/Matthew J. Gulde*_____
Matthew J. Gulde