**CHMR: Press Reports Mexico Friendly to Non-Hydraulic Extraction While U.S. Hydrocarbon Industry Ties to Research Is Questioned**

HOUSTON, TX, Aug 30, 2012 (MARKETWIRE via COMTEX) — Chimera Energy Corp (OTCBB: CHMR): United Press International has just reported, in an article titled "Mexico OKs Non-Hydraulic Oil Extraction", that "Hydraulic fracturing remains banned in several countries, including France, and is restricted in parts of the United States." And that "In the United States, controversy has triggered calls for investigations into ties between the hydrocarbons industries and academic institutions conducting research into shale resources. Professors and staff at the State University of New York at Buffalo recently requested further information on the founding and funding of the school's Shale Resources and Society Institute." The full UPI article may be seen here http://www.upi.com/Science_News/Technology/2012/08/28/Mexico-OKs-non-hydraulic-oil-extraction/UPI-36201346185549/#ixzz24shYSEec

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

Some U.S. hydrocarbons industries with financial interests in older hydraulic fracturing methods are perceived rivals to Chimera Energy Corp's new Non-Hydraulic Oil Extraction. As such, Chimera's management is engaging specialized expertise to further safeguard its valuable Intellectual Property.

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000056

**New Influential Anti-Hydraulic Fracking Movement Could Be Big Boost for CHMR's New Non-Hydraulic Extraction**

HOUSTON, TX, Aug 31, 2012 (MARKETWIRE via COMTEX) — Chimera Energy Corp (OTCBB: CHMR): The hydrocarbon industry is rampant with stories of the "Big Boys" of hydraulic fracking being involved in controversy that is triggering calls for investigations into ties between the hydrocarbons industries and academic institutions conducting research into shale resources. Professors and staff at the State University of New York at Buffalo recently requested further information on the founding and funding of the school's Shale Resources and Society Institute. It is well known that the hydraulic fracking industry has recently spent fortunes for positive PR and expensive television advertising spots. When such wealth may feel threatened by opposing evidence or new and cleaner technology, one can't help but feel that the halls of established power are stacked against the newcomers. In business, one could see that the status quo of fracking would be compelled to use every bit of their wealth, power and influence at every level in a no holds bar effort to protect their investments, profits and turf.

Now, there may be some well-known and influential help to balance the scales of power in a more transparent and fair way. On Wednesday, a new group called "Artists Against Fracking" went public and began taking action steps yesterday to foil hydraulic fracturing, starting in New York. The new influential group reportedly includes the family of the late John Lennon -- Sean Lennon & Yoko Ono, Paul McCartney and a vast membership of some of the most recognizable names in America. One visit to their website shows how serious they plan to fight the "Big Boys" of hydraulic fracking. The website may be seen at www.ArtistsAgainstFracking.com

Cornell Engineering Professor Anthony Ingraffea, who appeared at the Artists Against Fracking conference, said industry data show one out of 20 wells leak. "No matter what the industry tells you, their own data ... proves conclusively to any reasonable scientist or engineer that it is impossible to design any well so it will never leak," Ingraffea said. "Wells will leak. Wells do leak. The best and the brightest in that industry have been trying to solve that problem for 100 years."

Chimera Energy Corp feels that they have a viable solution to this problem that uses zero water. It is a system called Non-Hydraulic Extraction and can be seen on the Company's website at www.ChimeraEnergyUSA.com

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

Some U.S. hydrocarbons industries with financial interests in older hydraulic fracturing methods are perceived active rivals to Chimera Energy Corp's new Non-Hydraulic Oil Extraction. As such, Chimera's management is engaging specialized expertise to further safeguard its valuable Intellectual Property. Chimera Energy Corp's management believes that the more that the public is made aware of better alternatives to hydraulic fracking, the better their chances of proliferating their new technology that is designed to safely replace it. Artists Against Fracking may be an unstoppable force to inform the public about the same science that makes the Company feel its Intellectual Property will be the next big thing in Shale Oil extraction

About Chimera Energy Corp.

CHM
000057

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000058

**Chimera Energy Corp to Request Consideration for Non-Hydraulic Extraction to Be Excluded From France's Shale Ban**

HOUSTON, TX, Sep 05, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) disclosed today that Company President Charles Grob will be travelling to France in October in an effort to request consideration of the Company's Non-Hydraulic Extraction system for exception under the country's current shale ban. Last year, the French parliament passed a law outlawing hydraulic fracturing because of concern it can pollute drinking water, effectively halting plans by companies to explore for shale gas in southern France.

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Last week, Bloomberg Businessweek reported that the French government plans to keep the ban in effect until clean technologies can replace hydraulic fracturing, according to France's Energy Minister Delphine Batho. The full article may be seen at http://www.businessweek.com/news/2012-08-29/france-to-keep-shale-ban-until-fracking-alternative-emerges

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

Chimera Energy Corp is currently proceeding with efforts to utilize Non-Hydraulic Extraction in Mexico. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000059

**Hydraulic Fracking Continues to Face Controversy as CHMR Proceeds With System Designed as Safer Alternative**

HOUSTON, TX, Sep 06, 2012 (MARKETWIRE via COMTEX) – Chimera Energy Corp (OTCBB: CHMR): The Cornell Daily Sun reported yesterday that with state and local elections rapidly approaching, Tompkins County, New York politicians remain at odds over one of the most contentious issues in New York State, which is hydraulic fracking. In December 2010, the Tompkins County Legislature voted 14 to one in favor of petitioning New York State for a statewide ban on fracking. While pleased with this step, Martha Robertson, chair of the Tompkins County Legislature, said hydraulic fracking is an issue that extends beyond New York State and deserves federal attention.

"We've made tremendous headway in New York in educating lawmakers," Robertson said. "But there is fracking going on in at least 31 other states. It's a federal issue. Even if we ban it in New York, it's not enough."

The full article may be read at: http://www.cornellsun.com/section/news/content/2012/09/05/tompkins-county-representatives-push-fracking-ban

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

Chimera Energy Corp is currently proceeding with efforts to utilize Non-Hydraulic Extraction in Mexico. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide, including in the United States.

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp  832-390-2334

CHM
000060

**PEMEX Officials Deliver Logging Reports on Target Wells to Chimera Energy Corp. for Use of Non-Hydraulic Extraction**

HOUSTON, TX, Sep 10, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp. (OTCBB: CHMR) announced today that officials with PEMEX delivered well data and logging reports to CHMR on Saturday in Poza Rica, Mexico for Company use in dialing in specifications for the use of Non-Hydraulic Extraction there. PEMEX and Chimera Energy Corp. executed a Memorandum of Understanding last month regarding the utilization of CHMR's revolutionary exothermic Non-Hydraulic Extraction method throughout Latin America. PEMEX, also known as Petroleos Mexicanos, is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America.

Chimera Energy Corp.'s Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Initial meetings and resultant well data show that the first wells targeted for use of Non-Hydraulic Extraction are located in the Chicontepic Basin of Mexico and may be ideal for Non-Hydraulic Extraction versus hydraulic fracking -- even beyond the environmental positives. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1x109 m3). Many of the wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp. is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp. is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp. (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp. may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.
Image Available: http://www2.marketwire.com/mw/frame_mw?attachid=2087809

Media Contact:
Charles Grob
Chimera Energy Corp.
832-390-2334

CHM
000061

**Chimera Energy Corp Sets 90-Day Schedule for Non-Hydraulic Extraction Deployment in Chicontepic Basin**

HOUSTON, TX, Sep 11, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) announced today that Company management has formulated a 90-day schedule for the first deployment of Non-Hydraulic Shale Oil Extraction in the Chicontepic Basin of Mexico. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1x109 m3). Officials with PEMEX delivered drilling logs to CHMR on Saturday in Poza Rica, Mexico for Company use in dialing in specifications for the use of Non-Hydraulic Extraction there. Chimera Energy Corp has shipped equipment to Mexico while oil & gas engineering firm Weis S.A. has been making arrangements for other system components to be assembled in Mexico City.

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data shows that the first wells targeted for use of Non-Hydraulic Extraction may be ideal for Non-Hydraulic Extraction versus hydraulic fracking, even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000065

**Chimera Energy Corp Sets Up Non-Hydraulic Extraction System Assembly in Poza Rica at Chicontepic Basin**

HOUSTON, TX, Sep 13, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) announced today that Company consultant Weis S.A. has engaged Alta Maquinaria SA de CV in Poza Rica for final fabrications and assembly of the main equipment to be used for Non-Hydraulic Shale Oil Extraction at the Chicontepic Basin in Mexico. Earlier this week, Chimera Energy Corp management announced that they have formulated a 90-day schedule under the guidance of Weis S.A. for the first deployment of Non-Hydraulic Shale Oil Extraction in the Chicontepic Basin. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1x109 m3). Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data shows that the first wells targeted for use of Non-Hydraulic Extraction may be ideal for Non-Hydraulic Extraction versus hydraulic fracking, even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000066

**Hydraulic Fracking Faces New Political Opposition in the U.S. as Mexico Embraces CHMR's Waterless Alternative**

HOUSTON, TX, Sep 17, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR): Justin Wagner, candidate for New York Senate, held a press conference last week with State Senator Tony Avella attending in support to call for a statewide ban on hydraulic fracking. Avella is sponsor of a bill to prohibit the practice in New York. Currently, there is a de facto moratorium on hydraulic fracturing as the state Department of Environmental Conservation studies its effects.

Meanwhile in Mexico -- United Press International has reported that "Mexico OKs Non-Hydraulic Oil Extraction" as Chimera Energy Corp forges ahead with deployment of the new technology on wells located in the Chicontepic Basin. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1x109 m3). The Commissioner of the National Commission of Hydrocarbons of Mexico has also voiced support of CHMR's revolutionary new Non-Hydraulic Shale Oil Extraction system, stating, "This technology can be a game changer for Mexico's oil production." The National Commission of Hydrocarbons is translated as Comision Nacional de Hidrocarburos and known as the CNH. The Commission's website may be seen at www.cnh.gob.mx

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data shows that the first wells targeted for use of Non-Hydraulic Extraction may be ideal for Non-Hydraulic Extraction versus hydraulic fracking, even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact: Charles Grob   Chimera Energy Corp   832-390-2334

CHM
000067

**CHMR's Non-Hydraulic Extraction Does Not Utilize Radioactive Equipment Like Halliburton Recently Lost**

HOUSTON, TX, Sep 19, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) -- DailyTech has reported, in an article titled "Oil Company Loses Radioactive Tool; Could be Dangerous to Humans," that "Halliburton recently announced that it lost a 7-inch radioactive cylinder that is used for hydraulic fracturing. Hydraulic fracturing is a process where oil and gas companies insert water and other components underground to break up subterranean formations. By doing this, natural gas is free to leak to the surface. However, Halliburton slipped up and lost this 7-inch radioactive cylinder somewhere in West Texas." The full article can be seen at http://www.dailytech.com/Oil+Company+Loses+Radioactive+Tool+Could+be+Dangerous+to+Humans+/article27701.htm

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented technology designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radiation, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Chimera Energy Corp is currently proceeding with efforts to utilize Non-Hydraulic Extraction on wells located at the Chicontepic Basin. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1x109 m3). The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000068

**PEMEX Schedules Chimera Energy Corp Onsite Verification of Chicontepic Wells for End of Month**

HOUSTON, TX, Sep 20, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) announces receipt of the schedule from PEMEX requesting that Chimera Energy Corp personnel be onsite with PEMEX representatives at the Central Tajin Area to verify the first wells for intended use of Non-Hydraulic Shale Oil Extraction. The request states the last week of this month for the onsite activity in Chicontepic Tajin, Veracruz.

PEMEX and Chimera Energy Corp executed a Memorandum of Understanding last month regarding the utilization of CHMR's revolutionary exothermic Non-Hydraulic Extraction method throughout Latin America. PEMEX, also known as Petroleos Mexicanos, is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America. The PEMEX target wells are located in the Chicontepic Basin. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1x109 m3).

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radioactive materials, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data received from PEMEX shows that the first wells targeted for deployment may be ideal for Non-Hydraulic Extraction versus hydraulic fracking, even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000069

**Chimera Energy Corp Selects Air Liquide as Supplier for Upcoming Non-Hydraulic Extraction Project**

HOUSTON, TX, Sep 21, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) disclosed today that Company management has selected Air Liquide as its supplier of helium for use in Non-Hydraulic Extraction on Pemex wells in the Chicontepic Basin of Mexico. Articles have circulated recently that report a temporary tightening in the worldwide helium supply. As such, Chimera Energy Corp management acted quickly to identify the supplier for the project in order to eliminate any potential impact.

Air Liquide is a publicly traded company that is headquartered in Paris and listed on the stock market in France. Chimera Energy Corp is acting to request that the French government consider excluding the Company's Non-Hydraulic Extraction from the country's current Shale ban. Air Liquide's U.S. based website may be seen at http://www.us.airliquide.com/

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented technology designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radiation, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000070

**Chimera Energy Corp Secures $2.5 Million Line of Credit to Implement New Non-Hydraulic Shale Extraction Projects**

HOUSTON, TX, Sep 24, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) announced today that Company management has secured a $2.5 Million (U.S.) line of credit to be used in implementing Non-Hydraulic Shale Extraction on projects in conjunction with Pemex on wells in the Chicontepic Basin of Mexico and future locations, as needed.

PEMEX and Chimera Energy Corp executed a Memorandum of Understanding last month regarding the utilization of CHMR's revolutionary exothermic Non-Hydraulic Extraction method throughout Latin America. PEMEX, also known as Petroleos Mexicanos, is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America. The first PEMEX wells identified for the new process are located in the Chicontepic Basin, which is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil. Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented technology designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radiation, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data received from PEMEX shows that the first wells targeted for deployment may be ideal for Non-Hydraulic Extraction versus hydraulic fracking -- even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide, including application for exclusion from France's current shale ban.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000071

## Chimera Energy Corp Distributes PEMEX Signed Well Identification Letter for Non-Hydraulic Extraction

**Houston, TX—September 24, 2012**—Chimera Energy Corp (OTCBB: CHMR) announced distribution of the signed PEMEX well identification letter dated August 6, 2012 regarding the use of CHMR's Non-Hydraulic Extraction.

The letter is attached as part of this press release.

PEMEX
EXPLORACIÓN Y PRODUCCIÓN

SUBDIRECCIÓN DE INGENIERÍA Y DESARROLLO DE OBRAS ESTRATÉGICAS
Gerencia de Proyectos División Norte

Poza Rica de Hgo., Ver., a 6 de agosto del 2012

***CHIMERA ENERGY CORP***

ASUNTO: SOLICITUD DE PROPUESTA PARA EFECTUAR PRUEBAS DE RECUPERACIÓN EN POZOS.

A quien corresponda:

Por medio de la presente hacemos de su conocimiento que estamos interesados en realizar las pruebas correspondientes aplicando la tecnología de su empresa, para mantener y/o recuperar la producción de crudo en el campo de Chicontepec, Ver. específicamente en el campo maduro del Tajin, área central pozos 4,5, y 6.

Por lo cual les solicitamos una propuesta para poder llevar a cabo dicho objetivo.

Si mas por el momento y en espera de su pronta respuesta.

Atentamente

Ing. José Quiroga H.
Superintendencia de Contratos. R.N.

*JAAM*

Subdirección de Ingeniería y Desarrollo de Obras Estratégicas. Gerencia de Proyectos División Norte
Edificio Administrativo Planta Baja, Col. Herradura. Interior del Campo PEMEX. C.P. 93370. Poza Rica de Hgo., Ver

**Signed Letter From PEMEX dated August 6, 2012** (above)

**About Chimera Energy Corp.**

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects,". "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

SEC-MACREPORT-P-0000024

**Chimera Energy Corp Distributes PEMEX Signed Onsite Schedule Regarding Non-Hydraulic Extraction**

Houston, TX—September 24, 2012—Chimera Energy Corp (OTCBB: CHMR) announced distribution of the signed PEMEX onsite schedule letter dated September 14, 2012 regarding CHMR's Non-Hydraulic Extraction.

The letter is attached as part of this press release.



PEMEX
EXPLORACIÓN Y PRODUCCIÓN

SUBDIRECCIÓN DE INGENIERÍA Y DESARROLLO DE OBRAS ESTRATÉGICAS
Gerencia de Proyectos División Norte

Poza Rica de Hgo., Ver., a 14 de Septiembre del 2012

**CHIMERA ENERGY CORP**

ASUNTO: VISITA DE CAMPO A POZOS EN EL AREA CENTRAL DEL TAJIN.

A quien corresponda:

Por este medio solicitamos que la visita de campo al área Central del Tajin que se lleve a cabo durante la última semana del presente mes de Septiembre, 2012; lo anterior con la finalidad de identificar y conocer el área donde se pudieran aplicar a las primeras pruebas de la tecnología de su empresa, denominada *non-hydraulic* para la recuperación o incremento de producción de crudo en el campo del Tajin de Chicontepec. Ver.
Creemos que con dicha visita ustedes pudieran definir todos los puntos importantes en su propuesta Pemex.

Quedamos de ustedes a sus órdenes

Atentamente

Ing. José Guiboski
Superintendencia de Contratos R.N.

*JAAM*

Subdirección de Ingeniería y Desarrollo de Obras Estratégicas. Gerencia de Proyectos División Norte
Edificio Administrativo Planta Baja, Col. Herradura, interior del Campo PEMEX, C.P. 93370. Poza Rica de Hgo., Ver.

**Signed Letter From PEMEX dated September 14, 2012 (above)**

SEC-MACREPORT-P-0000025

**About Chimera Energy Corp.**

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

SEC-MACREPORT-P-0000026

**Chimera Energy Corp Representatives Traveling to Chicontepic Basin for PEMEX Onsite Well Verification**

HOUSTON, TX, Sep 25, 2012 (MARKETWIRE via COMTEX) – Chimera Energy Corp (OTCBB: CHMR) announced today that Company representatives are travelling to the Chicontepic Tajin, Veracruz, Mexico to meet with PEMEX and verify the first wells for intended use of Non-Hydraulic Shale Oil Extraction. This onsite work is pursuant to a written PEMEX request dated September 14, 2012.

PEMEX and Chimera Energy Corp executed a Memorandum of Understanding last month regarding the utilization of CHMR's revolutionary exothermic Non-Hydraulic Extraction method throughout Latin America. PEMEX, also known as Petroleos Mexicanos, is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America. The first PEMEX wells identified for the new process are located in the Chicontepic Basin, which is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil. Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented technology designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radiation, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data received from PEMEX shows that the first wells targeted for deployment may be ideal for Non-Hydraulic Extraction versus hydraulic fracking -- even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide, including application for exclusion from France's current shale ban.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

CHM
000072

Coordination Technology Management Initiates Formal Request Regarding CHMR's Non-Hydraulic Extraction

HOUSTON, TX, Sep 26, 2012 (MARKETWIRE via COMTEX) -- Chimera Energy Corp (OTCBB: CHMR) disclosed today that the Company has received a new formal request letter from Dr. Fernando Sebastian Flores Avila, Coordination of Technology Management Northern Region, Management Branch Technology Resources at PEMEX for scientific level presentation review. Company management expressed their elation at learning of the letter as the Company believes it signals that PEMEX has escalated the level of immediate opportunity for the Company's new technology.

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented technology designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radiation, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

About Chimera Energy Corp.
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334



FW-3772
CHIMERA ENERGY CORP
EXHIBIT
22

CHM
000074

**Chimera Energy Corp. Appoints New CEO**

**Houston, TX – October 9, 2012 –** Chimera Energy Corp. (OTCBB: CHMR) today announced the appointment of Baldemar Rios as Chimera's new Chairman and CEO. Mr. Rios has more than 30 years' experience in a diverse range of energy related industries. For the last several months Mr. Rios has been working directly with PEMEX on Chimera's Non-Hydraulic Extraction technology.

"I am extremely excited about the opportunity to lead Chimera through the next phase of its growth," said Baldemar Rios. "I am very confident that our work with PEMEX will allow us the opportunity to prove that our exclusive technology is the game-changer that we believe it to be."

"Now that Chimera is beginning the process of commercializing the technology I felt the time was right to step back from my day-to-day role with the company," said Charles Grob, former Chairman and CEO. "There is no doubt in my mind that Baldemar is the right man to lead Chimera now and into the future."

**About Chimera Energy Corp.**

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Baldemar Rios
Chimera Energy Corp
832-390-2334

SEC-MACREPORT-P-0000035

**Chimera Energy Corp and PEMEX Complete First Collaboration at Chicontepic Basin**

**Houston, TX – October 10, 2012 –** Chimera Energy Corp. (OTCBB: CHMR) President Baldemar Rios disclosed today that the first activities in Poza Rica, Mexico between the two companies have been completed with very good results. A picture of meeting attendees is included as part of this release. The efforts were initiated by earlier invitation by PEMEX requesting that Chimera Energy Corp personnel meet with PEMEX representatives at the Central Tajin Area to verify the first wells for intended use of Non-Hydraulic Shale Oil Extraction. The PEMEX target wells are located in the Chicontepic Basin. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1×109 m3).

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented shale oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use radioactive materials, steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data shows that the Chicontepic Basin may be ideal for Non-Hydraulic Extraction versus hydraulic fracking, even beyond the environmental positives. A majority of Chicontepic Basin wells show to have very large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide, including application to France for exclusion of the process from their current shale ban.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

**About Chimera Energy Corp.**

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current shale energy boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Baldemar Rios
Chimera Energy Corp
832-390-2334



Chimera Energy Corp President Baldemar Rios (2nd from left) meeting with Pemex officials Jaime
Granados (center), Jose Ceron (2nd from right) and Francisco Rios (right) in Poza Rica.

APP. 000138

**Chimera Energy Corp. Announces Aggressive Action Targeted at Naked Short Sellers**

**Houston, TX – October 11, 2012 –** Chimera Energy Corp. (OTCQB: CHMR) announced today that its new Chairman and CEO, Baldemar Rios, has recommended that the Company immediately determine the most expeditious corporate action that would cause a change in the Company's CUSIP number. The Company consulted several OTC market experts who suggested that a change in the CUSIP number was the only way to combat what has been frequently acknowledged to be an unabashed, manipulative "naked shorting" campaign against CHMR.

In addition, the Company filed a Current Report on Form 8-K with the SEC this morning. The 8-K includes a shareholder letter from our new CEO laying out the current status of the Company's efforts to commercialize its technology. The shareholder letter also includes a more detailed discussion of recent trading activities and a primer on "naked shorting."

"The most serious challenge facing our Company is not the highly competitive industry in which we operate, nor the inherent uncertainties of cutting-edge technology, but the brazen greed of the individual(s) who are actively working every day to destroy Chimera before our technology has the opportunity to revolutionize the worldwide production of oil and gas," said Baldemar Rios, Chairman and CEO. "Today we go on the offensive. No longer will we sit idle while anonymous posters and bloggers spout egregious lies about the Company and our technology."

While legally the sale of a security must be settled within three trading days, anecdotal evidence indicates that the market makers involved in "naked shorting" just keep moving the position between themselves every few days, negating the obligation to cover or deliver the position. This activity violates SEC Reg SHO as it relates to short sale activities. More information can be found at: http://www.sec.gov/spotlight/keyregshoissues.htm

To demonstrate the size of the "short" we need to look no further than the company's Share Volume Report from OTCBB.com. As of September 30, 2012 there were 66m shares of Chimera issued and outstanding. Charles Grob, the Majority Shareholder, held 46m shares of restricted stock in certificate form and individual investors held an additional 16m shares through brokerage accounts. There were also 4m free trading shares being held in certificate form. Therefore, as of September 30, 2012 there were only 16m shares of free trading stock available in the market.

Considering those numbers, how is it possible that the Share Volume Report shows more than 17m shares traded hands in the month of September? It seems highly unlikely that more than 100% of the company's free trading stock changed hands during the month. Obviously there is no way for the company to know exactly how many shares are represented in the "short," however several expert opinions put the short at more than 10m shares.

**About Chimera Energy Corp.**
Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy

technology and products that are designed to profit from the current shale energy boom.
More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com
Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news
release contains forward-looking information within the meaning of Section 27A of the
Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as
amended, including statements that include the words "believes," "expects," "anticipate" or
similar expressions. Such forward-looking statements involve known and unknown risks,
uncertainties and other factors that may cause the actual results, performance or achievements
of the company to differ materially from those expressed or implied by such forward-looking
statements. In addition, description of anyone's past success, either financial or strategic, is no
guarantee of future success. This news release speaks as of the date first set forth above and
the company assumes no responsibility to update the information included herein for events
occurring after the date hereof.

Media Contact:
Baldemar Rios
Chimera Energy Corp
832-390-2334

APP. 000140

# Appendix

# Exhibit D

**IN THE MATTER OF CHIMERA ENERGY CORP.**
**FW-03772**

**DECLARATION OF TYSON ROHDE ASSERTING**
**THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**

I, Tyson Rohde, hereby declare the following:

1.      The United States Securities and Exchange Commission has served upon me a

subpoena in this matter, dated April 16, 2013, requiring me to appear for testimony on May 14,

2013.

2.      I hereby assert my privilege against self-incrimination under the Fifth

Amendment to the United States Constitution (the "Privilege") and decline to testify, and will

continue to decline to testify, concerning the matters set forth in the Commission's Formal Order

*In the Matter of Chimera Energy Corp.*, No. FW-03772, including without limitation, testimony

regarding the following topics:

        a.      My personal background including, but not limited to, questions

      concerning relatives, education, training, professional licenses, employment

      history, disciplinary history, criminal records, and any civil actions in which I was

      or am a witness, a defendant, or a respondent;

        b.      My assets, including, but not limited to, questions concerning any

      bank,  brokerage, trust or any other financial accounts, as well as any entities,

      domestic or foreign, in which I hold a beneficial interest or over which I exercise

      discretionary control;

        c.      Any and all conduct related to Chimera Energy Corp. ("Chimera"),

      or any of its control persons, officers, directors, managers, employees,

      consultants, independent contractors, shareholders, agents, or authorized

representatives, including, but not limited to, the business operations and management of Chimera, work or services performed on behalf of Chimera, Chimera's public statements, including press releases and filings with the Commission, the purchase or other acquisition of Chimera securities, the sale or other disposition of Chimera securities, any effort to influence the price or trading volume of Chimera securities, or any effort to influence or control any action or inaction of Chimera or its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives;

   d. Any and all communications or dealings with persons identified as control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives of Chimera;

   e. Any and all receipt of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

   f. Any and all expenditures of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

   g. Any and all agreements, arrangements, or other relationships, whether contractual or otherwise, that relate to Chimera between (i) me or any entity in which I have a financial or beneficial interest, and (ii) any other person or entity;

2

h.      Any and all press releases, filings with the Securities and Exchange Commission, or other disclosures relating to Chimera;

i.      All matters related to (i) "non-hydraulic extraction" technology, (ii) the license agreement between Chimera and China Inland Oil Exploration Company of Chencunzhen, Guangdong Province, China, (iii) any and all communications, meetings, or other dealings with Petróleos Mexicanos (also known as Pemex), and (iv) any and all communications, meetings, or other dealings with AirLiquide;

j.      Any and all communications, understandings, or other dealings relating to Chimera with Charles Grob, Eddie Austin, Jr., Carolyn Austin, Andrew Farmer, Lydia Cotton, Thomas Massey, John Brotherton, David Parisi, Robert Hines, Baldemar Rios, Andrew Austin, Robbie Austin, Brian Barrilleaux, Robert Beall, Matthew Bryant, Lydia Cotton, Paul Cox, Mairi Cox, Archie Demandante, Brendan Eagleton, Linwood Farmer, Patricia Farmer, Nicole Fertitta, Matthew Fleming, Brittany JoAnn Garcia, Alex Garcia-Herrera, Herman Huff, Brandi Leal, Benjamin Mega, Nicole Miller, Natalie Moore, Kellie Moss, James Moss, Jana Robinson-Demandante, Shara Samiuddin, Daniel Sorelle, M. Ashton Stresau, and Anna Tikhonova; and

k.      Any information concerning TransAmerica Trading Inc., Oak Resources, Inc., Chartered Investments, Inc., Infinite Funding, Inc., Iridium Capital Ltd., and Kylemore Corp.

3

3.      I reserve my right to rescind or withdraw this Declaration and waive my Privilege

at any time.

Executed on the 23 day of January , 2013.

Tyson Rohde

APPROVED AS TO FORM:

J. Randle Henderson
16506 FM 529 Rd.
Ste. 115-107
Houston, TX  77095-1462

4

IN THE MATTER OF CHIMERA ENERGY CORP.
FW-03772

DECLARATION OF ANNA FARMER ASSERTING
THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION

I, Anna Farmer, hereby declare the following:

1.      The United States Securities and Exchange Commission has served upon me a subpoena in this matter, dated July 24, 2013, requiring me to appear for testimony on August 21, 2013.

2.      I hereby confirm the assertion of my privilege against self-incrimination under the Fifth Amendment to the United States Constitution (the "Privilege") and decline to testify, concerning the matters set forth in the Commission's Formal Order *In the Matter of Chimera Energy Corp.*, No. FW-03772, including without limitation, testimony regarding the following topics:

        a.      My personal background including, but not limited to, questions concerning relatives, education, training, professional licenses, employment history, disciplinary history, criminal records, and any civil actions in which I was or am a witness, a defendant, or a respondent;

        b.      My assets, including, but not limited to, questions concerning any bank,  brokerage, trust or any other financial accounts, as well as any entities, domestic or foreign, in which I hold a beneficial interest or over which I exercise discretionary control;

        c.      Any and all conduct related to Chimera Energy Corp. ("Chimera"), or any of its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized

representatives, including, but not limited to, the business operations and management of Chimera, work or services performed on behalf of Chimera, Chimera's public statements, including press releases and filings with the Commission, the purchase or other acquisition of Chimera securities, the sale or other disposition of Chimera securities, any effort to influence the price or trading volume of Chimera securities, or any effort to influence or control any action or inaction of Chimera or its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives;

d.      Any and all communications or dealings with persons identified as control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives of Chimera;

e.      Any and all receipt of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

f.      Any and all expenditures of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

g.      Any and all agreements, arrangements, or other relationships, whether contractual or otherwise, that relate to Chimera between (i) me or any entity in which I have a financial or beneficial interest, and (ii) any other person or entity;

2

h.       Any and all press releases, filings with the Securities and Exchange Commission, or other disclosures relating to Chimera;

i.       All matters related to (i) "non-hydraulic extraction" technology, (ii) the license agreement between Chimera and China Inland Oil Exploration Company of Chencunzhen, Guangdong Province, China, (iii) any and all communications, meetings, or other dealings with Petróleos Mexicanos (also known as Pemex), and (iv) any and all communications, meetings, or other dealings with AirLiquide;

j.       Any and all communications, understandings, or other dealings relating to Chimera with Charles Grob, Eddie Austin, Jr., Carolyn Austin, Andrew Farmer, Lydia Cotton, Thomas Massey, John Brotherton, David Parisi, Robert Hines, Baldemar Rios, Andrew Austin, Robbie Austin, Brian Barrilleaux, Robert Beall, Matthew Bryant, Lydia Cotton, Paul Cox, Mairi Cox, Archie Demandante, Brendan Eagleton, Linwood Farmer, Patricia Farmer, Nicole Fertitta, Matthew Fleming, Brittany JoAnn Garcia, Alex Garcia-Herrera, Herman Huff, Brandi Leal, Benjamin Mega, Nicole Miller, Natalie Moore, Kellie Moss, James Moss, Jana Robinson-Demandante, Shara Samiuddin, Daniel Sorelle, and M. Ashton Stresau;

k.       Any and all payments, whether in the form of cash, securities, or otherwise, made by me or entities in which I have a financial or beneficial interest, directly or indirectly to Andrew Farmer;

l.       Any and all payments, whether in the form of cash, securities, or otherwise, made by Andrew Farmer or entities in which he has a financial or beneficial interest, directly or indirectly to me; and

3

m.     Any information concerning TransAmerica Trading Inc., Calex,

LLC, Chartered Investments, Inc., Infinite Funding, Inc., Iridium Capital Ltd.,

Montego Blue, LLC, Kylemore Corp., Hillsmere SA, Levantera SA, Clarent

Services Corp., and A-3 Logistics Inc.

3.     I reserve my right to rescind or withdraw this Declaration and waive my Privilege

at any time.

Executed on the 29th day of January 2014.


_____
Anna Farmer



APPROVED AS TO FORM:

_____
Paul Nugent
Nugent & Peterson
402 Main Street, 8th Floor
Houston, TX  77002
paul@nugentpeterson.com

4

**IN THE MATTER OF CHIMERA ENERGY CORP.**
**FW-03772**

**DECLARATION OF EDDIE AUSTIN, JR. ASSERTING**
**THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**

I, Eddie Austin, Jr., hereby declare the following:

1.        The United States Securities and Exchange Commission has served upon me a subpoena in this matter requiring me to appear for testimony on December 23, 2013.

2.        I hereby confirm the assertion of my privilege against self-incrimination under the Fifth Amendment to the United States Constitution (the "Privilege") and decline to testify, and will continue to decline to testify, concerning the matters set forth in the Commission's Formal Order *In the Matter of Chimera Energy Corp.*, No. FW-03772, including without limitation, testimony regarding the following topics:

   a.        My personal background including, but not limited to, questions concerning relatives, education, training, professional licenses, employment history, disciplinary history, criminal records, and any civil actions in which I was or am a witness, a defendant, or a respondent;

   b.        My assets, including, but not limited to, questions concerning any bank,  brokerage, trust or any other financial accounts, as well as any entities, domestic or foreign, in which I hold a beneficial interest or over which I exercise discretionary control;

   c.        Any and all conduct related to Chimera Energy Corp. ("Chimera"), or any of its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives, including, but not limited to, the business operations and

management of Chimera, work or services performed on behalf of Chimera, Chimera's public statements, including press releases and filings with the Commission, the purchase or other acquisition of Chimera securities, the sale or other disposition of Chimera securities, any effort to influence the price or trading volume of Chimera securities, or any effort to influence or control any action or inaction of Chimera or its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives;

d.      Any and all communications or dealings with persons identified as control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives of Chimera;

e.      Any and all receipt of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

f.      Any and all expenditures of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

g.      Any and all agreements, arrangements, or other relationships, whether contractual or otherwise, that relate to Chimera between (i) me or any entity in which I have a financial or beneficial interest, and (ii) any other person or entity;

h.    Any and all press releases, filings with the Securities and Exchange Commission, or other disclosures relating to Chimera;

i.    All matters related to (i) "non-hydraulic extraction" technology, (ii) the license agreement between Chimera and China Inland Oil Exploration Company of Chencunzhen, Guangdong Province, China, (iii) any and all communications, meetings, or other dealings with Petróleos Mexicanos (also known as Pemex), and (iv) any and all communications, meetings, or other dealings with AirLiquide;

j.    Any and all communications, understandings, or other dealings relating to Chimera with Carolyn Austin, Andrew Farmer, Charles Grob, Tyson Rohde, Thomas Massey, John Brotherton, David Parisi, Robert Hines, Baldemar Rios, Andrew Austin, Robbie Austin, Brian Barrilleaux, Robert Beall, Nicole Miller, Kellie Moss, and James Moss;

k.    Any and all payments, whether in the form of cash, securities, or otherwise, made by me or entities in which I have a financial or beneficial interest, directly or indirectly to Andrew Farmer;

l.    Any and all payments, whether in the form of cash, securities, or otherwise, made by Andrew Farmer or entities in which he has a financial or beneficial interest, directly or indirectly to me;

m.    Any information concerning TransAmerica Trading Inc., Calex, LLC, Chartered Investments, Inc., Infinite Funding, Inc., Iridium Capital Ltd., and Montego Blue, LLC.

3.      I reserve my right to rescind or withdraw this Declaration and waive my Privilege

at any time.

Executed on the 23rd day of December 2013.

Eddie Austin, Jr.

APPROVED AS TO FORM:

Cary Feldman
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW
4th Floor
Washington, DC  20036
caryf@ftlf.com

IN THE MATTER OF CHIMERA ENERGY CORP.
FW-03772

## DECLARATION OF CAROLYN AUSTIN ASSERTING
## THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION

I, Carolyn Austin, hereby declare the following:

1.      The United States Securities and Exchange Commission has served upon me a subpoena in this matter which originally required me to appear for testimony on January 30, 2013.

2.      I hereby confirm the assertion of my privilege against self-incrimination under the Fifth Amendment to the United States Constitution (the "Privilege") and decline to testify, and will continue to decline to testify, concerning the matters set forth in the Commission's Formal Order *In the Matter of Chimera Energy Corp.*, No. FW-03772, including without limitation, testimony regarding the following topics:

      a.      My personal background including, but not limited to, questions concerning relatives, education, training, professional licenses, employment history, disciplinary history, criminal records, and any civil actions in which I was or am a witness, a defendant, or a respondent;

      b.      My assets, including, but not limited to, questions concerning any bank, brokerage, trust or any other financial accounts, as well as any entities, domestic or foreign, in which I hold a beneficial interest or over which I exercise discretionary control;

      c.      Any and all conduct related to Chimera Energy Corp. ("Chimera"), or any of its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized

representatives, including, but not limited to, the business operations and management of Chimera, the purchase or other acquisition of Chimera securities, the sale or other disposition of Chimera securities, any effort to influence the price or trading volume of Chimera securities, or any effort to influence or control any action or inaction of Chimera;

d.       Any and all communications or dealings with persons identified as control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives of Chimera;

e.       Any and all receipt of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

f.       Any and all expenditures of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

g.       Any and all agreements, arrangements, or other relationships, whether contractual or otherwise, that relate to Chimera between (i) me or any entity in which I have a financial or beneficial interest, and (ii) any other person or entity;

h.       Any and all press releases or other disclosures relating to Chimera;

i.       Any and all communications, understandings, or other dealings relating to Chimera with Eddie Austin, Jr., Andrew Farmer, Charles Grob, Tyson Rohde, Thomas Massey, John Brotherton, David Parisi, Robert Hines, Baldemar

Rios, Andrew Austin, Robbie Austin, Brian Barrilleaux, Robert Beall, Nicole

Miller, Kellie Moss, and James Moss;

    j.  Any and all payments, whether in the form of cash, securities, or

otherwise, made by me or entities in which I have a financial or beneficial

interest, directly or indirectly to Andrew Farmer;

    k.  Any and all payments, whether in the form of cash, securities, or

otherwise, made by Andrew Farmer or entities in which he has a financial or

beneficial interest, directly or indirectly to me;

    l.  Any information concerning TransAmerica Trading Inc., Calex,

LLC, Chartered Investments, Inc., Infinite Funding, Inc., Iridium Capital Ltd., and

Montego Blue, LLC.

   3.  I reserve my right to rescind or withdraw this Declaration and waive my Privilege

at any time.

Executed on the ____ day of _____, 2013.

_____
Carolyn Austin

APPROVED AS TO FORM:

_____
Cary Feldman
Feldesman Tucker Leifer Fidell LLP
1129 20th Street, NW
4th Floor
Washington, DC  20036
caryf@ftlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 4:14-CV-02345 |
| | § | |
| ANDREW I. FARMER, | § | |
| CHARLES E. GROB, JR., | § | |
| CAROLYN AUSTIN, | § | |
| BALDEMAR P. RIOS, and | § | |
| CHIMERA ENERGY CORP. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF DANIEL SORELLE

1.      I am a 32-year old resident of Houston, Texas.  I am currently employed as a producer in the insurance industry.

2.      I have personal knowledge of the statements in this declaration.

3.      I first heard of Chimera Energy Corporation ("Chimera") when Charles Grob told me about the company around in November or December 2011.  I had known Grob for about 9-10 years at the time.

4.      Grob explained that the business of Chimera was to sell drill bits and that he needed people to sign off on certain paperwork to help take the company public.  Grob    stated that to take the company public, he needed about ten investors to pay about $1,500 to buy shares in the company, as this would demonstrate interest in the stock.

5.      Initially, I refused to invest.  I was in college at the time, had no investment experience, and had no money to invest.

6.      Grob responded that he would give me the money for the investment, and all I would have to do is cut a personal check to Chimera. Grob stated that if the transaction were structured in this way, there would be no risk or expense to me. Grob explained that the stock would later be transferred to another buyer that Grob would find. Grob did not suggest that I would make money from the transaction.

7.      Grob provided me with $1500 cash to cover my "purchase" of Chimera stock. On January 5, 2012, I wrote a check to Chimera for $1,500 and gave the check to either Grob or to Tyson Rohde. At the same time, I signed a "subscription agreement" for the purchase of 100,000 shares of Chimera stock. I never received a stock certificate for these shares. I never received a prospectus or any other document describing the investment in Chimera.

8.      Sometime during the spring of 2012, Grob instructed me to transfer the stock to another shareholder. I asked for details about the transaction and Grob responded that I should not worry about it, and that the buyer was lined up.

9.      Grob and I drove to a Chase bank branch located at 2435 W. Alabama in Houston, Texas, where a bank employee stamped documents for the transaction. Grob provided all of the documents and kept all documents after the transaction was complete. He did not give me any copies. This was the first time I ever saw a stock certificate for the Chimera shares.

10.     Grob gave me a check for $2,250 and instructed me to cash the check and return the cash to him, which I did. I did not make any money from the transaction involving Chimera stock. I viewed the entire episode as a favor to my friend, Charles Grob.

11.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of August, 2015.

Daniel SoRelle

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 4:14-CV-02345 |
| ANDREW I. FARMER, CHARLES E. GROB, JR., CAROLYN AUSTIN, BALDEMAR P. RIOS, and CHIMERA ENERGY CORP. | § § § § § § | |
| Defendants. | § § § | |

## DECLARATION OF MARK DILLON

1.     I am a registered representative of Pennaluna & Co. ("Pennaluna"), a broker-dealer registered with the U.S. Securities and Exchange Commission (the "Commission"). I have worked at Pennaluna as a registered representative from 2002 to the present.

2.     I have personal knowledge of the statements in this declaration.

3.     During my tenure at Pennaluna, in my capacity as its registered representative, I have engaged in market-making for microcap securities (also known as penny stocks). In addition, I have assisted Pennaluna in sponsoring applications on Form 211 on behalf of microcap companies.

4.     In December 2011, Andrew Farmer approached me about Pennaluna's potential sponsorship of a Form 211 application on behalf of Chimera Energy Corp. ("Chimera"). I agreed for Pennaluna to sponsor the application on Chimera's behalf.

5.     In connection with sponsoring Chimera's application, Pennaluna performed certain diligence to satisfy its responsibilities pursuant to Rule 15c-211 under the Securities and Exchange Act of 1934.

6.     One purpose of this diligence process was to attempt to determine whether Chimera would be used as part of a market manipulation or "pump-and-dump" scheme.  Such schemes may be carried out when one person or a small group of persons controls all or most of the free-trading shares of a company.  For this reason, as part of its diligence, Pennaluna sought to determine the nature of the relationships between and among Chimera's shareholders and other persons associated with Chimera.

7.     I was recently informed by attorneys for the Commission that Andrew Farmer testified that (i) he loaned several Chimera shareholders money that they used to invest in Chimera's Initial Public Offering; and that (ii) Andrew Farmer's parents and wife were Chimera shareholders who invested in Chimera's initial public offering.  At no time did Andrew Farmer, or anyone else associated with Chimera, ever tell me or Pennaluna that Farmer loaned money to Chimera shareholders for the purpose enabling such shareholders to purchase shares of Chimera, or that Farmer's parents and wife were shareholders who invested in the initial public offering.

8.     Had the information in paragraph 7 of this declaration been disclosed to me during Pennaluna's diligence process, it would have caused me to investigate further, because of the potential that such transactions, and such relationships between and among company shareholders and persons associated with a company, could indicate an attempt to concentrate the ownership of free-trading shares in the hands of a person or a group of persons.

Page 2

9.      When Andrew Farmer first introduced Chimera to me, he represented that he was not involved in the deal in any way.   Based on Andrew Farmer's testimony as described in paragraph 7 of this declaration, I believe this statement to have been false when he made it to me.

10.     I was the registered representative who serviced the brokerage account of Oak Resources Inc. at Pennaluna in 2012.  At the time the account was opened, I understood Lydia Cotton to be the owner of Oak Resources Inc.  During the time that Oak Resources Inc. was engaging in sales of Chimera stock, it became apparent to me that Andrew Farmer was directing the trading in the Oak Resources Inc. brokerage account.  I requested that Ms. Cotton provide a written statement authorizing Mr. Farmer to trade in her Oak Resources Inc. account, which she did.

11.     In connection with this process, Mr. Farmer informed me that Ms. Cotton was his girlfriend.

12.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of August, 2015.

Mark Dillon

APP. 000161

**IN THE MATTER OF CHIMERA ENERGY CORP.**
**FW-03772**

**DECLARATION OF JOHN BROTHERTON ASSERTING**
**THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**

I, John Brotherton, hereby declare the following:

1.     The United States Securities and Exchange Commission has served upon me a subpoena in this matter, dated June 17, 2014, requiring me to appear for testimony on July 15, 2014.

2.     I hereby confirm the assertion of my privilege against self-incrimination under the Fifth Amendment to the United States Constitution (the "Privilege") and decline to testify, and will continue to decline to testify, concerning the matters set forth in the Commission's Formal Order *In the Matter of Chimera Energy Corp.*, No. FW-03772, including without limitation, testimony regarding the following topics:

   a.     My personal background including, but not limited to, questions concerning relatives, education, training, professional licenses, employment history, disciplinary history, criminal records, and any civil actions in which I was or am a witness, a defendant, or a respondent;

   b.     My assets, including, but not limited to, questions concerning any bank, brokerage, trust or any other financial accounts, as well as any entities, domestic or foreign, in which I hold a beneficial interest or over which I exercise discretionary control;

   c.     Any and all conduct related to Chimera Energy Corp. ("Chimera"), or any of its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized

representatives, including, but not limited to, the business operations and management of Chimera, work or services performed on behalf of Chimera, Chimera's public statements, including press releases and filings with the Commission, advertising of Chimera, the purchase or other acquisition of Chimera securities, the sale or other disposition of Chimera securities, any effort to influence the price or trading volume of Chimera securities, or any effort to influence or control any action or inaction of Chimera or its control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives;

> d.    Any and all communications or dealings with persons identified as control persons, officers, directors, managers, employees, consultants, independent contractors, shareholders, agents, or authorized representatives of Chimera;

> e.    Any and all receipt of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

> f.    Any and all expenditures of funds, directly or indirectly by me, or any and all entities controlled by me or in which I have any financial interest, that are in any way related to Chimera;

> g.    Any and all agreements, arrangements, or other relationships, whether contractual or otherwise, that relate to Chimera between (i) me or any entity in which I have a financial or beneficial interest, and (ii) any other person or entity;

2

     h.       Any and all press releases, filings with the Securities and Exchange Commission, or other disclosures relating to Chimera;

     i.       All matters related to (i) "non-hydraulic extraction" technology, (ii) the license agreement between Chimera and China Inland Oil Exploration Company of Chencunzhen, Guangdong Province, China, (iii) any and all communications, meetings, or other dealings with Petróleos Mexicanos (also known as Pemex), and (iv) any and all communications, meetings, or other dealings with AirLiquide;

     j.       Any and all communications, understandings, or other dealings relating to Chimera with Charles Grob, Eddie Austin, Jr., Carolyn Austin, Andrew Farmer, Lydia Cotton, Thomas Massey, Anna Tikhonova, David Parisi, Robert Hines, Baldemar Rios, Andrew Austin, Robbie Austin, Brian Barrilleaux, Robert Beall, Matthew Bryant, Lydia Cotton, Paul Cox, Mairi Cox, Archie Demandante, Brendan Eagleton, Linwood Farmer, Patricia Farmer, Nicole Fertitta, Matthew Fleming, Brittany JoAnn Garcia, Alex Garcia-Herrera, Herman Huff, Brandi Leal, Benjamin Mega, Nicole Miller, Natalie Moore, Kellie Moss, James Moss, Jana Robinson-Demandante, Shara Samiuddin, Daniel Sorelle, and M. Ashton Stresau;

     k.       Any and all payments, whether in the form of cash, securities, or otherwise, made by me or entities in which I have a financial or beneficial interest, directly or indirectly to Andrew Farmer;

     l.       Any and all payments, whether in the form of cash, securities, or otherwise, made by Andrew Farmer or entities in which he has a financial or beneficial interest, directly or indirectly to me; and

3

      m.     Any information concerning TransAmerica Trading Inc., Calex, LLC, Chartered Investments, Inc., Infinite Funding, Inc., Iridium Capital Ltd., Montego Blue, LLC, Kylemore Corp., Hillsmere SA, Levantera SA, Clarent Services Corp., A-3 Logistics Inc., Omega Cyber Systems Inc., Boliver Technical Resources, and PEAS Corp.

      3.     I reserve my right to rescind or withdraw this Declaration and waive my Privilege at any time.

Executed on the _18_ day of _AUGUST_ , 2014.

_(signature)_

John Brotherton

APPROVED AS TO FORM:

_(signature)_

Mark L. Horwitz
Law Office of Mark L. Horwitz
17 East Pine Street
Orlando, FL  32801
(407) 843-7733

4

# Appendix

# Exhibit E

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Oct13-205
Sequence number    Posting date

# CHASE ◯
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 17, 2011 through January 19, 2012
Primary Account: ●●●●●●●●●●●●●



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-888-262-4273 |
| Hearing Impaired: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

IIollulIuIIollulIIollullodulullulIIollullolll
00000582 DRS 201 14102012 YNODOOROROON P 1 000000000 12 0000
ANDREW FARMER
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425

Important Information about Chase Personal Checking and Savings Accounts

We are working to simplify our Chase checking and savings accounts by eliminating or
reducing some of our fees. The following changes to the Additional Banking Services and
Fees for Chase personal checking and savings accounts are effective December 14, 2011.
All other terms of your Deposit Account Agreement remain the same. If you have any
questions, please call us at 1-800-935-9935 or visit your branch.

We will no longer charge fees for the following services:
- No fees for Check/Item Copies and Urgent Item Copies -for example, we will not charge
you when you need a copy of a cancelled check or deposit slip.
- No fees for Immediate Notification of wire transfers
- No fees for Account Reconciliation

- No fees for Account Research
- No fees for a Failed Payment when using Chase Online Bill Pay or Quick Pay
- No fees for Online Banking Services - Financial Management Software Service

We are also reducing the Non-Chase ATM fee charged by Chase for using another
institutions ATM to $2.00 per transaction for each Inquiry, Transfer or Withdrawal at a
non-Chase ATM within the United States, Puerto Rico and the US Virgin Islands(1)(2)

(1) Chase does not charge a Non-Chase ATM fee for Inquiries, Transfer and Withdrawals for
using another institutions ATM as follows:  the first two each statement period for Chase Premier Plus
Workplace(SM) Checking; the first four each statement period for Chase Premier Plus
Checking(SM) and Chase Premier Checking(SM); and an unlimited number for and Chase
Premier Platinum Checking(SM), Chase Private Client Checking(SM), Chase Plus Savings(SM),
Chase Private Client Savings(SM) and Chase Premier Platinum Savings(SM)

(2) Usage Fee may be charged by the institution that owns the ATM. Additional fees may
apply when using an ATM outside the United States, Puerto Rico and the US Virgin Islands.

As a reminder, you will continue to enjoy all the benefits of being a Premier Platinum
customer in addition to the new benefits mentioned above.

## CONSOLIDATED BALANCE SUMMARY

ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- |
| Chase Premier Platinum Checking | ●●●●●●●●●●●●●●● | $87,831.36 | $90,690.99 |
| Chase Plus Savings | ●●●●●●●●●●●● | 1,500.95 | 1,501.09 |
| Total | | $89,332.31 | $92,192.08 |

Page 1 of 6

SEC-JPMC-E-0000440

29-Oct-13

29Oct13-20S

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Oct13-205
Sequence number    Posting date

## CHASE ◯

December 17, 2011 through January 19, 2012
Primary Account: ●●●●●●●●●●●●●

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.        Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

SEC-JPMC-E-0000441

29-Oct-13

29Oct13-205

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Oct13-205
Sequence number    Posting date



December 17, 2011 through January 19, 2012
Primary Account: ●▬▬▬▬▬▬▬ ●

**CONSOLIDATED BALANCE SUMMARY** *(continued)*

| | | |
|---|---|---|
| **TOTAL ASSETS** | $89,332.31 | $92,192.08 |

All Summary Balances shown are as of January 19, 2012 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



**CHASE PREMIER PLATINUM CHECKING**

ANDREW FARMER                                                        Account Number: ●▬▬▬▬▬▬▬▬

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $87,831.36 |
| Deposits and Additions | 21,859.63 |
| Electronic Withdrawals | - 9,000.00 |
| Fees and Other Withdrawals | - 10,000.00 |
| Ending Balance | $90,690.99 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.77 |
| Interest Paid Year-to-Date | $0.77 |

Interest paid in 2011 for account 000000952008589 was $8.76.

**Good News.** Your Chase Premier Platinum Checking monthly service fee was waived because you kept an average combined deposit and investment balance of $75,000 or more in qualifying accounts during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/12 | Deposit | $21,858.86 |
| 01/19 | Interest Payment | 0.77 |
| **Total Deposits and Additions** | | **$21,859.63** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | 12/22 Online Transfer To Chk ...8388 Transaction#: 2446481099 | $1,000.00 |
| 12/30 | 12/30 Online Transfer To Chk ...8388 Transaction#: 2455281926 | 3,000.00 |
| 01/03 | 01/02 Online Transfer To Chk ...8388 Transaction#: 2460134198 | 500.00 |
| 01/06 | 01/06 Online Transfer To Chk ...8388 Transaction#: 2487611699 | 3,000.00 |

Page 3 of 6

29-Oct-13

29Oct13-205

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Oct13-205
Sequence number    Posting date

## CHASE O

December 17, 2011 through January 19, 2012

Primary Account: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

### ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | 01/06 Online Transfer To Chk ...8368 Transaction#: 2467754721 | 500.00 |
| 01/11 | 01/11 Online Transfer To Chk ...8368 Transaction#: 2474895178 | 500.00 |
| 01/17 | 01/17 Online Transfer To Chk ...8368 Transaction#: 2483400539 | 500.00 |
| **Total Electronic Withdrawals** | | **$9,000.00** |

### FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 01/06 | 01/06 Withdrawal | ' | $10,000.00 |
| **Total Fees & Other Withdrawals** | | | **$10,000.00** |

### CHASE PLUS SAVINGS

ANDREW FARMER                                            Account Number: 0⬛⬛⬛⬛⬛⬛⬛⬛⬛

### SAVINGS SUMMARY

|  | AMOUNT |
|--|--------|
| Beginning Balance | $1,500.95 |
| Deposits and Additions | 0.14 |
| Ending Balance | $1,501.09 |
| Annual Percentage Yield Earned This Period | 0.10% |
| Interest Earned This Period | $0.14 |
| Interest Paid Year-to-Date | $0.14 |

Interest paid in 2011 for account 000002983954260 was $0.95.

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
|  | Beginning Balance | | $1,500.95 |
| 01/19 | Interest Payment | 0.14 | 1,501.09 |
|  | Ending Balance | | $1,501.09 |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Platinum Checking account.

Page 4 of 5

SEC-JPMC-E-0000443

29-Oct-13                                                                                          29Oct13-205

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Oct13-205
Sequence number    Posting date

## CHASE 🟠

December 17, 2011 through January 19, 2012
Primary Account ●●●●●●●●●●●●●

                                                ACCOUNT # ●●●●●●●●●●●●●

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please
enroll now.



001790670927 JAN 06 #0000000000 $10,000.00

Page 5 of 6

SEC-JPMC-E-0000444

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Oct13-205
Sequence number    Posting date

**CHASE O**

December 17, 2011 through January 19, 2012
Primary Account: █████████████

This Page Intentionally Left Blank

Page 5 of 6

30-Nov-12

29Nov12-460

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number    Posting date

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 31, 2011 through January 31, 2012
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

Illuiliudlluullluulullulllluulilluulliuuliihullul
00025114 DRE 201 142 03212 NNNNNNNNNN T 1 000000000 60 0000
OAK RESOURCE
5201 MEMORIAL DR UNIT 443
HOUSTON TX 77007-8402



Important Information about Chase BusinessSelect Checking(SM) Accounts
Beginning March 16, 2012, there will be two changes to your Chase BusinessSelect
Checking account:
- The $5,000 monthly minimum balance will no longer waive the monthly Service Fee on your
Chase BusinessSelect Checking account.
- The monthly Service Fee will be waived in any month you have an average daily balance of
$25,000 or more in this Chase BusinessSelect Checking account and any Chase business
savings accounts and CDs linked to this account.
All other terms and conditions of your account remain the same, including the following
ways to waive your monthly Service Fee:
- Maintain an average daily balance of $7,500 in this Chase BusinessSelect Checking
account; or
- Pay $50 or more in qualifying checking account fees (not including the monthly
Service Fee); or
- Make $1,000 in purchases on your linked Chase Business Credit Card during the monthly
checking statement cycle; or
- Maintain a linked qualifying personal checking account.
See your Deposit Account Agreement for further information.  If you have any questions,
please call us at 1-800-CHASE38 (1-800-242-7338) or contact your banker
for a free account review.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $437.66 |
| Deposits and Additions | 6 | 5,500.00 |
| ATM & Debit Card Withdrawals | 87 | - 2,829.26 |
| Fees and Other Withdrawals | 2 | - 3,015.00 |
| Ending Balance | 95 | $93.40 |

This message confirms that you have overdraft protection on your checking account.

Page 1 of 6

SEC-JPMC-P-0000108

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number    Posting date


CHASE

December 31, 2011 through January 31, 2012
Account Number: ███████████████

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:       Step 1 Balance:   $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.       Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

30-Nov-12

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number    Posting date

29Nov12-460

**CHASE ⬡**

December 31, 2011 through January 31, 2012
Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/03 | Online Transfer From  Chk ...8589 Transaction#: 2460134198 | $500.00 |
| 01/06 | Online Transfer From  Chk ...8589 Transaction#: 2467611699 | 3,000.00 |
| 01/06 | Online Transfer From  Chk ...8589 Transaction#: 2467754721 | 500.00 |
| 01/11 | Online Transfer From  Chk ...8589 Transaction#: 2474895176 | 500.00 |
| 01/17 | Online Transfer From  Chk ...8589 Transaction#: 2483400539 | 500.00 |
| 01/24 | Online Transfer From  Chk ...8589 Transaction#: 2492974826 | 500.00 |
| **Total Deposits and Additions** | | **$5,500.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/03 | Card Purchase          12/30 Att*Con Phone Pmt 800-288-2020 TX Card 3586 | $291.83 |
| 01/03 | Card Purchase          12/30 Brisket Bar Bq Bellaire TX Card 3586 | 9.47 |
| 01/03 | Card Purchase          12/30 My Fit Foods- Memorial Houston TX Card 3586 | 15.09 |
| 01/03 | Card Purchase          12/31 Barnes&Noble*Com 800-843-2665 NJ Card 3586 | 8.65 |
| 01/03 | Card Purchase          12/31 Esthers Cajun Cafe Houston TX Card 3586 | 11.37 |
| 01/03 | Card Purchase          12/31 Esthers Cajun Cafe Houston TX Card 3586 | 11.37 |
| 01/03 | Card Purchase With Pin  12/31 Kroger 1045 N. Shepher Houston TX Card 3586 | 8.14 |
| 01/03 | Card Purchase          01/01 Nfi*Www.Netflix.Com/ Netflix.Com CA Card 3586 | 8.65 |
| 01/03 | Card Purchase With Pin  01/02 Target T2093 Target T2 Houston TX Card 3586 | 60.01 |
| 01/03 | Card Purchase With Pin  01/02 Sephora-Houston Gall Houston TX Card 3586 | 31.39 |
| 01/04 | Card Purchase          01/02 River Oaks Nails And Sp Houston TX Card 3586 | 60.00 |
| 01/04 | Card Purchase          01/02 Beauty And Beyond Houston TX Card 3586 | 20.00 |
| 01/04 | Card Purchase          01/02 Taco Bell#105600010561 Houston TX Card 3586 | 6.81 |
| 01/04 | Card Purchase With Pin  01/04 Valero 2347 Houston TX Card 3586 | 45.08 |
| 01/04 | Card Purchase With Pin  01/04 Star Beauty Supply Houston TX Card 3586 | 16.24 |
| 01/05 | Card Purchase          01/03 Hunan Village Restauran Houston TX Card 3586 | 15.59 |
| 01/06 | Card Purchase          01/04 My Fit Foods- Memorial Houston TX Card 3586 | 17.75 |
| 01/06 | Card Purchase          01/05 Whataburger 271    Q26 Houston TX Card 3586 | 7.07 |
| 01/06 | Card Purchase          01/06 Fandango.Com Fandango.Com CA Card 3586 | 23.50 |
| 01/06 | Card Purchase          01/05 Del Frisco's 800086058 Houston TX Card 3586 | 66.54 |
| 01/06 | Card Purchase With Pin  01/06 Whole Foods Mark 701 W Houston TX Card 3586 | 31.98 |
| 01/06 | Card Purchase With Pin  01/06 Valero 2347 Houston TX Card 3586 | 3.18 |
| 01/06 | Card Purchase With Pin  01/06 Aldo Accessories Houston TX Card 3586 | 6.50 |
| 01/09 | Card Purchase          01/06 Quizno's Subs Houston TX Card 3586 | 9.50 |
| 01/09 | Card Purchase          01/06 French Connection 54 Houston TX Card 3586 | 124.48 |
| 01/09 | Card Purchase With Pin  01/06 Steve Madden #79 Houston TX Card 3586 | 97.37 |
| 01/09 | Card Purchase With Pin  01/06 Target T0955 Target T0 Houston TX Card 3586 | 42.49 |
| 01/09 | Card Purchase          01/07 Bubbles Express - Bx5 Houston TX Card 3586 | 11.00 |
| 01/09 | Card Purchase          01/07 French Connection 54 Houston TX Card 3586 | 97.41 |
| 01/09 | Card Purchase          01/08 Redbox *Dvd Rental Oakbrkterrace IL Card 3586 | 1.30 |
| 01/09 | Card Purchase With Pin  01/08 Kroger 1938 West Gray Houston TX Card 3586 | 26.11 |
| 01/10 | Card Purchase          01/08 Farrago Houston TX Card 3586 | 30.24 |
| 01/10 | Card Purchase          01/08 My Fit Foods- Memorial Houston TX Card 3586 | 17.75 |
| 01/10 | Card Purchase          01/09 Boston Market 2037 Houston TX Card 3586 | 10.03 |
| 01/11 | Card Purchase          01/10 Shipley Donuts Houston TX Card 3586 | 2.20 |

Page 3 of 6

SEC-JPMC-P-0000110

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number Posting date

CHASE

December 31, 2011 through January 31, 2012
Account Number: [redacted]

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11 | Card Purchase 01/10 Redbox *Dvd Rental 866-733-2693 IL Card 3586 | 1.30 |
| 01/11 | Card Purchase With Pin 01/11 Shell Service Station Houston TX Card 3586 | 49.06 |
| 01/12 | Recurring Card Purchase 01/11 Att*Bill Payment 800-288-2020 TX Card 3586 | 204.80 |
| 01/13 | Card Purchase 01/11 Demeris Barbeque Houston TX Card 3586 | 18.88 |
| 01/13 | Card Purchase 01/12 Shipley Donuts Houston TX Card 3586 | 5.23 |
| 01/13 | Card Purchase 01/12 Comer Bakery 00502526 Houston TX Card 3586 | 17.49 |
| 01/13 | Card Purchase 01/12 Comer Bakery 00502526 Houston TX Card 3586 | 2.05 |
| 01/13 | Card Purchase With Pin 01/13 Whole Foods Mark 701 W Houston TX Card 3586 | 51.92 |
| 01/13 | Card Purchase With Pin 01/13 Target T1336 Target T1 Houston TX Card 3586 | 15.14 |
| 01/13 | Card Purchase With Pin 01/13 Foodarama #21 Houston TX Card 3586 | 5.08 |
| 01/17 | Card Purchase 01/13 Aramark Reliant Stadium Houston TX Card 3586 | 28.00 |
| 01/17 | Card Purchase 01/13 Beaucoup Bar & Grill Houston TX Card 3586 | 18.38 |
| 01/17 | Card Purchase 01/13 Beauty And Beyond Houston TX Card 3586 | 15.00 |
| 01/17 | Card Purchase With Pin 01/14 Target T2093 Target T2 Houston TX Card 3586 | 34.75 |
| 01/17 | Card Purchase With Pin 01/14 Walgreens Shephard & F Houston TX Card 3586 | 5.49 |
| 01/17 | Card Purchase 01/14 Liberty Kitchen Houston TX Card 3586 | 36.51 |
| 01/17 | Card Purchase With Pin 01/14 Academy Ltd Houston TX Card 3586 | 16.23 |
| 01/17 | Card Purchase 01/14 Twin Peaks Kirby TX Card 3586 | 25.84 |
| 01/17 | Card Purchase 01/15 Marble Slab Creamery 74 Houston TX Card 3586 | 3.78 |
| 01/17 | Card Purchase With Pin 01/16 Kroger 1045 N. Shepher Houston TX Card 3586 | 29.57 |
| 01/17 | Card Purchase 01/16 Esthers Cajun Cafe Houston TX Card 3586 | 13.80 |
| 01/17 | Card Purchase 01/17 Chevron 00108030 Houston TX Card 3586 | 49.96 |
| 01/17 | Card Purchase With Pin 01/17 Target T2093 Target T2 Houston TX Card 3586 | 59.71 |
| 01/19 | Card Purchase 01/17 Hartz Chicken Houston TX Card 3586 | 6.58 |
| 01/19 | Card Purchase 01/18 Godaddy.Com 480-5058855 AZ Card 3586 | 18.16 |
| 01/19 | Card Purchase With Pin 01/19 Whole Foods Mark 701 W Houston TX Card 3586 | 50.42 |
| 01/20 | Card Purchase 01/18 Demeris Barbeque Houston TX Card 3586 | 11.41 |
| 01/20 | Card Purchase 01/19 My Fit Foods- Memorial Houston TX Card 3586 | 25.71 |
| 01/20 | Card Purchase 01/19 Godaddy.Com 480-5058855 AZ Card 3586 | 50.88 |
| 01/20 | Card Purchase 01/20 Fandango.Com Fandango.Com CA Card 3586 | 23.50 |
| 01/23 | Card Purchase 01/19 River Oaks Nails And Sp Houston TX Card 3586 | 35.00 |
| 01/23 | Card Purchase 01/19 Saks Fifth Avenue #0034 Houston TX Card 3586 | 32.15 |
| 01/23 | Card Purchase 01/20 Hardcore Pilates, Inc Houston TX Card 3586 | 100.00 |
| 01/23 | Card Purchase With Pin 01/22 Whole Foods Mark 2955 Houston TX Card 3586 | 8.38 |
| 01/24 | Card Purchase 01/22 Agora Houston TX Card 3586 | 9.00 |
| 01/24 | Card Purchase 01/22 Twin Peaks Kirby TX Card 3586 | 24.66 |
| 01/24 | Card Purchase With Pin 01/24 Target T2093 Target T2 Houston TX Card 3586 | 10.81 |
| 01/24 | Card Purchase With Pin 01/24 Kroger 1938 West Gray Houston TX Card 3586 | 78.00 |
| 01/25 | Card Purchase 01/23 My Fit Foods- Memorial Houston TX Card 3586 | 30.25 |
| 01/25 | Card Purchase 01/23 Quizno's Subs Houston TX Card 3586 | 11.88 |
| 01/25 | Card Purchase With Pin 01/25 Valero 2347 Houston TX Card 3586 | 51.63 |
| 01/25 | Card Purchase With Pin 01/25 Target T1336 Target T1 Houston TX Card 3586 | 21.09 |
| 01/25 | Recurring Card Purchase 01/25 24 Hour Fitness USA 800-432-6348 CA Card 3586 | 27.05 |
| 01/27 | Card Purchase 01/25 Black Walnut Cafe - Rl Houston TX Card 3586 | 11.91 |
| 01/27 | Card Purchase With Pin 01/27 Whole Foods Mark 701 W Houston TX Card 3586 | 44.94 |
| 01/30 | Card Purchase 01/26 Beauty And Beyond Houston TX Card 3586 | 24.00 |
| 01/30 | Card Purchase 01/26 River Oaks Nails And Sp Houston TX Card 3586 | 23.00 |

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number    Posting date



December 31, 2011 through January 31, 2012
Account Number: ███████████

## ATM & DEBIT CARD WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/30 | Card Purchase           01/28 Apple Store  #R204 Friendswood TX Card 3586 | 37.83 |
| 01/30 | Card Purchase With Pin 01/30 Target T2093 Target T2 Houston TX Card 3586 | 21.07 |
| 01/31 | Card Purchase           01/29 Saks Fifth Avenue #0034 Houston TX Card 3586 | 64.29 |
| 01/31 | Card Purchase With Pin 01/31 Kroger 1045 N. Shepher Houston TX Card 3586 | 12.95 |
| 01/31 | Recurring Card Purchase 01/31 Ntl*Www.Netflix.Com/ Netflix.Com CA Card 3586 | 8.65 |
| | **Total ATM & Debit Card Withdrawals** | **$2,829.26** |

## ATM & DEBIT CARD SUMMARY

Lydia D Cotton  Card 3586

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,829.26 |
| Total Card Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,829.26 |
| Total Card Credits | $0.00 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | 01/06 Withdrawal | $3,000.00 |
| 01/31 | Service Fee | 15.00 |
| | **Total Fees & Other Withdrawals** | **$3,015.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 01/03 | $481.69 | 01/17 | 483.60 |
| 01/04 | 333.56 | 01/19 | 408.44 |
| 01/05 | 317.97 | 01/20 | 296.94 |
| 01/06 | 661.45 | 01/23 | 121.41 |
| 01/09 | 251.79 | 01/24 | 498.94 |
| 01/10 | 193.77 | 01/25 | 357.04 |
| 01/11 | 641.21 | 01/27 | 300.19 |
| 01/12 | 436.41 | 01/30 | 194.29 |
| 01/13 | 320.62 | 01/31 | 93.40 |

Page 5 of 6

SEC-JPMC-P-0000112

30-Nov-12

29Nov12-460

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number    Posting date

 **CHASE**

December 31, 2011 through January 31, 2012
Account Number: ████████████

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month.  Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was $376.00. OR
- Keep a minimum daily balance in your checking account of $5,000.00.  Your minimum daily balance was $121.00 on 01/23/12. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 88 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 88 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $15.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $15.00 |

Page 6 of 6

SEC-JPMC-P-0000113

**JPMorgan**

Posting Date: 05/14/2012

Sequence Number: 7790737466

Amount: 2,250.00

Account: 758661375

Routing Transit Number: 04400003

Check/Serial Number: 001190307066

Bank Number: 1

IRD Indicator: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 5862

UDK: 1120514007790737466

ICLr: No

**CHASE** CASHIER'S CHECK    1190307066

Remitter    OAK RESOURCE    Date 05/07/2012    440

Pays    TWO THOUSAND TWO HUNDRED FIFTY DOLLARS AND 00 CENTS

Pay To The    BENJAMIN MEGA    $    2,250.00
Order Of

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Columbus, OH

121510B4  021  0035  0290  20120514
USAA FSB — SAT    >>314074269<<
>>314074269<<

57622159

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

SEC-JPMC-P-0000153

**JPMorgan**



Posting Date: 05/10/2012

Sequence Number: 4680699645

Amount: 4,500.00

Account: 758661375

Routing Transit Number: 04400003

Check/Serial Number: 001190307067

Bank Number: 1

IRD Indicator: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 4328

UDK: 1120510004680699645

ICLr: No

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

SEC-JPMC-P-0000154

# JPMorgan



Posting Date: 05/10/2012

Sequence Number: 4680699644

Amount: 4,500.00

Account: 758661375

Routing Transit Number: 04400003

Check/Serial Number: 001190307068

Bank Number: 1

IRD Indicator: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 4328

UDK: 1120510004680699644

ICLr: No

57622157

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

SEC-JPMC-P-0000155

30-Nov-12                                                          29Nov12-460

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G29Nov12-460**
**Sequence number 005690586330  Posting date 10-AUG-12**

**CHASE** ⬡                **WITHDRAWAL/RETIRO**                    R/T 500001017

Today's Date/Fecha   Customer Name (Please Print)/Nombre del cliente (en letra de molde)
8/10/12              OAK RESOURCES
If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escribe el nombre del beneficiario aquí

H10082-OH (Rev. 03/10)  92875857  09/12

                              Customer Signature/Firma del cliente
                              X

Start your account number here/
▼ Emplace su número de cuenta aquí

8 97988366          TOTAL $      125000.—    AMOUNT/CANTIDAD

AcctNum: 00000000897988366 Amount: 000000012500000
Kerno: 0187002881 PostDate: 20120810 Sequence: 005690586330
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 02011208160565058633 BOFD: 111900057 CapSrc: BY
TranCode: 000000 RouteTran: 50000101 DocType: 8
EntryNum: 0000004280 ItemType: P

SEC-JPMC-P-0000174

**JPMorgan**



CHASE

**DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES
SAVINGS/AHORROS
CHASE LIQUID

Today's Date/Fecha 8/10/12

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
CHARTERED INVESTMENTS

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)
X

897988374

TOTAL $  125 000.

CASH/EFECTIVO
CHECK/CHEQUE    125 000.
TOTAL FROM (OTHER SIDE)/TOTAL DEL REVERSO
SUBTOTAL
LESS CASH/MENOS EFECTIVO RECIBIDO

Posting Date: 20120810
Sequence Number: 5690586335
Amount: $125,000.00
Account: 897988374
Routing Transit Number: 50000102
Check/Serial Number: 000411647010
Bank Number: 201
IRD Indicator: 0
BOFD: 000000000
Capture Source: BY
Entry Number: 0000004280
UDK: 201120810005690586335
Cost Center: 741903
Teller Number: 10
Teller Sequence Number: 0
Missing Image: 5
PE Indicator: P
Application Code: 1
Trancode: 000000
DB/CR: CR
Item Type: P
Processing Date: 20120810

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

SEC-JPMC-P-0000175

30-Nov-12 29Nov12-460

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G29Nov12-460
Sequence number 008480135782 Posting date 17-SEP-12

CHASE WITHDRAWAL

CHECKING ☒
SAVINGS ☐
R/T 500001017

WITHDRAWAL

Today's Date: SEP 16 12
Customer Name (Please Print): OAK RESOURCES INC.
If Purchasing a Cashier's Check Provide Payee Name

Customer Signature
X [signature]

▼ Start your account number here
897988366

AMOUNT
TOTAL $ 300002.00

[redacted]

JPMorganChaseBank 091702 590186 820290 149454

AcctNum: 000000000897988366 Amount: 000000030000000
Xerno: 0314425182 PostDate: 20120917 Sequence: 008480135782
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0201120917008480135782 BOFD: 111900057 CapSRC: BY
TranCode: 000000 RouteTran: 50000101 DocType: 8
EntryNum: 0000002878 ItemType: P



JPMorgan

CHASE DEPOSIT

R/T 500001020

Today's Date SEP 16 12

Customer Name (Please Print) CHARTERED INVESTMENTS

Sign Here (If cash is received from this deposit)

X

▼ Start your account number here

897988374

| | |
|---|---|
| CASH | 300 000.— |
| CHECK | . |
| TOTAL FROM OTHER SIDE | . |
| SUBTOTAL | 300 000.— |
| CASH BACK | . |
| TOTAL $ | 300 000.00 |

DEPOSIT

[redacted]

JPMorganChaseBank 091702 590186 9202901494 59

| | |
|---|---|
| Posting Date: 20120917 | |
| Sequence Number: 8480135787 | |
| Amount: $300,000.00 | |
| Account: 897988374 | |
| Routing Transit Number: 50000102 | |
| Check/Serial Number: 001061250640 | |
| Bank Number: 201 | |
| IRD Indicator: 0 | |
| BOFD: 000000000 | |
| Capture Source: BY | |
| Entry Number: 0000002878 | |
| UDK: 20112091700848013578 7 | |
| Cost Center: 590186 | |
| Teller Number: 2 | |
| Teller Sequence Number: 145 | |
| Missing Image: 5 | |
| PE Indicator: P | |
| Application Code: 1 | |
| Trancode: 000000 | |
| DB/CR: CR | |
| Item Type: P | |
| Processing Date: 20120917 | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 01, 2011 through October 31, 2011
Account Number: ▓▓▓▓▓▓▓▓▓

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



lllıılllıllllıııllllıllıllıılılıllıllılıllıllıılll
0004 1494 DRE 201 141 30511 NNNNNNNNNN T  1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425

### CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,954.14 |
| Deposits and Additions | 4 | 660,961.50 |
| Checks Paid | 10 | - 323,069.87 |
| Electronic Withdrawals | 9 | - 145,125.00 |
| Fees and Other Withdrawals | 8 | - 170.00 |
| Ending Balance | 31 | $198,550.77 |
| | | |
| Interest Paid Year-to-Date | | $0.01 |

Your monthly service fee was waived because you maintained an average checking balance of  $7,500.00 or a minimum
checking balance of  $5,000.00 or more during the statement period.

Page 1 of 4

APP. 000186

SEC-JPMC-P-0000296

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

# CHASE ⬡

October 01, 2011 through October 31, 2011

Account Number: ████████████ ʳ

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Note:** Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |
| | | | | | |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠  JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

SEC-JPMC-P-0000297

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

 CHASE

October 01, 2011 through October 31, 2011
Account Number: ███████████



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1131 ^ | 10/04 | $7,500.00 |
| 1135 * ^ | 10/04 | 30,000.00 |
| 1136 ^ | 10/04 | 5,000.00 |
| 1137 ^ | 10/13 | 148,537.35 |
| 1138 ^ | 10/13 | 12,032.52 |
| 1139 ^ | 10/14 | 25,000.00 |
| 1140 ^ | 10/19 | 25,000.00 |
| 1141 ^ | 10/18 | 25,000.00 |
| 1142 ^ | 10/19 | 25,000.00 |
| 1145 * ^ | 10/31 | 20,000.00 |
| **Total Checks Paid** | | **$323,069.87** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,954.14** |
| 10/03 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000028646 Imad: 1003I1B7031R036551 Trn: 6481909276FI | 150,000.00 | 155,954.14 |
| 10/03 | Fed Wire Credit Via: Deutsche Bank Tr Company Ameri/021001033 B/O: 1/Kylemore Corp. 6/Ch/Bsaachgg/8998100 Ref: Chase Nyc/Ctr/Bbk=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Bnf=Chartered Investments Inc Houston, Texas 77042 Rfimed: 1003B1Q8383C013374 Trn: 5626709276FI | 135,961.50 | 291,915.64 |
| 10/03 | Incoming Domestic Wire Fee | - 15.00 | 291,900.64 |
| 10/03 | Incoming Domestic Wire Fee | - 15.00 | 291,885.64 |
| 10/04 | 10/04 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Business Wire San Francisco CA 94139 US Ref: Boliver Technical Resources Acct 244604/Houston Imad: 1004B1Qgc03C003551 Trn: 0970800277Es | - 4,375.00 | 287,510.64 |
| 10/04 | Check          # 1135 | - 30,000.00 | 257,510.64 |
| 10/04 | Check          # 1131 | - 7,500.00 | 250,010.64 |
| 10/04 | Check          # 1136 | - 5,000.00 | 245,010.64 |
| 10/04 | Wire Online Domestic Fee | - 25.00 | 244,985.64 |
| 10/05 | 10/05 Online Wire Transfer Via: Capital One/111901014 A/C: Cyber Defenders Houston TX 77057 US Ref: Advertising Imad: 1005B1Qgc05C007781 Trn: 1384700278Es | - 20,000.00 | 224,985.64 |
| 10/05 | Wire Online Domestic Fee | - 25.00 | 224,960.64 |
| 10/07 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000028744 Imad: 10071IB7031R037253 Trn: 5942509280FI | 225,000.00 | 449,960.64 |
| 10/07 | Incoming Domestic Wire Fee | - 15.00 | 449,945.64 |

Page 3 of 4

SEC-JPMC-P-0000298

**CHASE O**

October 01, 2011 through October 31, 2011
Account Number:

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 10/11 | 10/11 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Business Wire San Francisco CA 94139 US Ref: Bolivar Technical Resources Acct 244604/Houston Imad: 1011B1Qgc08C003642 Trn: 1295100284Es | - 3,695.00 | 448,250.64 |
| 10/11 | Wire Online Domestic Fee | - 25.00 | 448,225.64 |
| 10/13 | 10/13 Online Wire Transfer Via: Capital One/111901014 A/C: Cyber Defenders Houston TX 77057 US Ref: Advertising Imad: 1013B1Qgc06C005783 Trn: 0796500286Es | - 20,000.00 | 426,225.64 |
| 10/13 | Check        # 1137 | - 148,537.35 | 277,688.29 |
| 10/13 | Check        # 1138 | - 12,032.52 | 265,655.77 |
| 10/13 | Wire Online Domestic Fee | - 25.00 | 265,630.77 |
| 10/14 | 10/14 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/08:03 Imad: 1014B1Qgc05C001169 Trn: 0298700287Es | - 65,000.00 | 200,630.77 |
| 10/14 | 10/14 Online Transfer To  Bcc Xxxxxxxxxxxx7606 Transaction#: 2166885281 | - 10,000.00 | 190,630.77 |
| 10/14 | Check        # 1139 | - 25,000.00 | 165,630.77 |
| 10/14 | Chase    Epay    1204893377    Web ID: 5760039224 | - 10,400.00 | 155,230.77 |
| 10/14 | Wire Online Domestic Fee | - 25.00 | 155,205.77 |
| 10/17 | Chase    Epay    1206597815    Web ID: 5760039224 | - 4,380.00 | 150,825.77 |
| 10/18 | Check        # 1141 | - 25,000.00 | 125,825.77 |
| 10/19 | Check        # 1142 | - 25,000.00 | 100,825.77 |
| 10/19 | Check        # 1140 | - 25,000.00 | 75,825.77 |
| 10/24 | Chase    Epay    1210035891    Web ID: 5760039224 | - 7,275.00 | 68,550.77 |
| 10/25 | Deposit    304138673 | 150,000.00 | 218,550.77 |
| 10/31 | Check        # 1145 | - 20,000.00 | 198,550.77 |
|  | Ending Balance | | $198,550.77 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 19 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| Transaction Total | 24 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |

Page 4 of 4

APP. 000189

27-Feb-03 Case 4:14-cv-02345   Document 55-2   Filed on 08/14/15 in TXSD   Page 74 of 127 G27Feb13-289
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

December 01, 2011 through December 30, 2011
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00041840 DRE 201 141 36511 YNNNNNNNNNN T  1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425



We are making some changes that affect Chase personal and business checking, savings
and Certificate of Deposit (CD) accounts, including retirement accounts*. Enclosed with
this statement is a rewritten Deposit Account Agreement (formerly known as the Account
Rules and Regulations). The new design of this booklet will make it easier for you to read
and find the information you need quickly.

Please review the information and keep this as reference with your other financial
documents.

Please note: If you would like to receive the Deposit Account Agreement in Spanish,
they will be available at your nearest Chase branch, starting February 1, 2012.

*For checking and savings accounts, all changes are effective on February 1, 2012.
For CD accounts, the changes are effective on the first CD maturity date occurring
on or after February 1, 2012.

Important Information about Chase Business Checking and Savings Accounts

We are working to simplify our Chase checking and savings accounts by eliminating or
reducing some of our fees. The following changes to the Additional Banking Services and
Fees for Chase business checking and savings accounts are effective December 14, 2011.
All other terms of your Deposit Account Agreement remain the same. If you have any
questions, please call us at 1-800-CHASE38 (1-800-242-7338) or visit your branch.

We will no longer charge fees for the following services:
- No fees for Check/Item Copies and Urgent Item Copies -for example, we will not charge
you when you need a copy of a cancelled check or deposit slip.
- No fees for Immediate Notification of wire transfers
- No fees for a Failed Payment when using Chase Online Bill Pay or Quick Pay

We are also reducing the Non-Chase ATM fee charged by Chase for using another
institution's ATM to $2.00 per transaction for each Inquiry, Transfer or Withdrawal at a
non-Chase ATM within the United States, Puerto Rico and the US Virgin Islands.(1)

(1) Usage Fee may be charged by the institution that owns the ATM.  Additional fees may
apply when using an ATM outside the United States, Puerto Rico and the US Virgin Islands.

Page 1 of 8

**APP. 000190**

SEC-JPMC-P-0000332

27-Feb-13  Case 4:14-cv-02345  Document 55-2  Filed on 08/14/15 in TXSD  Page 75 of 127
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number   Posting date

**CHASE** ◻

December 01, 2011 through December 30, 2011
Account Number: ▬▬▬▬▬▬▬

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:** $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:** $ _____

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:** $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement:

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:** -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

SEC-JPMC-P-0000333

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number Posting date



**CHASE** 

December 01, 2011 through December 30, 2011
Account Number:



## CHECKING SUMMARY | Chase BusinessSelect Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $55,895.71 |
| Deposits and Additions | 3 | 209,969.50 |
| Checks Paid | 15 | - 161,126.63 |
| Electronic Withdrawals | 7 | - 99,000.00 |
| Fees and Other Withdrawals | 9 | - 195.00 |
| Ending Balance | 34 | $5,543.58 |
| Interest Paid Year-to-Date |  | $0.01 |

Your monthly service fee was waived because you maintained an average checking balance of $7,500.00 or a minimum checking balance of $5,000.00 or more during the statement period.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1156 ^ | 12/15 | $11,202.96 | 1175 ^ | 12/15 | 7,690.00 |
| 1159 * ^ | 12/15 | 11,545.82 | 1176 ^ | 12/14 | 3,000.00 |
| 1165 * ^ | 12/08 | 1,250.00 | 1177 ^ | 12/22 | 1,250.00 |
| 1166 ^ | 12/01 | 5,000.00 | 1178 ^ | 12/16 | 5,000.00 |
| 1171 * ^ | 12/13 | 25,000.00 | 1179 ^ | 12/30 | 3,500.00 |
| 1172 ^ | 12/15 | 17,264.96 | 1180 ^ | 12/22 | 1,250.00 |
| 1173 ^ | 12/16 | 6,829.46 | 1182 * ^ | 12/20 | 1,038.00 |
| 1174 ^ | 12/19 | 60,305.43 |  |  |  |
|  |  |  | **Total Checks Paid** |  | **$161,126.63** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $55,895.71 |
| 12/01 | Check         # 1166 | - 5,000.00 | 50,895.71 |
| 12/05 | 12/05 Online Wire Transfer Via: Comerica Dallas/111000753 A/C: Fairwinds Consulting Llc Friendswood TX 77564 US Ref: Consulting Imad: 1205B1Qgc07C006329 Trn: 176910039Es | - 5,000.00 | 45,895.71 |
| 12/05 | 12/05 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Loan To Onyx/Time/15:40 Imad: 1205B1Qgc08C004523 Trn: 1768700339Es | - 15,000.00 | 30,895.71 |
| 12/05 | Wire Online Domestic Fee | - 25.00 | 30,870.71 |
| 12/05 | Wire Online Domestic Fee | - 25.00 | 30,845.71 |
| 12/08 | Check         # 1165 | - 1,250.00 | 29,595.71 |

Page 3 of 6

**APP. 000192**

SEC-JPMC-P-0000334

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

**CHASE** ⬡

December 01, 2011 through December 30, 2011
Account Number: ▉▉▉▉▉▉▉▉

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/09 | Fed Wire Credit Via: Prosperity Bank/113122655 B/O: Anna I Tikhonova Houston, TX 77056-0000 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=O/B Prosperity B Imad: 1209Qmgft009001997 Trn: 4133509343FI | 60,000.00 | 89,595.71 |
| 12/09 | Incoming Domestic Wire Fee | - 15.00 | 89,580.71 |
| 12/12 | 12/12 Online Wire Transfer Via: Capital One/111901014 A/C: Cyber Defenders Houston TX 77057 US Ref: Advertising Imad: 1212B1Qgc06C004715 Trn: 1069400346Es | - 10,000.00 | 79,580.71 |
| 12/12 | Wire Online Domestic Fee | - 25.00 | 79,555.71 |
| 12/13 | Fed Wire Credit Via: Prosperity Bank/113122655 B/O: Carolyn P Austin Houston, TX 77077-0000 Ref: Chase Nyc/BTR/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=O/B Prosperity B Imad: 1213Qmgft014002891 Trn: 5486009347FI | 100,000.00 | 179,555.71 |
| 12/13 | Check          # 1171 | - 25,000.00 | 154,555.71 |
| 12/13 | Incoming Domestic Wire Fee | - 15.00 | 154,540.71 |
| 12/14 | 12/14 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Loans/Time/09:59 Imad: 1214B1Qgc04C002521 Trn: 0439100348Es | - 45,000.00 | 109,540.71 |
| 12/14 | Chase    Epay    1240026649    Web ID: 5760039224 | - 11,500.00 | 98,040.71 |
| 12/14 | Check          # 1176 | - 3,000.00 | 95,040.71 |
| 12/14 | Wire Online Domestic Fee | - 25.00 | 95,015.71 |
| 12/15 | Fed Wire Credit Via: Deutsche Bank Tr Company Ameri/021001033 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=6170000687827Pg Bbi=/Chgs/USD30,5/Ocmt/USD50000,Imad: 1215B1Q6383C004463 Trn: 0784809349FI | 49,969.50 | 144,985.21 |
| 12/15 | Check          # 1172 | - 17,264.96 | 127,720.25 |
| 12/15 | Check          # 1159 | - 11,545.82 | 116,174.43 |
| 12/15 | Check          # 1156 | - 11,202.96 | 104,971.47 |
| 12/15 | Check          # 1175 | - 7,690.00 | 97,281.47 |
| 12/15 | Incoming Domestic Wire Fee | - 15.00 | 97,266.47 |
| 12/16 | Check          # 1173 | - 6,829.46 | 90,437.01 |
| 12/16 | Check          # 1178 | - 5,000.00 | 85,437.01 |
| 12/19 | Check          # 1174 | - 60,305.43 | 25,131.58 |
| 12/20 | Check          # 1182 | - 1,038.00 | 24,093.58 |
| 12/21 | 12/21 Online Wire Transfer Via: Suntrust Atl/061000104 A/C: Aba/063102152 Orlando FL 33178 Ben: Franklin Music Group Orlando FL 32835 US Ref: December Payment Imad: 1221B1Qgc08C003684 Trn: 0796000355Es | - 7,500.00 | 16,593.58 |
| 12/21 | Wire Online Domestic Fee | - 25.00 | 16,568.58 |
| 12/22 | Check          # 1180 | - 1,250.00 | 15,318.58 |
| 12/22 | Check          # 1177 | - 1,250.00 | 14,068.58 |
| 12/28 | 12/28 Online Wire Transfer Via: Capital One/111901014 A/C: Cyber Defenders Houston TX 77057 US Ref: Loan Imad: 1228B1Qgc07C001933 Trn: 0794000362Es | - 5,000.00 | 9,068.58 |
| 12/28 | Wire Online Domestic Fee | - 25.00 | 9,043.58 |
| 12/30 | Check          # 1179 | - 3,500.00 | 5,543.58 |
|  | *Ending Balance* |  | **$5,543.58** |

Page 4 of 6

**APP. 000193**

SEC-JPMC-P-0000335

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

## CHASE 

December 01, 2011 through December 30, 2011
Account Number: ███████████

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 22 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| **Transaction Total** | **25** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 5 of 6

SEC-JPMC-P-0000336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

**CHASE**

December 01, 2011 through December 30, 2011
Account Number:

This Page Intentionally Left Blank

Page 6 of 6

SEC-JPMC-P-0000337

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

## CHASE ⬭

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 31, 2011 through January 31, 2012
Account Number: ▆▆▆▆▆▆▆

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

IlullullluluulluulludluludluluuullI
00040653 DRE 201 141 03212 NNNNNNNNNNN T  1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425



Important Information about Chase BusinessSelect Checking(SM) Accounts
Beginning March 16, 2012, there will be two changes to your Chase BusinessSelect
Checking account:
- The $5,000 monthly minimum balance will no longer waive the monthly Service Fee on your
Chase BusinessSelect Checking account.
- The monthly Service Fee will be waived in any month you have an average daily balance of
$25,000 or more in this Chase BusinessSelect Checking account and any Chase business
savings accounts and CDs linked to this account.
All other terms and conditions of your account remain the same, including the following
ways to waive your monthly Service Fee:
- Maintain an average daily balance of $7,500 in this Chase BusinessSelect Checking
account; or
- Pay $50 or more on qualifying checking account fees (not including the monthly
Service Fee); or
- Make $1,000 in purchases on your linked Chase Business Credit Card during the monthly
checking statement cycle; or
- Maintain a linked qualifying personal checking account.
See your Deposit Account Agreement for further information.  If you have any questions,
please call us at 1-800-CHASE38 (1-800-242-7338) or contact your banker
for a free account review.

| CHECKING SUMMARY | Chase BusinessSelect Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $5,543.58 |
| Deposits and Additions | 3 | 649,923.00 |
| Checks Paid | 10 | - 181,240.56 |
| Electronic Withdrawals | 18 | - 263,784.81 |
| Fees and Other Withdrawals | 13 | - 295.00 |
| Ending Balance | 44 | $210,146.21 |

Interest paid in 2011 for account 000000897988374 was $0.01.

Your monthly service fee was waived because you maintained an average checking balance of  $7,500.00 or a minimum
checking balance of  $5,000.00 or more during the statement period.

Page 1 of 6

SEC-JPMC-P-0000353

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number   Posting date

**CHASE** ◻

December 31, 2011 through January 31, 2012
Account Number: ▇▇▇▇▇▇▇▇▇

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:   $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.        Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

APP. 000197

SEC-JPMC-P-0000354

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

**CHASE** ⬡

December 31, 2011 through January 31, 2012
Account Number: ▬▬▬▬▬



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1181 ^ | 01/11 | $5,000.00 |
| 1188 * ^ | 01/10 | 15,000.00 |
| 1189 ^ | 01/11 | 25,000.00 |
| 1190 ^ | 01/23 | 6,947.16 |
| 1191 ^ | 01/12 | 11,838.60 |
| 1192 ^ | 01/12 | 3,500.00 |
| 1193 ^ | 01/25 | 1,250.00 |
| 1194 ^ | 01/12 | 10,020.26 |
| 1195 ^ | 01/17 | 97,684.54 |
| 1196 ^ | 01/20 | 5,000.00 |
| **Total Checks Paid** | | **$181,240.56** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $5,543.58 |
| 01/04 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/Ch53087620018998B000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compagniessn: 0269392 Trn: 5174600004Fc | 199,961.50 | 205,505.08 |
| 01/04 | Incoming Domestic Wire Fee | - 15.00 | 205,490.08 |
| 01/05 | 01/05 Online Wire Transfer Via: Comerica Dallas/111000753 A/C: Fairwinds Consulting Llc Friendswood TX 77564 US Ref: January Consulting Imad: 0105B1Qgc02C002416 Trn: 0458000005Es | - 5,000.00 | 200,490.08 |
| 01/05 | 01/05 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Loans/09:58 Imad: 0105B1Qgc08C002381 Trn: 0463500005Es | - 45,000.00 | 155,490.08 |
| 01/05 | 01/05 Online Wire Transfer Via: Suntrust Atl/061000104 A/C: Aba/063102152 Orlando FL 33178 Ben: Franklin Music Group Orlando FL 32835 US Ref: January Consulting Imad: 0105B1Qgc07C004155 Trn: 1145900005Es | - 7,500.00 | 147,990.08 |
| 01/05 | Wire Online Domestic Fee | - 25.00 | 147,965.08 |
| 01/05 | Wire Online Domestic Fee | - 25.00 | 147,940.08 |
| 01/05 | Wire Online Domestic Fee | - 25.00 | 147,915.08 |
| 01/06 | 01/06 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref/Time/13:33 Imad: 0106B1Qgc03C004423 Trn: 1008200006Es | - 50,000.00 | 97,915.08 |
| 01/06 | Wire Online Domestic Fee | - 25.00 | 97,890.08 |
| 01/10 | 01/10 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Carolyn P Austin Houston TX 77077 US Ref: Repay Loan/Time/17:38 Imad: 0110B1Qgc08C007425 Trn: 1523400010Es | - 25,000.00 | 72,890.08 |
| 01/10 | Check          # 1188 | - 15,000.00 | 57,890.08 |
| 01/10 | Wire Online Domestic Fee | - 25.00 | 57,865.08 |

Page 3 of 6

**APP. 000198**

SEC-JPMC-P-0000355

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number   Posting date

## CHASE ⬡

December 31, 2011 through January 31, 2012
Account Number: ▓▓▓▓▓▓▓▓

### TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 01/11 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/Ch530876200189988000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compagniessn: 0243302 Tm: 4630700011Fc | 175,000.00 | 232,865.08 |
| 01/11 | Check       # 1189 | - 25,000.00 | 207,865.08 |
| 01/11 | Check       # 1181 | - 5,000.00 | 202,865.08 |
| 01/11 | Incoming Domestic Wire Fee | - 15.00 | 202,850.08 |
| 01/12 | Check       # 1191 | - 11,838.60 | 191,011.48 |
| 01/12 | Check       # 1194 | - 10,020.26 | 180,991.22 |
| 01/12 | Check       # 1192 | - 3,500.00 | 177,491.22 |
| 01/13 | 01/13 Online Wire Transfer Via: Capital One/111901014 A/C: Cyber Defenders Houston TX 77057 US Ref: Loan Imad: 0113B1Qgc05C001831 Tm: 0464100013Es | - 5,000.00 | 172,491.22 |
| 01/13 | Wire Online Domestic Fee | - 25.00 | 172,466.22 |
| 01/17 | 01/17 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Onyx/Time/10:43 Imad: 0117B1Qgc06C004962 Tm: 1380400017Es | - 10,000.00 | 162,466.22 |
| 01/17 | 01/17 Online Wire Transfer Via: Comerica Dallas/111000753 A/C: Fairwinds Consulting Llc Friendswood TX 77564 US Ref: Expense Advance Imad: 0117B1Qgc02C005778 Tm: 1381300017Es | - 5,000.00 | 157,466.22 |
| 01/17 | Check       # 1195 | - 97,684.54 | 59,781.68 |
| 01/17 | Wire Online Domestic Fee | - 25.00 | 59,756.68 |
| 01/17 | Wire Online Domestic Fee | - 25.00 | 59,731.68 |
| 01/20 | Check       # 1196 | - 5,000.00 | 54,731.68 |
| 01/23 | Check       # 1190 | - 6,947.16 | 47,784.52 |
| 01/25 | Check       # 1193 | - 1,250.00 | 46,534.52 |
| 01/26 | 01/26 Online Wire Transfer Via: Comerica Dallas/111000753 A/C: Fairwinds Consulting Llc Friendswood TX 77564 US Imad: 0126B1Qgc05C006135 Tm: 1002900026Es | - 5,000.00 | 41,534.52 |
| 01/26 | Wire Online Domestic Fee | - 25.00 | 41,509.52 |
| 01/31 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/Ch530876200189988000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compagniessn: 0217228 Tm: 4158900031Fc | 274,961.50 | 316,471.02 |
| 01/31 | 01/31 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Loan/13:41 Imad: 0131B1Qgc08C006831 Tm: 1208900031Es | - 50,000.00 | 266,471.02 |
| 01/31 | 01/31 Online ACH Payment 3879051175 To POP Labs (_######4434) | - 444.98 | 266,026.04 |
| 01/31 | 01/31 Online ACH Payment 3879031195 To POP Labs (_######4434) | - 12,296.83 | 253,729.21 |
| 01/31 | 01/31 Online ACH Payment 3879071188 To POP Labs (_######4434) | - 558.00 | 253,171.21 |
| 01/31 | 01/31 Online ACH Payment 3879091206 To POP Labs (_######4434) | - 485.00 | 252,686.21 |
| 01/31 | 01/31 Online ACH Payment 3879091214 To POP Labs (_######4434) | - 15,000.00 | 237,686.21 |
| 01/31 | 01/31 Online ACH Payment 3879111196 To Ocs (_######0984) | - 15,000.00 | 222,686.21 |
| 01/31 | 01/31 Online ACH Payment 3879211192 To Fairwinds (_######2633) | - 5,000.00 | 217,686.21 |
| 01/31 | 01/31 Online ACH Payment 3879211193 To Franklin (_#########4502) | - 7,500.00 | 210,186.21 |
| 01/31 | Wire Online Domestic Fee | - 25.00 | 210,161.21 |
| 01/31 | Incoming Domestic Wire Fee | - 15.00 | 210,146.21 |
|  | Ending Balance |  | $210,146.21 |

Page 4 of 8

**APP. 000199**

SEC-JPMC-P-0000356

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number    Posting date

## CHASE ○

December 31, 2011 through January 31, 2012
Account Number: ██████████████

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 20 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| Transaction Total | 23 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



.

.

Page 5 of 6

SEC-JPMC-P-0000357

27-Feb-13   Case 4:14-cv-02345   Document 55-2   Filed on 08/14/15 in TXSD   Page 85 of 127   27-Feb-13-289
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Feb13-289
Sequence number   Posting date



December 31, 2011 through January 31, 2012
Account Number:

This Page Intentionally Left Blank

Page 6 of 6

APP. 000201

SEC-JPMC-P-0000358

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number     Posting date

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 01, 2012 through February 29, 2012
Account Number: ▮▮▮▮▮▮▮▮▮▮▮

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

IIlIlIlIIIlIlIllIIlIlIllIIIlIlIllIlIlIlIlIllIIlIlIllIIlIllIlIlIII
00039932 DRE 201 141 05112 NNNNNNNNNNN T  1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425



### CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $210,146.21 |
| Deposits and Additions | 2 | 275,000.00 |
| Checks Paid | 8 | - 202,269.14 |
| Electronic Withdrawals | 9 | - 237,802.57 |
| Fees and Other Withdrawals | 3 | - 65.00 |
| Ending Balance | 22 | $45,009.50 |

Interest paid in 2011 for account 000000897988374 was $0.01.

Your monthly service fee was waived because you maintained an average checking balance of  $7,500.00 or a minimum
checking balance of  $5,000.00 or more during the statement period.

### CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1197 ^ | 02/08 | $1,250.00 |
| 1198 ^ | 02/02 | 3,500.00 |
| 1199 ^ | 02/07 | 5,000.00 |
| 1200 ^ | 02/08 | 25,000.00 |
| 1202 * ^ | 02/16 | 3,000.00 |
| 1203 ^ | 02/21 | 5,000.00 |
| 1204 ^ | 02/16 | 135,488.67 |
| 1205 ^ | 02/16 | 24,030.47 |
| Total Checks Paid | | $202,269.14 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

APP. 000202

SEC-JPMC-P-0000446



**CHASE** ⬭

February 01, 2012 through February 29, 2012
Account Number: ▉▉▉▉▉▉▉▉4

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your
statement or not.

**1. Write in the Ending Balance shown on this statement:**     Step 1 Balance: $_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Step 2 Total: $_____

**3. Add Step 2 Total to Step 1 Balance.**     Step 3 Total: $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total: -$_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

APP. 000203

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE** ⬡

February 01, 2012 through February 29, 2012
Account Number:

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $210,146.21 |
| 02/02 | 02/01 Online ACH Payment 3909231172 To Hines (_#####8164) | - 5,000.00 | 205,146.21 |
| 02/02 | 02/02 Book Transfer Debit A/C: Brooke Stigginga Martinez Katy, TX 77494 Tm: 1625600033Es | - 5,471.28 | 199,674.93 |
| 02/02 | Check        # 1198 | - 3,500.00 | 196,174.93 |
| 02/02 | Wire Online Domestic Fee | - 25.00 | 196,149.93 |
| 02/03 | Book Transfer Credit B/O: Penson Financial Services Inc Dallas TX 75204- Org: 2Tc05456 Chartered Investment Inc Tm: 1111700034Jo | 75,000.00 | 271,149.93 |
| 02/03 | 02/03 Online ACH Payment 3951251196 To Andrew Farmer (_#####7185) | - 50,000.00 | 221,149.93 |
| 02/03 | 02/03 Online ACH Payment 3951251197 To Carolyn Austin (_###1553) | - 50,000.00 | 171,149.93 |
| 02/06 | 02/06 Online ACH Payment 4006091171 To Mary Passalaqua (_####0437) | - 50,000.00 | 121,149.93 |
| 02/06 | 02/06 Online ACH Payment 4006091172 To Scott Sieck (_########9630) | - 50,000.00 | 71,149.93 |
| 02/07 | Check        # 1199 | - 5,000.00 | 66,149.93 |
| 02/08 | Check        # 1200 | - 25,000.00 | 41,149.93 |
| 02/08 | Check        # 1197 | - 1,250.00 | 39,899.93 |
| 02/16 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/ChS5087620018998B000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compaghiessn: 0169150 Tm: 3017900047Fc | 200,000.00 | 239,899.93 |
| 02/16 | Check        # 1204 | - 135,488.67 | 104,411.26 |
| 02/16 | Check        # 1205 | - 24,030.47 | 80,380.79 |
| 02/16 | Check        # 1202 | - 3,000.00 | 77,380.79 |
| 02/16 | Incoming Domestic Wire Fee | - 15.00 | 77,365.79 |
| 02/17 | 02/17 Online ACH Payment 4259111182 To Oca (_#####0984) | - 5,000.00 | 72,365.79 |
| 02/17 | 02/17 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/12:28 Imad: 0217B1Qgc01C004036 Tm: 0895300048Es | - 20,000.00 | 52,365.79 |
| 02/17 | 02/17 Online ACH Payment 4263271187 To Scott Sieck (_########9630) | - 2,331.29 | 50,034.50 |
| 02/17 | Wire Online Domestic Fee | - 25.00 | 50,009.50 |
| 02/21 | Check        # 1203 | - 5,000.00 | 45,009.50 |
| | Ending Balance | | $45,009.50 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 2 |
| Deposited Items | 0 |
| Transaction Total | 12 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |

Page 3 of 4

01-Apr-13                                                                                          27Mar13-336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number   Posting date

CHASE ⬡

February 01, 2012 through February 29, 2012
Account Number: ▉▉▉▉▉▉▉▉▉

| SERVICE CHARGE SUMMARY | *(continued)* |
|---|---|

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 4 of 4

SEC-JPMC-P-0000449

01-Apr-13                                                                                                                                    27Mar13-336
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 01, 2012 through March 30, 2012
Account Number: ██████████████



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

IllullullInnIdulIdIIulIIdlnlnIdIdIdIdInInIInnIIull
00033776 DRE 201 141 09112 NNNNNNNNNN T  1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425

Important Information About Your Account Statement

We understand the value of being able to easily read your statements and the benefit
of balancing your account. To make your statement easier to follow, effective
March 19, 2012, we moved the Balancing Your Checkbook page to the last page
of the statement. This page may be used to balance your account for a given statement
period. If you have any questions, please call us at the number on this statement or
visit your branch.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $45,009.50 |
| Deposits and Additions | 6 | 1,716,609.84 |
| Checks Paid | 15 | - 314,914.70 |
| Electronic Withdrawals | 24 | - 983,620.22 |
| Fees and Other Withdrawals | 21 | - 15,580.00 |
| Ending Balance | 66 | $447,504.42 |

Interest paid in 2011 for account 000000897988374 was $0.01.

Page 1 of 6

SEC-JPMC-P-0000458

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date



March 01, 2012 through March 30, 2012
Account Number:

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|
| 1206 ^ | 03/02 | $3,500.00 | | 1214 ^ | 03/19 | 34,628.81 |
| 1207 ^ | 03/12 | 5,000.00 | | 1215 ^ | 03/19 | 26,205.00 |
| 1208 ^ | 03/05 | 1,250.00 | | 1216 ^ | 03/19 | 45,630.89 |
| 1209 ^ | 03/12 | 25,000.00 | | 1218 * ^ | 03/22 | 50,000.00 |
| 1210 ^ | 03/28 | 1,250.00 | | 1219 ^ | 03/27 | 100,000.00 |
| 1211 ^ | 03/28 | 1,250.00 | | 1221 * ^ | 03/28 | 9,000.00 |
| 1212 ^ | 03/20 | 5,000.00 | | 1222 ^ | 03/28 | 4,200.00 |
| 1213 ^ | 03/15 | 3,000.00 | | | | |
| | | | | **Total Checks Paid** | | **$314,914.70** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $45,008.50 |
| 03/01 | 03/01 Online ACH Payment 4541871226 To Franklin (_#########4502) | - 8,500.00 | 36,509.50 |
| 03/01 | 03/01 Online ACH Payment 4541871227 To Fairwinds (_#####2533) | - 5,000.00 | 31,509.50 |
| 03/01 | 03/01 Online ACH Payment 4541871229 To Hines (_#####8164) | - 5,000.00 | 26,509.50 |
| 03/01 | 03/01 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/111000025 Dallas TX 75283-1973 Ben: Jason Burgess Little Elm TX 75068 US Ref: Solawerks Imad: 0301B1Qgc03C008167 Tm: 1923700061Es | - 7,500.00 | 19,009.50 |
| 03/01 | Wire Online Domestic Fee | - 25.00 | 18,984.50 |
| 03/01 | Chase ACH Payments Monthly Fee | - 25.00 | 18,959.50 |
| 03/02 | Check        # 1206 | - 3,500.00 | 15,459.50 |
| 03/05 | Fed Wire Credit Via: Deutsche Bank Tr Company Ameri/021001033 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8996100 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=6100000108735 7Pg Bbi=/Ocmt/USD225000,/Bnf/Jp Morgimad: 0305B1Q8383C009969 Tm: 2635909065Ff | 225,000.00 | 240,459.50 |
| 03/05 | 03/05 Online ACH Payment 4630451225 To Franklin (_#########4502) | - 15,000.00 | 225,459.50 |
| 03/05 | 03/05 Online Wire Transfer Via: Prosparity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/16:51 Imad: 0305B1Qgc04C011599 Tm: 2054100065Es | - 30,000.00 | 195,459.50 |
| 03/05 | Check        # 1208 | - 1,250.00 | 194,209.50 |
| 03/05 | Wire Online Domestic Fee | - 25.00 | 194,184.50 |
| 03/05 | Incoming Domestic Wire Fee | - 15.00 | 194,169.50 |
| 03/07 | 03/07 Online Wire Transfer Via: Mellon Bank Pitts/043000261 A/C: Heath Care Service Corp. Ricahrdson TX 75082 US Ref: TX Blue Star - Iridium Capital Ltd.031105 Imad: 0307B1Qgc01C003897 Tm: 1074700067Es | - 10,000.00 | 184,169.50 |
| 03/07 | Wire Online Domestic Fee | - 25.00 | 184,144.50 |
| 03/12 | 03/12 Online ACH Payment 4781391184 To Carolyn Austin (_###1553) | - 38,000.00 | 146,144.50 |
| 03/12 | 03/12 Online ACH Payment 4781371189 To Carolyn Austin (_###1553) | - 14,622.36 | 131,522.14 |

Page 2 of 6

APP. 000207

01-Apr-13                                                                                                    27Mar13-336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number   Posting date

**CHASE** ⬡

March 01, 2012 through March 30, 2012
Account Number: ███████████

| TRANSACTION DETAIL | *(continued)* |



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/12 | Check                # 1209 | - 25,000.00 | 106,522.14 |
| 03/12 | Check                # 1207 | - 5,000.00 | 101,522.14 |
| 03/13 | 03/13 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/111000025 Dallas TX 75283-1973 Ben: Jason Burgess Little Elm TX 75068 US Ref: Solawerks Imad: 0313B1Qgc03C006495 Trn: 1477800073Es | - 2,500.00 | 99,022.14 |
| 03/13 | Wire Online Domestic Fee | - 25.00 | 98,997.14 |
| 03/15 | 03/15 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: /Time/08:03 Imad: 0315B1Qgc03C001282 Trn: 0240100075Es | - 60,000.00 | 38,997.14 |
| 03/15 | Check                # 1213 | - 3,000.00 | 35,997.14 |
| 03/15 | Wire Online Domestic Fee | - 25.00 | 35,972.14 |
| 03/16 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/Ch53087620018998B000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compagniessn: 0182015 Trn: 3306400076Fc | 200,000.00 | 235,972.14 |
| 03/16 | 03/16 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/111000025 Dallas TX 75283-1973 Ben: Jason Burgess Little Elm TX 75068 US Ref: Updates & Mobile Site Imad: 0316B1Qgc06C004768 Trn: 1176700076Es | - 4,500.00 | 231,472.14 |
| 03/16 | Wire Online Domestic Fee | - 25.00 | 231,447.14 |
| 03/16 | Incoming Domestic Wire Fee | - 15.00 | 231,432.14 |
| 03/19 | 03/19 Withdrawal | - 140.00 | 231,292.14 |
| 03/19 | Check                # 1216 | - 45,630.89 | 185,661.25 |
| 03/19 | Check                # 1214 | - 34,628.81 | 151,032.44 |
| 03/19 | Check                # 1215 | - 26,205.00 | 124,827.44 |
| 03/20 | 03/20 Withdrawal | - 15,000.00 | 109,827.44 |
| 03/20 | Check                # 1212 | - 5,000.00 | 104,827.44 |
| 03/21 | Fed Wire Credit Via: Deutsche Bank Tr Company Ameri/021001033 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=61000001133627Pg Bbi=/Ocmt/USD550000./Bnf/Jp Morgimad: 0321B1Q8383C013989 Trn: 3464209081Fl | 550,000.00 | 654,827.44 |
| 03/21 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Scott R Sieck Winter Park, FL 32789 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=C/B Wells Fargo Obi=Domk Imad: 0321I1B7031F028250 Trn: 3833609081Fl | 152,410.92 | 807,238.36 |
| 03/21 | 03/21 Online Wire Transfer Via: Comerica Bank/111000753 A/C: Fairwinds Consulting Llc Friendswood TX 77564 US Ref: Expenses Imad: 0321B1Qgc08C004054 Trn: 0729100081Es | - 5,000.00 | 802,238.36 |
| 03/21 | 03/21 Online ACH Payment 4819492429 To Scott Sieck (_#########9630) | - 3,353.60 | 798,884.76 |
| 03/21 | Wire Online Domestic Fee | - 25.00 | 798,859.76 |
| 03/21 | Incoming Domestic Wire Fee | - 15.00 | 798,844.76 |
| 03/21 | Incoming Domestic Wire Fee | - 15.00 | 798,829.76 |
| 03/22 | 03/22 Online ACH Payment 4819552187 To Al Frost (_#####1410) | - 75,000.00 | 723,829.76 |
| 03/22 | Check                # 1218 | - 50,000.00 | 673,829.76 |
| 03/27 | Scott Sieck        Sender    135272378        ID: T941687665 | 89,198.92 | 763,028.68 |
| 03/27 | Check                # 1219 | - 100,000.00 | 663,028.68 |
| 03/27 | 03/27 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: 30K Domk 15K Onyx/Time/13:03 Imad: 0327B1Qgc03C005336 Trn: 0895400087Es | - 45,000.00 | 618,028.68 |

Page 3 of 6

SEC-JPMC-P-0000460

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number   Posting date



CHASE

March 01, 2012 through March 30, 2012
Account Number:

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 03/27 | 03/27 Online Wire Transfer Via: Am Wst Bk Spokane/125107037 A/C: Chief Barnaby Ranch Inchelium WA 99138 US Imad: 0327B1Qgc08C004270 Trn: 0926300087Es | - 3,000.00 | 615,028.68 |
| 03/27 | 03/27 Fedwire Debit Via: Prosperity Bk Elca/113122655 A/C: Carolyn Austin Ref/Time/15:51 Imad: 0327B1Qgc06C006625 Trn: 1419100087Es | - 211,000.00 | 404,028.68 |
| 03/27 | 03/27 Fedwire Debit Via: Pathfinder Bkny/221370894 A/C: Cobalt Blue Llc Imad: 0327B1Qgc08C006273 Trn: 1420800087Es | - 191,000.00 | 213,028.68 |
| 03/27 | 03/27 Fedwire Debit Via: Frost Natl Bk/114000093 A/C: Andrew Farmer Ref/Time/15:52 Imad: 0327B1Qgc04C004371 Trn: 1423500087Es | - 111,000.00 | 102,028.68 |
| 03/27 | 03/27 Online ACH Payment 4824431340 To Casey Walker (_####8870) | - 8,000.00 | 94,028.68 |
| 03/27 | Outgoing Domestic Wire Fee | - 30.00 | 93,998.68 |
| 03/27 | Outgoing Domestic Wire Fee | - 30.00 | 93,968.68 |
| 03/27 | Outgoing Domestic Wire Fee | - 30.00 | 93,938.68 |
| 03/27 | Wire Online Domestic Fee | - 25.00 | 93,913.68 |
| 03/27 | Wire Online Domestic Fee | - 25.00 | 93,888.68 |
| 03/28 | 03/28 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Sac/Time/11:31 Imad: 0328B1Qgc02C003945 Trn: 0702300088Es | - 30,000.00 | 63,888.68 |
| 03/28 | 03/28 Online ACH Payment 4825391528 To Mary Passalaqua (_#####0437) | - 644.26 | 63,244.42 |
| 03/28 | Check                # 1221 | - 9,000.00 | 54,244.42 |
| 03/28 | Check                # 1222 | - 4,200.00 | 50,044.42 |
| 03/28 | Check                # 1211 | - 1,250.00 | 48,794.42 |
| 03/28 | Check                # 1210 | - 1,250.00 | 47,544.42 |
| 03/28 | Wire Online Domestic Fee | - 25.00 | 47,519.42 |
| 03/29 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/Ch53087620018998B000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compagniessn: 0332549 Trn: 6424800089Fc | 500,000.00 | 547,519.42 |
| 03/29 | 03/29 Online ACH Payment 4827571758 To Al Frost (_#####1410) | - 100,000.00 | 447,519.42 |
| 03/29 | Incoming Domestic Wire Fee | - 15.00 | 447,504.42 |
| | Ending Balance | | $447,504.42 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month.  Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00.  Your average daily balance was $261,274.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $248,094.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00.  OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $440.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

Page 4 of 6

SEC-JPMC-P-0000461

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

## CHASE 🔴

March 01, 2012 through March 30, 2012
Account Number: ███████████

| SERVICE CHARGE SUMMARY | *(continued)* |
|---|---|

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 30 |
| Deposits / Credits | 6 |
| Deposited Items | 0 |
| Transaction Total | 36 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



Page 5 of 6

SEC-JPMC-P-0000462

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date



March 01, 2012 through March 30, 2012
Account Number:

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                 Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                           Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                 Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 6 of 6

SEC-JPMC-P-0000463

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE ⬡**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 01, 2012 through May 31, 2012
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

llulllullloollolloollooolloldlloollllloolooollll
00006006 DRE 201 141 15312 NNNNNNNNNYN T  1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425



## No overdraft fees for purchases of $5 or less

Good news, we're making changes to help you avoid fees. For purchases of $5 or less that overdraw your account, we'll no longer charge you an Insufficient Funds Fee, Returned Item Fee, or Overdraft Protection Transfer Fee. This is in addition to our current policy of not charging those fees if your account is overdrawn by $5 or less at the end of the business day.

Effective July 22, 2012, these changes will be incorporated into the "Additional Banking Services and Fees" document as follows:

In the **Additional Banking Services and Fees,**

In the section called "Insufficient Funds, Returned Items, and Stop Payments" the fee descriptions will be changed to:

*Insufficient Funds and Returned Item Fees*
*We will not charge an Insufficient Funds Fee if your ending account balance is overdrawn by $5 or less. Additionally, even if your ending account balance is overdrawn we will not charge an Insufficient Funds or Returned Item Fee for any item that is $5 or less.*

*Overdraft Protection Transfer Fee*
*We will not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn by $5 or less or the Overdraft Protection transfer resulted from transactions that are all $5 or less.*

Please note that there will be no change to the amount of these fees. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## Change in fees for non-Chase ATM transactions

Good news. Starting July 22, 2012, we will reduce the number of non-Chase ATM fees charged when you perform balance inquiries or account transfers at a non-Chase ATM. For transactions performed by the same card at the same terminal within a 15 minute time period, balance inquiries and account transfers will not incur a fee if done in conjunction with a withdrawal. If only transfers and inquiries are performed only one non-Chase ATM fee will be charged. Other than this reduction in the number of fees charged for inquiries and transfers, there are no other changes to the Non-Chase ATM fee. As a reminder, the owner of the non-Chase ATM may impose an additional charge.

These changes will be reflected in your account agreement. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

Page 1 of 8

SEC-JPMC-P-0000497

01-Apr-13                                                                                    27Mar13-336

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
Sequence number    Posting date

 CHASE

May 01, 2012 through May 31, 2012
Account Number: 

### Lower Fees for Counter Checks

Beginning July 22, 2012, we will charge $2 per sheet (3 checks to a page) of Counter Checks, instead of $2 per check. Also, we may waive this Counter Check fee for certain types of accounts.

These changes will be updated in the Additional Banking Services and Fees for Chase business checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY    Chase BusinessSelect Checking

|                          | INSTANCES | AMOUNT        |
|--------------------------|-----------|---------------|
| Beginning Balance        |           | $287,042.94   |
| Deposits and Additions   | 5         | 1,303,190.26  |
| Checks Paid              | 33        | - 444,253.94  |
| Electronic Withdrawals   | 23        | - 874,600.84  |
| Fees and Other Withdrawals | 22      | - 755.00      |
| Ending Balance           | 83        | $270,623.42   |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT      | CHECK NUMBER | DATE PAID | AMOUNT      |
|--------------|-----------|-------------|--------------|-----------|-------------|
| 1233 ^       | 05/01     | $3,500.00   | 1251 ^       | 05/21     | 4,500.00    |
| 1234 ^       | 05/08     | 1,250.00    | 1252 ^       | 05/15     | 4,500.00    |
| 1235 ^       | 05/10     | 100,000.00  | 1254 * ^     | 05/07     | 4,500.00    |
| 1236 ^       | 05/04     | 50,000.00   | 1255 ^       | 05/07     | 4,500.00    |
| 1237 ^       | 05/04     | 50,000.00   | 1256 ^       | 05/16     | 4,500.00    |
| 1238 ^       | 05/10     | 2,250.00    | 1257 ^       | 05/10     | 1,125.00    |
| 1240 * ^     | 05/11     | 4,500.00    | 1258 ^       | 05/22     | 1,125.00    |
| 1241 ^       | 05/14     | 4,500.00    | 1259 ^       | 05/07     | 15,750.00   |
| 1242 ^       | 05/29     | 4,500.00    | 1260 ^       | 05/08     | 15,750.00   |
| 1243 ^       | 05/15     | 9,000.00    | 1261 ^       | 05/16     | 137.00      |
| 1244 ^       | 05/16     | 4,500.00    | 1262 ^       | 05/14     | 2,250.00    |
| 1245 ^       | 05/08     | 1,125.00    | 1263 ^       | 05/14     | 3,000.00    |
| 1246 ^       | 05/15     | 1,125.00    | 1264 ^       | 05/21     | 1,250.00    |
| 1247 ^       | 05/15     | 4,500.00    | 1265 ^       | 05/29     | 23,841.94   |
| 1248 ^       | 05/11     | 9,000.00    | 1266 ^       | 05/29     | 1,025.00    |
| 1249 ^       | 05/15     | 2,250.00    | 1267 ^       | 05/24     | 100,000.00  |
| 1250 ^       | 05/21     | 4,500.00    |              |           |             |
|              |           |             | **Total Checks Paid** | | **$444,253.94** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 2 of 6

01-Apr-13

27Mar13-336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

## CHASE ◆

May 01, 2012 through May 31, 2012
Account Number: ▇▇▇▇▇▇▇▇▇▇



## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $287,042.94 |
| 05/01 | 05/01 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/14:50 Imad: 0501B1Qgc02C005349 Trn: 1833600122Es | - 20,000.00 | 267,042.94 |
| 05/01 | 05/01 Online ACH Payment 4901965662 To Fairwinds (_######2633) | - 7,500.00 | 259,542.94 |
| 05/01 | 05/01 Online ACH Payment 4901965663 To Franklin (_########4502) | - 10,000.00 | 249,542.94 |
| 05/01 | 05/01 Online ACH Payment 4901965664 To Hines (_#####6164) | - 8,500.00 | 241,042.94 |
| 05/01 | 05/01 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Leassear Enterprises Llc Missouri City TX 77459 US Ref: Nova Mining Corp Imad: 0501B1Qgc01C008690 Trn: 2144000122Es | - 7,500.00 | 233,542.94 |
| 05/01 | 05/01 Withdrawal | - 190.00 | 233,352.94 |
| 05/01 | Check          # 1233 | - 3,500.00 | 229,852.94 |
| 05/01 | Wire Online Domestic Fee | - 25.00 | 229,827.94 |
| 05/01 | Wire Online Domestic Fee | - 25.00 | 229,802.94 |
| 05/01 | Chase ACH Payments Monthly Fee | - 25.00 | 229,777.94 |
| 05/02 | 05/02 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/063000047 Jacksonville FL 32256-0708 Ben: Scott Sieck Winter Park FL 33431 US Imad: 0502B1Qgc06C003860 Trn: 1172500123Es | - 100,000.00 | 129,777.94 |
| 05/02 | 05/02 Online ACH Payment 4902116381 To Scott Sieck (_########0813) | - 4,743.15 | 125,034.79 |
| 05/02 | Wire Online Domestic Fee | - 25.00 | 125,009.79 |
| 05/03 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000032681 Imad: 0503I1B7031R032045 Trn: 4329509124FI | 700,000.00 | 825,009.79 |
| 05/03 | 05/03 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Carolyn P Austin Houston TX 77077 US Ref:/Time/16:23 Imad: 0503B1Qgc01C003986 Trn: 1517500124Es | - 100,000.00 | 725,009.79 |
| 05/03 | Wire Online Domestic Fee | - 25.00 | 724,984.79 |
| 05/03 | Incoming Domestic Wire Fee | - 15.00 | 724,969.79 |
| 05/04 | Check          # 1236 | - 50,000.00 | 674,969.79 |
| 05/04 | 05/04 Online Wire Transfer Via: Bk Solvay/021309735 A/C: Joseph Passalaqua Liverpool NY 13090 US Imad: 0504B1Qgc05C005841 Trn: 1429600125Es | - 100,000.00 | 574,969.79 |
| 05/04 | Check          # 1237 | - 50,000.00 | 524,969.79 |
| 05/04 | Wire Online Domestic Fee | - 25.00 | 524,944.79 |
| 05/07 | Check          # 1259 | - 15,750.00 | 509,194.79 |
| 05/07 | 05/07 Online ACH Payment 4903322255 To Warn (_######0907) | - 9,500.00 | 499,694.79 |
| 05/07 | 05/07 Online ACH Payment 4903344209 To Carolyn Austin (_###1553) | - 21,820.45 | 477,874.34 |
| 05/07 | 05/07 Online ACH Payment 4903343244 To Carolyn Austin (_###1553) | - 14,034.05 | 463,840.29 |
| 05/07 | Check          # 1254 | - 4,500.00 | 459,340.29 |
| 05/07 | Check          # 1255 | - 4,500.00 | 454,840.29 |
| 05/08 | 05/08 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Carolyn P Austin Houston TX 77077 US Ref: Amex Reimbursament 4/30/12/Time/08:02 Imad: 0508B1Qgc02C001249 Trn: 0130300129Es | - 82,015.87 | 372,824.42 |
| 05/08 | 05/08 Withdrawal | - 115.00 | 372,709.42 |
| 05/08 | Check          # 1260 | - 15,750.00 | 356,959.42 |
| 05/08 | Check          # 1234 | - 1,250.00 | 355,709.42 |
| 05/08 | Check          # 1245 | - 1,125.00 | 354,584.42 |
| 05/08 | Wire Online Domestic Fee | - 25.00 | 354,559.42 |

Page 3 of 8

**APP. 000214**

SEC-JPMC-P-0000499

01-Apr-13

27Mar13-336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE** ⬡

May 01, 2012 through May 31, 2012
Account Number:  ▓▓▓▓▓▓▓▓▓

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/09 | 05/09 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Domk/Time/12:16 Imad: 0509B1Qgc06C003188 Trn: 0747800130Es | - 30,000.00 | 324,559.42 |
| 05/09 | Wire Online Domestic Fee | - 25.00 | 324,534.42 |
| 05/10 | Check                     # 1235 | - 100,000.00 | 224,534.42 |
| 05/10 | Check                     # 1238 | - 2,250.00 | 222,284.42 |
| 05/10 | Check                     # 1257 | - 1,125.00 | 221,159.42 |
| 05/11 | Check                     # 1248 | - 9,000.00 | 212,159.42 |
| 05/11 | Check                     # 1240 | - 4,500.00 | 207,659.42 |
| 05/14 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000032886 Imad: 0514I1B7031R037239 Trn: 5234509135FI | 60,000.00 | 267,659.42 |
| 05/14 | Check                     # 1241 | - 4,500.00 | 263,159.42 |
| 05/14 | Check                     # 1263 | - 3,000.00 | 260,159.42 |
| 05/14 | Check                     # 1262 | - 2,250.00 | 257,909.42 |
| 05/14 | Incoming Domestic Wire Fee | - 15.00 | 257,894.42 |
| 05/15 | 05/15 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Leassear Enterprises Llc Missouri City TX 77459 US Ref: Travel Expenses Imad: 0515B1Qgc01C004350 Trn: 1005200136Es | - 5,000.00 | 252,894.42 |
| 05/15 | Check                     # 1243 | - 9,000.00 | 243,894.42 |
| 05/15 | Check                     # 1252 | - 4,500.00 | 239,394.42 |
| 05/15 | Check                     # 1247 | - 4,500.00 | 234,894.42 |
| 05/15 | Check                     # 1249 | - 2,250.00 | 232,644.42 |
| 05/15 | Check                     # 1248 | - 1,125.00 | 231,519.42 |
| 05/15 | Wire Online Domestic Fee | - 25.00 | 231,494.42 |
| 05/16 | Check                     # 1256 | - 4,500.00 | 226,994.42 |
| 05/16 | Check                     # 1244 | - 4,500.00 | 222,494.42 |
| 05/16 | Check                     # 1261 | - 137.00 | 222,357.42 |
| 05/18 | 05/18 Online Wire Transfer A/C: Axis Bank Ltd Mumbai India 40002-5 Ref:/Bnf/Fct: Viteb Solutions Acct/0580102000016232F/C/T: Viteb Solutions Pte Ltd Acct - 0580102000016232 Trn: 0605000139Es | - 10,000.00 | 212,357.42 |
| 05/18 | Wire Online Domestic Fee | - 25.00 | 212,332.42 |
| 05/21 | 05/21 Online ACH Payment 4905291399 To Al Frost (_####1410) | - 100,000.00 | 112,332.42 |
| 05/21 | 05/21 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/09:31 Imad: 0521B1Qgc08C001896 Trn: 0680600142Es | - 40,000.00 | 72,332.42 |
| 05/21 | Check                     # 1250 | - 4,500.00 | 67,832.42 |
| 05/21 | Check                     # 1251 | - 4,500.00 | 63,332.42 |
| 05/21 | Check                     # 1264 | - 1,250.00 | 62,082.42 |
| 05/21 | Wire Online Domestic Fee | - 25.00 | 62,057.42 |
| 05/22 | Chips Credit Via: Deutsche Bank Tr Company Ameri/0103 B/O: 1/Kylemore Corp. 6/Ch/Bssachgg/8998100 Ref: Nbnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Org=/Ch530878200189988000C 6/Ch/Bssachgg/8998100 Ogb=Cbh Compagniessn: 0270612 Trn: 5093000143Fc | 200,000.00 | 262,057.42 |
| 05/22 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Capital Financial Media Llc Delray Beach FL 33444 33444 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000000180 Imad: 0522I1B7031R007093 Trn: 0999609143FI | 150,000.00 | 412,057.42 |
| 05/22 | 05/22 Online ACH Payment 4905357915 To Al Frost (_####1410) | - 99,700.00 | 312,357.42 |

*Page 4 of 8*

APP. 000215

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE** ⬡

May 01, 2012 through May 31, 2012
Account Number: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/22 | 05/22 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Leassear Enterprises Llc Missouri City TX 77459 US Ref: Nova Mining Corp Imad: 0522B1Qgc03C005863 Trn: 1509300143Es | - 7,500.00 | 304,857.42 |
| 05/22 | Check              # 1258 | - 1,125.00 | 303,732.42 |
| 05/22 | Wire Online Domestic Fee | - 25.00 | 303,707.42 |
| 05/22 | Incoming Domestic Wire Fee | - 15.00 | 303,692.42 |
| 05/22 | Incoming Domestic Wire Fee | - 15.00 | 303,677.42 |
| 05/24 | Check              # 1267 | - 100,000.00 | 203,677.42 |
| 05/25 | 05/25 Online Wire Transfer Via: TD Bank NA/031101266 A/C: Obsidian Financial Communicatimiami FL 33131 US Ref: Nvmn Campaign Deposit Imad: 0525B1Qgc06C005290 Trn: 1111200148Es | - 25,000.00 | 178,677.42 |
| 05/25 | Wire Online Domestic Fee | - 25.00 | 178,652.42 |
| 05/29 | Fed Wire Credit Via: Bank of America, N.A./026009593 B/O: Thomas G. Massey 2825 Everett Iendswood TX 77546 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=P31215012559 Obi=From Thomas Massey Bbi=/Ocmt/Usdimad: 0529B6B7Hu1R013363 Trn: 6820109150Ff | 193,190.26 | 371,842.68 |
| 05/29 | 05/29 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref: Nvmn 30K Domk 30K Onyx 7.5K/Time/12:41 Imad: 0529B1Qgc07C006097 Trn: 1391200150Es | - 67,500.00 | 304,342.68 |
| 05/29 | Check              # 1266 | - 1,025.00 | 303,317.68 |
| 05/29 | Check              # 1265 | - 23,841.94 | 279,475.74 |
| 05/29 | Check              # 1242 | - 4,500.00 | 274,975.74 |
| 05/29 | Wire Online Domestic Fee | - 25.00 | 274,950.74 |
| 05/29 | Incoming Domestic Wire Fee | - 15.00 | 274,935.74 |
| 05/31 | 05/31 Online Wire Transfer Via: Mellon Bank Pitts/043000261 A/C: Health Care Service Corp. Ricahrdson TX 75082 US Ref: 031105 Chartered Investments Imad: 0531B1Qgc04C006871 Trn: 1256200152Es | - 4,287.32 | 270,648.42 |
| 05/31 | Wire Online Domestic Fee | - 25.00 | 270,623.42 |
| | Ending Balance | | $270,623.42 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month.  Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00.  Your average daily balance was $277,805.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $278,571.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00.  OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $450.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 49 |
| Deposits / Credits | 5 |
| Deposited Items | 0 |
| Transaction Total | 54 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |

Page 5 of 8

SEC-JPMC-P-0000501

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE ○**

May 01, 2012 through May 31, 2012
Account Number: ███████████████

| SERVICE CHARGE SUMMARY | (continued) | |
|---|---|---|
| SERVICE FEE CALCULATION | | AMOUNT |
| Service Fee Credit | | -$15.00 |
| Net Service Fee | | $0.00 |
| Excessive Transaction Fees (Above 200) | | $0.00 |
| Total Service Fees | | $0.00 |

Page 6 of 8

SEC-JPMC-P-0000502

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE ☐**

May 01, 2012 through May 31, 2012
Account Number: ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3.  Add Step 2 Total to Step 1 Balance.                           Step 3 Total:  $_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

Step 4 Total:  -$_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

Page 7 of 8

APP. 000218

SEC-JPMC-P-0000503

01-Apr-13                                                                                                    27Mar13-336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

**CHASE ❖**

May 01, 2012 through May 31, 2012
Account Number:

This Page Intentionally Left Blank

Page 8 of 8

SEC-JPMC-P-0000504

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 001290024367  Posting date 01-MAY-12**

Chartered Investments Inc.                    JP Morgan Chase Bank NA          1233
  Corporate Office                               Dallas, Texas 75201
  5005 Hidalgo Street Suite 619
  Houston Texas 77036                            32-01/1110
                                                                          4/30/2012

PAY TO THE
ORDER OF   David Parisi                                        $  **3,500.00

Three Thousand Five Hundred and 00/100***************************************************  DOLLARS

      David Parisi

MEMO   Tax Consulting                               AUTHORIZED SIGNATURE

#"001233#  #:111000614:

™7111000175 CMA*TX 05/01/2012 >111000753<

AcctNum:
Serno: 000001233 PostDate: 20120501 Sequence: 001290024367
BankNum: C20112900000129002436? SeqNo: 0000000 ImageSeq: PY
WRK: C20112900000129002436? SeqNo: 0000000 CaptSeq: PY
TranCode: 000000 RouteTran: 11100061   DocType: B
EntryNum: 4831 ItemType: P

APP. 000220

SEC-JPMC-P-0000505

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 002790455998  Posting date 07-MAY-12**

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 629
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

88-61/1110

1255

5/5/2012

PAY TO THE ORDER OF    Natalie Moore                                    $  **4,500.00

_Four Thousand Five Hundred and 00/100**************************************************  DOLLARS

Natalie Moore
2414 Quince Michael Lane
Lake Charles LA 70605

MEMO   Purchase 200,000 Shares of Chimera Energy Corp.          AUTHORIZED SIGNATURE

#001255#  1:111000614:

```
AcctNum: 000001255 PostDate: Amount: Sequence: 002790455998
BankNum: 0201 AppCode: 0001 Field4: 0000 ImageStat: 05
DDR: 02011505002790455998 BOFD: 11500057 CapSRC: BY
TranCode: 000000 RouteTran: 11100061 DocType: 8
EntryNum: 6494 ItemType: P
```

SEC-JPMC-P-0000508

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 002890604453  Posting date 07-MAY-12**

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 639
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

32-61/1110

1259

5/5/2012

PAY TO THE
ORDER OF    Oak Resources Inc.                                    $ **15,750.00

Fifteen Thousand Seven Hundred Fifty and 00/100****************************************************** DOLLARS

Oak Resources Inc.
6201 Memorial Drive #413
Houston Texas 77007

MEMO    Chimera Energy Investment                      AUTHORIZED SIGNATURE

⑆001259⑆ ⑈111000614⑈

For Deposit Only
Oak Resources
Inc.

AcctNum: ████████          Amount: 000000001575000
Verno: 0000001259  PostDate: 20120507  Sequence: 002890604453
HDK: 02011205  HDK: 002890604453  ItemId: 0800  ImageSeq: 05
NDK: 02011205  002890604453  Seqno: 11190057  CapSec: BT
TranCode: 000000  RouteTran: 11100061  DocType: 8
EntryNum: 6497  ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 009180725277  Posting date 08-MAY-12**

Chartered Investments Inc.
*Corporate Office*
5005 Hidalgo Street Suite 649
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

1245

32-64/1110

5/5/2012

PAY TO THE
ORDER OF   David Parisi                                          $  **1,125.00

One Thousand One Hundred Twenty-Five and 00/100***************************************   DOLLARS

David Parisi
7270 Junco Drive
Houston TX 77040

MEMO   Purchase 50,000 Shares of Chimera Energy Corp.         AUTHORIZED SIGNATURE

⑈001245⑈ ⑆111000614⑆   ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

405371001023 CMA*TX 05/03/2012 >111000753<

*On Dep 8-?*
*Parisi & Parisi*

AcctNum: 000000
GGrSeq: 0000001245 PostDate: 20120508 Sequence: 009180725277
BankNum: 0261 AmtCode: 035 FieldId: 0000 ImageSeq: 018
HDR: 0201120508009180725277 EON: 0000000000 CaptSrc: RC
TranCode: 000000 RouteTran: 11100061 DocType: 8
EntryNum: 4443 ItemType: P                    Amount: 00000000112500

SEC-JPMC-P-0000512

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 006890756245  Posting date 08-MAY-12**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 003180706004 Posting date 10-MAY-12

Chartered Investments Inc.
Corporate Office
5008 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

32-61/1110

1257

5/5/2012

PAY TO THE
ORDER OF    Mairi Cox                                                                  $ **1,125.00

One Thousand One Hundred Twenty-Five and 00/100********************************************************************* DOLLARS

Mairi Cox
226 West 19th Strret
Houston TX 77008

MEMO    Purchase 50,000 Shares of Chimera Energy Corp.                    AUTHORIZED SIGNATURE        MP

⑈001257⑈ ⑆1110006143⑆

20120510213200741807

20010213200741807

AcctNum: 000000000    PostDate: 20120510    Sequence: 003180706004
Serno: 000001257    PostDate: 20120510    Amount: 000000000112500
RDN: 02011205100531807    BOFD: 000000000 CapStat: 00
TranCode: 000000 RouteTrap: 111000061    DocType: B
EntryNum: 4446 ItemType: P

APP. 000225

SEC-JPMC-P-0000514

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 007080111110  Posting date 11-MAY-12

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 649
Houston Texas 77006

JP Morgan Chase Bank NA
Dallas, Texas 75201

52-61/1110

1248

5/5/2012

PAY TO THE
ORDER OF    Matthew Bryant                                    $ **9,000.00

Nine Thousand and 00/100********************************************************************** DOLLARS

Matthew Bryant
875 N Eldridge Parkway #318
Houston TX 77079

MEMO   Purchase 400,000 Shares of Chimera Energy Corp.        AUTHORIZED SIGNATURE

⑈001248⑈ ⑈111000614⑈

AcctNum: 00000
Serno: 0000001248  PostDate: 20120511  Sequence: 007080111110
BankNum: 0281  SubSeq: 0001  BOFD: 11900051  CapStat: BY
IQA: 020110281400070801,11110
TranCode: 000000  RouteTran: 11100061  DocType: 8
EntryNum: 4049  ItemType: P

Amount: 000000000900000
ImageSeq: 007080111110

SEC-JPMC-P-0000518

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 008980609808  Posting date 14-MAY-12**

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 76201

1262

32-61/1110

5/14/2012

PAY TO THE
ORDER OF   David Parisi                                              $ **2,250.00**

Two Thousand Two Hundred Fifty and 00/100************************************************   DOLLARS

David Parisi
7270 Junco Drive
Houston TX 77040

MEMO   Purchase 100,000 Shares of Chimera Energy Corp                AUTHORIZED SIGNATURE

⑈001262⑈ ⑆111000614⑆

407111000358 CMA*TX 05/14/2012 >111000753<

AcctNum: 000000358   PostDate: 20120514   Amount: 00000000225000
Agent: 00000001262   SeqNum: 008980609808   Sequence: 008980609808
BankNum: 0201   RtCode: 0001   StartDt: 0000   ImageStat: PV
RtNum: 0201   Serial: 008980609808   BOFD: 00000000000   CapSrc: PV
TranCode: 000000   RouteTran: 111000614   DocType: B
EntryNum: 7169   ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 009880459767  Posting date 15-MAY-12**

---

Chartered Investments Inc.
Corporate Office
5000 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

22-61/1110

1243

5/5/2012

PAY TO THE
ORDER OF   Andrew Austin                                                              $  **9,000.00

Nine Thousand and 00/100***********************************************************************************   DOLLARS

Andrew Austin
1307 7th Street
Lake Charles LA 70601

MEMO   Purchase 400,000 Shares of Chimera Energy Corp.                    AUTHORIZED SIGNATURE

⑈001243⑈ ⑆111000614⑆

◄185376336

---

```
AcctNum: 0000000000          Amount: 000000000900000
Serno: 000001243  PostDate: 20120515  Sequence: 009880459767
BankNum: 0000000000000001  Cycle: 00  ImageSeq: 00
UDA: 04011203-009880459767  BOFD: 000000000  CapSeq: PV
TranCode: 000000  RouteTran: 11100061  DocType: 8
EntryNum: 4929  ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 004490307381  Posting date 15-MAY-12



Chartered Investments Inc.
Carporate Office
5005 Hidalgo Street Suite 419
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

22-61/1110

1246

5/5/2012

PAY TO THE
ORDER OF    M. Ashton Stressau                                    $  ***1,125.00

One Thousand One Hundred Twenty-Five and 00/100***************************************  DOLLARS

M. Ashton Stressau
8001 Burgoyne Road #16
Houston TX 77063

MEMO   Purchase 50,000 Shares of Chimera Energy Corp.            AUTHORIZED SIGNATURE

⑈001246⑈ ⑆111000614⑆

AcctNum: 00000000_____  Amount: 000000000112500
Xerra: 0000001246 PostDate: 20120515 Sequence: 004490307381
SeqNum: 2161404_0000 ImageSeq: 05
BOFD: 02012051500449030?381 BOFD: 000000001 CapSeq: EV
TranCode: 000000 RouteTrap: 1110061   DocType: 8
EntryNum: 3327 ItemType: P

SEC-JPMC-P-0000523

01-Apr-13                                                                              27Mar13-336

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 004590259076  Posting date 15-MAY-12**

---

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75001

1249

32-81/1110

5/5/2012

PAY TO THE
ORDER OF     Nicole Fertitta                                          $  **2,250.00

Two Thousand Two Hundred Fifty and 00/100************************************************   DOLLARS

Nicole Fertitta
35 East Broad Oaks
Houston, Texas 77056

MEMO   Purchase 100,000 Shares of Chimera Energy Corp.          AUTHORIZED SIGNATURE

⑈001249⑈ ⑆1110006⑆⑈

Bank of Texas
DEPOSITDDASAV 2902604901
442005145725 5/15/2012 9:18 AM
>103900036<

AcctNum: 0000000                          Amount: 000000000225000
SerNum: 0000001249 PostDate: 20120515 Sequence: 004590259076
BkPrNum: 11         Seq: 15          ImageSeq: 15
IQA: 020120522.500459025907        BOFD: 000000001 CapSeq: 0V
TranCode: 000000 RouteTran: 11100061   DocType: 0
EntryNum: 3514 ItemType: P

SEC-JPMC-P-0000524

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 004190436616  Posting date 15-MAY-12

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

32-91/1110

1252

5/5/2012

PAY TO THE
ORDER OF  Nicole Miller                                        $  ****4,500 00

Four Thousand Five Hundred and 00/100************************************************************  DOLLARS

Nicole Miller
1014 Clarence Street
Lake Charles LA 70601

MEMO  Purchase 200,000 Shares of Chenera Energy Corp.          AUTHORIZED SIGNATURE

#001252#  #11110006114#

AcctNum: 000000000          Amount: 0000000004500000
Serno: 0000001252 PostDate: 20120515 Sequence: 004190436616
BankNum: 0001 SeqCtrl: 616194   ImageSeq: 99
MICR: 05001252 S0041904365616 BOPD: 000000000000 CapSeq: 99
TranCode: 000000 RouteTran: 11100081   DocType: 8
EntryNum: 2502 ItemType: P

SEC-JPMC-P-0000525

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 004190436617  Posting date 15-MAY-12**

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

32-01/1110

1247

5/5/2012

PAY TO THE
ORDER OF    Robbie Austin                                     $ ***4,500.00

Four Thousand Five Hundred and 00/100******************************************************************** DOLLARS

Robbie Austin
1014 Clarence Street
Lake Charles LA 70601

AUTHORIZED SIGNATURE

MEMO    Purchase 200,000 Shares of Chimera Energy Corp.

⑆001247⑆ ⑈111000614⑈

AcctNum: 000000000        Amount: 000000000450000
Serno: 000000001247 PostDate: 20120515 Sequence: 004190436617
BankNum: 0000 ErrCode: 0001 ErrJd4: 0000 ImageStat: 05
BOK: 02012125150041904358017 EOPA: 00000000000 CapSeq: P9
TranCode: 000000 RouteTran: 11100061 DocType: B
EntryNum: 2502 ItemType: D

SEC-JPMC-P-0000526

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G27Mar13-336
### Sequence number 009180338882 Posting date 16-MAY-12



Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 619
Houston Texas 77056

TLR # 1249

JP Morgan Chase Bank NA
Dallas, Texas 75201

32-81/1110

1256

5/5/2012

PAY TO THE ORDER OF  **Brittany Garcia**                                    $ **4,500.00**

Four Thousand Five Hundred and 00/100************************************************** DOLLARS

Brittany Garcia
3215 Keywood Lane
Katy TX 77449

AUTHORIZED SIGNATURE

MEMO   Purchase 200,000 Shares of Chimera Energy Corp.

⑈001256⑈ ⑆111000514⑆

AcctNum: 00000000
Serno: 000001256 PostDate: 20120516 Sequence: 009180338882
BankNum: 0201 BPSeq: 8005 Batch: 0008 Destst: PV
TDK: C2012051609180338882 DDK: 000000000 CapSeq: PV
TranCode: 000000 RouteTran: 11100061 DocType: B
EntryNum: 4776 ItemType: P

APP. 000233

SEC-JPMC-P-0000527

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 009180338883 Posting date 16-MAY-12



Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street, Suite 819
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

TLR # 1249

32-01/1110

1244

5/5/2012

PAY TO THE ORDER OF Alejandro Garcia-Herrera

$ **4,500.00

Four Thousand Five Hundred and 00/100***

DOLLARS

Alejandro Garcia-Herrera
3215 Keywood Lane
Katy TX 77449

MEMO Purchase 200,000 Shares of Chimera Energy Corp.

AUTHORIZED SIGNATURE

#001244# 1:1110006140:

AccNum: 000000000
Serno: 0000001244 PostDate: 20120516 Sequence: 009180338883
BankNum: 1265 ABC: 0003-8883 Field4: 0000 ImageStat: PE
DDR: 02012051 ReqSeq: 000000000 CapSrc: PV
TranCode: 000000 RouteTran: 11100061 DocType: 8
EntryNum: 4776 ItemType: P

Amount: 0000000450000

APP. 000234

SEC-JPMC-P-0000528

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number 002790315999  Posting date 21-MAY-12**



Chartered Investments Inc.
Corporate Office
5009 Hidalgo Street Suite 619
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

32-01/1110

1250

5/5/2012

PAY TO THE
ORDER OF   Linwood Farmer                                    $ ***4,500.00

Four Thousand Five Hundred and 00/100************************************************  DOLLARS

Linwood Farmer
42735 Mountain Shadow Road
Murrieta CA 92562

MEMO   Purchase 200,000 Shares of Chimera Energy Corp.          AUTHORIZED SIGNATURE

⑈001250⑈ ⑆111000614⑆

AcctNum: 000000000897988374 Amount: 0000000
Xerps: 000000001250 PostDate: 20120521 Sequence: 002790315999
BankNum: 0000000000 Bofd: 0000
MICR: 020120521000279031599 BofD: 000000000 CapSec: PV
TranCode: 000000 RouteTran: 11100061 DocType: 8
EntryNum: 6622 ItemType: P

SEC-JPMC-P-0000531

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 002790316000  Posting date 21-MAY-12

Chartered Investments Inc.
Corporate Office
5005 Hidalgo Street Suite 639
Houston Texas 77056

JP Morgan Chase Bank NA
Dallas, Texas 75201

1251

32-81/1110

5/5/2012

PAY TO THE
ORDER OF    Particia Farmer                                    $ ***4,500.00

Four Thousand Five Hundred and 00/100*********************************************    DOLLARS

Particia Farmer
42735 Mountain Shadow Road
Murrieta CA 92562

MEMO    Purchase 200,000 Shares of Chimera Energy Corp.                    AUTHORIZED SIGNATURE

⑆001251⑆ ⑈111000614⑈

AcctNum: 000000000        Amount: 000000000450000
Items: 0000001251   PostDate: 20120521  Sequence: 002790316000
BankNum: 1251      BkItemSeq: 81e194-   ImageStat: 04
MDK: 02012012052180279031600000  BOFD: 000000000  CapSRC: 20
TranCode: 000000  RouteTran: 11100061   DocType: 8
EntryNum: 8622 ItemType: P

APP. 000236

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number 004790649652  Posting date 22-MAY-12

Chartered Investments Inc.  ᓂ᎒᎒3ℓ᎒5          JP Morgan Chase Bank NA          1258
Corporate Office                              Dallas, Texas 75201
5005, Hidalgo Street Suite 619
Houston Texas 77056                           32-61/1110                      5/5/2012

PAY TO THE
ORDER OF ___Brendan Eagleton_____  $  ''1,125.00

One Thousand One Hundred Twenty-Five and 00/100****************************************** DOLLARS

Brendan Eagleton
9527 Summer Run Drive
Houston TX 77084

MEMO   Purchase 50,000 Shares of Chimera Energy Corp.      AUTHORIZED SIGNATURE

⑈001258⑈ ⑆111000614⑆

First Service CU
21-May-12
# 0206

AcctNum: 00000000  Amount: 000000001125 00
AcctNum: 000001258  PostDate: 20120522  Sequence: 004790649652
Num: 201728 2500790649652  BofDc: 000000  AccountCashSc: PV
MemoCodi: 000000 BatchSeq: 1110001  DocType: 8
EntryNum: 2451 ItemType: F

SEC-JPMC-P-0000533

## CHASE ⬤
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

August 01, 2012 through August 31, 2012
Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00014057 DRE 201 143 24512 NNNNNNNNNN T 1 000000000 63 0000
CHARTERED INVESTMENTS INC
5005 HIDALGO ST UNIT 619
HOUSTON TX 77056-6425

---

## CHECKING SUMMARY     Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $382,883.12 |
| Deposits and Additions | 13 | 4,150,000.00 |
| Checks Paid | 16 | - 1,025,301.75 |
| Electronic Withdrawals | 40 | - 2,793,501.48 |
| Fees and Other Withdrawals | 16 | - 425.00 |
| Ending Balance | 85 | $713,654.89 |

---

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1290 ^ | 08/01 | $150,000.00 | 1302 ^ | 08/17 | 3,000.00 |
| 1292 * ^ | 08/20 | 1,250.00 | 1303 ^ | 08/24 | 1,250.00 |
| 1293 ^ | 08/07 | 150,000.00 | 1304 ^ | 08/27 | 30.00 |
| 1294 ^ | 08/13 | 43,098.00 | 1305 ^ | 08/23 | 150,000.00 |
| 1295 ^ | 08/17 | 92,350.00 | 1306 ^ | 08/23 | 31,635.00 |
| 1296 ^ | 08/17 | 12,842.75 | 1307 ^ | 08/30 | 152,242.00 |
| 1300 * ^ | 08/29 | 100,000.00 | 1308 ^ | 08/31 | 100,000.00 |
| 1301 ^ | 08/17 | 34,104.00 | 1312 * ^ | 08/31 | 3,500.00 |
| | | | | Total Checks Paid | $1,025,301.75 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for
electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
  one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 6

SEC-JPMC-P-0000578

**CHASE ☉**

August 01, 2012 through August 31, 2012
Account Number: ▬▬▬▬▬▬

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $382,883.12 |
| 08/01 | 08/01 Online ACH Payment 4917728533 To Fairwinds (_######2633) | - 7,500.00 | 375,383.12 |
| 08/01 | 08/01 Online ACH Payment 4917728534 To Franklin (_#########4502) | - 10,000.00 | 365,383.12 |
| 08/01 | 08/01 Online ACH Payment 4917728535 To Hines (_######8164) | - 8,500.00 | 356,883.12 |
| 08/01 | 08/01 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/13:22 Imad: 0801B1Qgc04C006038 Trn: 4196700214Es | - 50,000.00 | 306,883.12 |
| 08/01 | Check            # 1290 | - 150,000.00 | 156,883.12 |
| 08/01 | Wire Online Domestic Fee | - 25.00 | 156,858.12 |
| 08/01 | Chase ACH Payments Monthly Fee | - 25.00 | 156,833.12 |
| 08/07 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000034439 Imad: 0807I1B7031R027454 Trn: 3564809220Ff | 200,000.00 | 356,833.12 |
| 08/07 | Deposit        1078453537 | 50,000.00 | 406,833.12 |
| 08/07 | 08/07 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/15:00 Imad: 0807B1Qgc06C003826 Trn: 4124700220Es | - 50,000.00 | 356,833.12 |
| 08/07 | 08/07 Online ACH Payment 4917987262 To Carolyn Austin (_###1553) | - 93,214.46 | 263,618.66 |
| 08/07 | Check            # 1293 | - 150,000.00 | 113,618.66 |
| 08/07 | Wire Online Domestic Fee | - 25.00 | 113,593.66 |
| 08/07 | Incoming Domestic Wire Fee | - 15.00 | 113,578.66 |
| 08/08 | 08/08 Online ACH Payment 4918018439 To Franklin (_#########4502) | - 10,400.00 | 103,178.66 |
| 08/08 | 08/08 Online Wire Transfer A/C: China Construction Bank Head Obeijing 100032 China Ben:/6227001935300191854 Hu Yue Ref: Letters of Intent Trn: 4112700221Es | - 3,773.00 | 99,405.66 |
| 08/08 | Wire Online Foreign Fee | - 40.00 | 99,365.66 |
| 08/09 | 08/09 Online ACH Payment 4918079596 To Fairwinds (_######2633) | - 10,000.00 | 89,365.66 |
| 08/10 | Deposit        1078692135 | 250,000.00 | 339,365.66 |
| 08/10 | Deposit        411647010 | 125,000.00 | 464,365.66 |
| 08/10 | 08/10 Online ACH Payment 4918121010 To Meridian (_########5881) | - 43,098.00 | 421,267.66 |
| 08/13 | Deposit        1078213776 | 300,000.00 | 721,267.66 |
| 08/13 | 08/13 Online Wire Transfer Via: Frost Bk/114000093 A/C: Andrew Farmer Houston TX 77056 US Ref:/Time/11:42 Imad: 0813B1Qgc01C005048 Trn: 39202000226Es | - 75,000.00 | 646,267.66 |
| 08/13 | Check            # 1294 | - 43,098.00 | 603,169.66 |
| 08/13 | Wire Online Domestic Fee | - 25.00 | 603,144.66 |
| 08/14 | Deposit        1078213544 | 125,000.00 | 728,144.66 |
| 08/14 | 08/14 Online ACH Payment 4918260838 To Al Frost (_#####1410) | - 43,098.00 | 685,046.66 |
| 08/14 | 08/14 Online ACH Payment 4918260840 To Carolyn Austin (_###1553) | - 43,098.00 | 641,948.66 |
| 08/15 | Deposit        1078454318 | 750,000.00 | 1,391,948.66 |
| 08/15 | 08/15 Online ACH Payment 4918331461 To Carolyn Austin (_###1553) | - 100,000.00 | 1,291,948.66 |
| 08/15 | 08/15 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Infinite Funding Inc. Houston TX 77057 US Ref:/Time/16:14 Imad: 0815B1Qgc06C005442 Trn: 4417600228Es | - 50,000.00 | 1,241,948.66 |
| 08/15 | Wire Online Domestic Fee | - 25.00 | 1,241,923.66 |
| 08/16 | Deposit        1078454334 | 550,000.00 | 1,791,923.66 |
| 08/16 | 08/16 Online ACH Payment 4918332630 To Carolyn Austin (_###1553) | - 6,465.39 | 1,785,458.27 |
| 08/16 | 08/16 Online ACH Payment 4918339375 To Meridian (_########5881) | - 45,000.00 | 1,740,458.27 |
| 08/17 | Check            # 1295 | - 92,350.00 | 1,648,108.27 |

Page 2 of 6

APP. 000239

SEC-JPMC-P-0000579

01-Apr-13
27Mar13-336

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

## CHASE ○

August 01, 2012 through August 31, 2012
Account Number: ▓▓▓▓▓▓▓▓▓▓

**TRANSACTION DETAIL** *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/17 | Check          # 1301 | - 34,104.00 | 1,614,004.27 |
| 08/17 | Check          # 1296 | - 12,842.75 | 1,601,161.52 |
| 08/17 | Check          # 1302 | - 3,000.00 | 1,598,161.52 |
| 08/20 | 08/20 Online ACH Payment 4918472586 To Brotherlon - CAP 1 (_######4656) | - 33,333.33 | 1,564,828.19 |
| 08/20 | 08/20 Online ACH Payment 4918472587 To Brotherlon - First Federal (_###8934) | - 33,333.33 | 1,531,494.86 |
| 08/20 | 08/20 Online ACH Payment 4918472588 To Brotherlon - Moody (_######2359) | - 33,333.34 | 1,498,161.52 |
| 08/20 | 08/20 Chips Debit Via: Deutsche Bank Tr Company Ameri/0103 A/C: Banque Scs Alliance Sa. 1211 Geneva 8, Switzerland Ben: Kylemore Corp Ssn: 0302130 Tm: 4459700233Es | - 400,000.00 | 1,098,161.52 |
| 08/20 | Check          # 1292 | - 1,250.00 | 1,096,911.52 |
| 08/20 | Outgoing Foreign Wire Fee | - 45.00 | 1,096,866.52 |
| 08/23 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770566425/Ac-000000008979 Rfb=000034778 Imad: 0823I1B7031R034080 Tm: 4284709236Ff | 250,000.00 | 1,346,866.52 |
| 08/23 | Deposit        411287017 | 200,000.00 | 1,546,866.52 |
| 08/23 | 08/23 Online ACH Payment 4918637905 To Brotherlon - First Federal (_###8934) | - 18,000.00 | 1,528,866.52 |
| 08/23 | 08/23 Online ACH Payment 4918637906 To Brotherlon - Moody (_######2359) | - 16,000.00 | 1,512,866.52 |
| 08/23 | 08/23 Online ACH Payment 4918637904 To Brotherlon - CAP 1 (_######4656) | - 16,000.00 | 1,496,866.52 |
| 08/23 | 08/23 Online ACH Payment 4918637907 To Scott Sieck (_#######0813) | - 1,628.28 | 1,495,238.24 |
| 08/23 | 08/23 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Carolyn P Austin Houston TX 77077 US Ref: Partial Ad Spend/Time/14:07 Imad: 0823B1Qgc03C004598 Tm: 3891400236Es | - 100,000.00 | 1,395,238.24 |
| 08/23 | Check          # 1305 | - 150,000.00 | 1,245,238.24 |
| 08/23 | Check          # 1306 | - 31,635.00 | 1,213,603.24 |
| 08/23 | Wire Online Domestic Fee | - 25.00 | 1,213,578.24 |
| 08/23 | Incoming Domestic Wire Fee | - 15.00 | 1,213,563.24 |
| 08/24 | 08/24 Online Wire Transfer Via: Prosperity Bk Elca/113122655 A/C: Carolyn P Austin Houston TX 77077 US Ref: Balance of Ad Spend/Time/08:36 Imad: 0824B1Qgc03C001517 Tm: 3139300237Es | - 56,542.53 | 1,157,020.71 |
| 08/24 | 08/24 Online Wire Transfer Via: Square 1 Bank/053112615 A/C: Crisp Media Inc. New York NY 10018 US Ref: Omega Cyber/Chimera Energy Imad: 0824B1Qgc02C001313 Tm: 3139200237Es | - 25,000.00 | 1,132,020.71 |
| 08/24 | 08/24 Online ACH Payment 4918689472 To Keystone (_#########1976) | - 7,500.00 | 1,124,520.71 |
| 08/24 | Check          # 1303 | - 1,250.00 | 1,123,270.71 |
| 08/24 | Wire Online Domestic Fee | - 25.00 | 1,123,245.71 |
| 08/24 | Wire Online Domestic Fee | - 25.00 | 1,123,220.71 |
| 08/27 | Deposit        400538210 | 400,000.00 | 1,523,220.71 |
| 08/27 | 08/27 Online Wire Transfer Via: Mellon Bank Pitts/043000261 A/C: Health Care Service Corp. Ricahrdson TX 75082 US Ref: 31105 Imad: 0827B1Qgc07C004705 Tm: 4164700240Es | - 5,347.15 | 1,517,873.56 |
| 08/27 | 08/27 Online ACH Payment 4918738443 To Fairwinds (_######2633) | - 100,000.00 | 1,417,873.56 |
| 08/27 | Check          # 1304 | - 30.00 | 1,417,843.56 |
| 08/27 | Wire Online Domestic Fee | - 25.00 | 1,417,818.56 |

Page 3 of 6

APP. 000240

SEC-JPMC-P-0000580

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date



August 01, 2012 through August 31, 2012
Account Number:

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 08/29 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Alpine Securities Corp Salt Lake City UT 84111-3007 Ref: Chase Nyc/Ctr/Bnf=Chartered Investments Inc Houston, TX 770568425/Ac-000000008979 Rfb=000034874 Imad: 0829I1B7031R037949 Trn: 4712909242Fl | 500,000.00 | 1,917,818.56 |
| 08/29 | 08/29 Online Wire Transfer Via: Suntrust Atl/061000104 A/C: Aba/063102152 Orlando FL 33178 Ben: Franklin Music Group Orlando FL 32835 US Ref: September Imad: 0829B1Qgc08C004095 Trn: 3678400242Es | - 10,000.00 | 1,907,818.56 |
| 08/29 | 08/29 Online ACH Payment 4918870614 To Carolyn Austin (_###1553) | - 67,852.67 | 1,839,965.89 |
| 08/29 | 08/29 Fedwire Debit Via: Dbtco Americas Nyc/021001033 A/C: Cbh Compagnie Bancaire Helvetigeneva Switzerland 1211 Ben: Kylemore Corp Imad: 0829B1Qgc03C006108 Trn: 4422700242Es | - 1,000,000.00 | 839,965.89 |
| 08/29 | Check           # 1300 | - 100,000.00 | 739,965.89 |
| 08/29 | Outgoing Foreign Wire Fee | - 45.00 | 739,920.89 |
| 08/29 | Wire Online Domestic Fee | - 25.00 | 739,895.89 |
| 08/29 | Incoming Domestic Wire Fee | - 15.00 | 739,880.89 |
| 08/30 | Deposit        392897401 | 450,000.00 | 1,189,880.89 |
| 08/30 | Check           # 1307 | - 152,242.00 | 1,037,638.89 |
| 08/30 | 08/30 Online ACH Payment 4918905884 To Brotherton - First Federal (_####8934) | - 47,758.00 | 989,880.89 |
| 08/30 | 08/30 Online ACH Payment 4918905885 To Meridian (_#######5881) | - 52,242.00 | 937,638.89 |
| 08/31 | 08/31 Online ACH Payment 4918976321 To Fairwinds (_#####2633) | - 7,500.00 | 930,138.89 |
| 08/31 | 08/31 Online ACH Payment 4918976322 To Hines (_#####8164) | - 8,500.00 | 921,638.89 |
| 08/31 | 08/31 Online ACH Payment 4918976323 To Brotherton - CAP 1 (_#######4656) | - 53,736.00 | 867,902.89 |
| 08/31 | 08/31 Online ACH Payment 4918976324 To Brotherton - Moody (_#######2359) | - 50,748.00 | 817,154.89 |
| 08/31 | Check           # 1308 | - 100,000.00 | 717,154.89 |
| 08/31 | Check           # 1312 | - 3,500.00 | 713,654.89 |
| | **Ending Balance** | | **$713,654.89** |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month.  Your monthly service fee can continue to be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was $794,506.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $784,073.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00.  OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $425.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

Page 4 of 6

SEC-JPMC-P-0000581

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G27Mar13-336
Sequence number    Posting date

## CHASE ⬤

August 01, 2012 through August 31, 2012
Account Number: ██████████4.

### SERVICE CHARGE SUMMARY (continued)

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 28 |
| Deposits / Credits | 13 |
| Deposited Items | 9 |
| Transaction Total | 50 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



Page 5 of 6

SEC-JPMC-P-0000582

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G27Mar13-336**
**Sequence number     Posting date**



August 01, 2012 through August 31, 2012
Account Number: ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                        Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.           Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                        Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

SEC-JPMC-P-0000583