**To:** dloev@loevlaw.com[dloev@loevlaw.com]; cgrob@chimeraenergyusa.com[cgrob@chimeraenergyusa.com]; Andrew Farmer[andrew.farmer@iridiumcapitallimited.com]
**Cc:** john@loevlaw.com[john@loevlaw.com]
**From:** Tyson Rohde
**Sent:** Thur 12/22/2011 4:11:20 PM
**Importance:** **Normal**
**Subject:** RE: Chimera Revised Subscription Agreement

Hi David,

My only comment is to replace "2011" with blanks so that we can sell into 2012 without further revision.

Also, will we plan to file this as an amended exhibit to the S-1?

Thanks,

Tyson

---

From: dloev@loevlaw.com
To: cgrob@chimeraenergyusa.com; tysonrohde@hotmail.com; andrew.farmer@iridiumcapitallimited.com
CC: john@loevlaw.com
Subject: Chimera Revised Subscription Agreement
Date: Thu, 22 Dec 2011 14:03:11 -0600

Gentlemen,

We have attached a revised subscription agreement redlined and clean. Let us know of any questions. We plan to send a final prospectus shortly for review and approval.

Regards,

David M. Loev

# Appendix

# Exhibit T

## SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 400,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 6000 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of LOUISIANA.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) ______ |

**IN WITNESS WHEREOF**, I have executed this Subscription Agreement this 11th day of JANUARY, 2012.

ANDREW J. AUSTIN
Name (Please Print)*[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]-2944
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

1304 7th ST.
Street Address

LAKE CHARLES, LA 70601-6320
City & State/Province Zip or Postal Code

This Subscription for 400,000 Shares is hereby accepted this 12 day of January, 2012

CHIMERA ENERGY CORPORATION

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



AUSTIN CONSULTING LLC 06-10
4893 PINEVALLEY WAY
LAKE CHARLES, LA 70605-7744

32-61/1110 1890

1023

Date 11 JAN 2012

Pay to the order of CHIMERA ENERGY CORPORATION $ 6000.00

SIX THOUSAND AND NO/100s dollars

CHASE
JPMorgan Chase Bank, N.A.
Dallas, Texas 75201
www.Chase.com

For 400,000 SHARES

⑆111000614⑆ ⑈1023

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 200,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 3000.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Louisiana.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) ______ |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 10th day of January, 2012.

Robbie P.D. Austin
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]6492
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

1014 Clarence St.
Street Address

Lake Charles, LA 70601
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 2012.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO

Louisiana
PERSONAL DRIVER'S LICENSE
CLASS EXPIRATION DATE
E 12-30-2014
ENDORSEMENTS
RESTRICTIONS
AUSTIN,ROBBIE PAUL D
1014 CLARENCE ST
LAKE CHARLES , LA 70601-0000
DATE OF BIRTH
PARISH
DONOR
SEX HGT
M 5-09
AUDIT
6032

## SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and will be issued to you shortly thereafter.

Method of payment: [X ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Louisiana.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | | | |
|---|---|---|---|
| X | Individual | ☐ | Custodian for |
| ☐ | Tenants in Common | ☐ | Uniform Gifts to Minors Act of the State of: ________ |
| ☐ | Joint Tenants with rights of Survivorship | ☐ | Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: |
| ☐ | Trust | | |
| ☐ | Community Property | ☐ | Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 11 day of January, 2012.

Brian David Barrilleaux
Name (Please Print) *[If Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

____________________
If entity, name of entity and signatory's position with entity

[redacted]-8557
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

2414 Quince Michael
Street Address

Lake Charles, LA 70605
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 2012.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO

CHM
000223

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 100,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 1500 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the

consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | | | | |
|---|---|---|---|---|
| X | Individual | | Custodian for | |
| | Tenants in Common | | Uniform Gifts to Minors Act of the State of: | |
| | Joint Tenants with rights of Survivorship | | Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: | |
| | Trust | | | |
| | Community Property | | Other (please explain) | |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 3rd day of January, 2012.

Robert J. Beall
Name (Please Print)*[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

If entity, name of entity and signatory's position with entity

[redacted]2206
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

512 E 46th St
Street Address

Austin, TX 78751
City & State/Province Zip or Postal Code

This Subscription for 100,000 Shares is hereby accepted this 3rd day of January, 2012.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO

CHM 000225



TEXAS
DEPARTMENT OF PUBLIC SAFETY
DRIVER LICENSE
CLASS: C DL: [redacted]7483
DOB: [redacted]83 HT: 6-02
EXPIRES: 05-11-12 EYES: HZL
REST: SEX: M
END:
BEALL, ROBERT JAMES
512 E 46TH ST
AUSTIN TX 78751

Bank of America

Cashier's Check

No. 5431746

Date JANUARY 03, 2012

30-1/1140 NTX

Banking Center MIDTOWN

0004173 00003 0005431746

ROBERT JAMES BEALL
Remitter (Purchased By)

Pay **ONE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS**

$ **1500.00**

To The Order Of **CHIMERA ENERGY CORPORATION**
****

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

⑈5431746⑈ ⑆114000019⑆ 001641003755⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

CHM 000226

# SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ X] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **400,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$6,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 10th day of January, 2012.

Matthew David Bryant
Name (Please Print)*[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]8607
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

875 Eldridge #318
Street Address

Houston, TX 77077
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 201__.

CHIMERA ENERGY CORPORATION

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



CHM
000229

APP. 000414





UNITED STATES POSTAL SERVICE

POSTAL MONEY ORDER

Serial Number

19449608455

$1000.00

Pay to Chimera Energy Co

Address

Memo

Clerk

0013

Bryant
Ridge # 318
77079

THE U.S. AND POSSESSIONS

© 2008 United States Postal Service. All Rights Reserved

⑆00000800 2⑆

UNITED STATES POSTAL SERVICE

POSTAL MONEY ORDER

Serial Number

19449608466

$1000.00

Pay to Chimera Energy Co

Address

Memo

Clerk

0013

Bryant
Ridge # 318
77079

THE U.S. AND POSSESSIONS

© 2008 United States Postal Service. All Rights Reserved.

⑆00000800 2⑆

UNITED STATES POSTAL SERVICE

POSTAL MONEY ORDER

Serial Number

19449608477

$1000.00

Pay to Chimera Energy Corp

Address

Memo

Clerk

0013

Bryant
Ridge #318
77079

THE U.S. AND POSSESSIONS

© 2008 United States Postal Service. All Rights Reserved.

⑆00000800 2⑆

CHM
000230







POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
19449608488
$1000.00
Clerk
CHIMERA Energy Corp
Address
Bryant
Lodge #318
77079
Memo
THE U.S. AND POSSESSIONS
⑆00000800 2⑆

UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
19449608490
$1000.00
Clerk
Pay to CHIMERA ENERGY CORP
Address
Bryant
Lodge #318
77079
Memo
THE U.S. AND POSSESSIONS
⑆00000800 2⑆

UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
19449608501
2012-03-18 770421 $1000.00
Clerk
CHIMERA ENERGY CORP
Bryant
Lodge #318
77079
THE U.S. AND POSSESSIONS
⑆00000800 2⑆

CHM
000231

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 6th day of January 2012.

Lydia Cotton
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

Signature

If entity, name of entity and signatory's position with entity

[redacted]-4320
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

5201 Memorial Drive, Unit 413
Street Address

Houston, TX 77007
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 06 day of January, 2012.

**CHIMERA ENERGY CORPORATION**

By:
Printed Name: Charles Grob
Its: Chairman and CEO





282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

9842906900 25-3/440

Date 01/06/2012

Remitter OAK RESOURCE INC.

Pay: THREE THOUSAND DOLLARS AND 00 CENTS

$ ***********3,000.00 ***

Pay To The Order Of CHIMERA ENERGY CORPORATION LYDIA COTTON

Drawer: JPMORGAN CHASE BANK, N.A.

Senior Vice President
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈9842906900⑈ ⑆044000037⑆ 758661375⑈

CHM
000234

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 100,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 1500 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ________ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ________ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 31 day of Dec, 2011.

Paul Crosso
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

________________
If entity, name of entity and signatory's position with entity

[redacted] 5672
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

226 W 19th St
Street Address

Houston Tx 77008
City & State/Province Zip or Postal Code

This Subscription for 100,000 Shares is hereby accepted this 31 day of Dec, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



PAUL COX 06-09
MAIRI K COX
226 W 19TH ST.
HOUSTON, TX 77008

1183

12-31-11
Date

35-1054/1130
21320

PAY to the order of Chimera Energy Cox $ 1500.00

One thousand five hundred + 0/100 Dollars

BBVA Compass

Compass Bank
Houston, TX

For

⑆113010547⑆ [redacted] 1183

APP. 000422

CHM
000237

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 50,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 750.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| ☑ Individual | ☐ Custodian for ____ |
| ☐ Tenants in Common | ☐ Uniform Gifts to Minors Act of the State of: ____ |
| ☐ Joint Tenants with rights of Survivorship | ☐ Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ____ |
| ☐ Trust | |
| ☐ Community Property | ☐ Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 31 day of December, 2011.

MAIRI COX
Name (Please Print)*[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

____
If entity, name of entity and signatory's position with entity

[redacted]-9315
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

226 W. 19th ST
Street Address

HOUSTON, TX 77008
City & State/Province Zip or Postal Code

This Subscription for 50,000 Shares is hereby accepted this 31 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



Texas
USA
TX
DRIVER LICENSE
4d DL
9 Class C
4a Iss 06/30/2011
3 DOB
1 COX
2 MAIRI KIBODEAUX
8 226 W 19TH STREET
HOUSTON TX 77008
12 Restrictions NONE
9a End. NONE
16 Hgt 5-03
15 Sex F
5 DD 18619180167300837784

PAUL COX 06-09
MAIRI K COX
226 W 19TH ST.
HOUSTON, TX 77008

1184

35-1054/1130
21320

12-31-2011
Date

PAY to the order of CHIMERA ENERGY CORP. $ 750.00

SEVEN HUNDRED FIFTY ——— Dollars

Security Features Details on Back.

BBVA Compass

Compass Bank
Houston, TX

For ______ M. Cox

MP

⑆113010547⑆ 1184

COLONIAL CLASSIC®

Harland Clarke

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | | | |
|---|---|---|---|
| X | Individual | ☐ | Custodian for ______ |
| ☐ | Tenants in Common | ☐ | Uniform Gifts to Minors Act of the State of: ______ |
| ☐ | Joint Tenants with rights of Survivorship | ☐ | Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| ☐ | Trust | | ______ |
| ☐ | Community Property | ☐ | Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 23rd day of December 2011.

Archie L. Demandante
Name (Please Print) *[If Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]3608
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

5850 Le Carpe Plantation
Street Address

Katy, TX — 77449
City & State/Province — Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 23 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: Chairman and CEO





HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

CASHIER'S CHECK

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

9435106028 25-3/440

Date 12/28/2011

Remitter ARCHIE DEMANDANTE

Pay: THREE THOUSAND DOLLARS AND 00 CENTS

Pay To The Order Of CHIMERA ENERGY CORP

$ **********3,000.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.

Michael Andrews

Senior Vice President
JPMorgan Chase Bank, N.A.
Columbus, OH

CHM
000243

⑈9435106028⑈ ⑆044000037⑆

## SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 50,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 750 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [✓] Individual | [ ] Custodian for ____ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ____ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ____ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 03 day of ~~December~~ January, 2012. C.G. B.E.

Brendan Engleton
Name (Please Print)*[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

If entity, name of entity and signatory's position with entity

[redacted]-3141
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

9527 Summer Run Dr.
Street Address

Houston, Texas 77064
City & State/Province Zip or Postal Code

This Subscription for 50,000 Shares is hereby accepted this 03 day of ~~December~~ January C.G., 2012.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO

TEXAS
DEPARTMENT OF PUBLIC SAFETY
DRIVER LICENSE
CLASS: C DL:
DOB:
HT:6-01
EXPIRES: 07-16-09 EYES: BLU
REST:
SEX: M
END:
EAGLETON,BRENDAN K
1407 OXFORD AVE
AUSTIN TX 78704

MARY EAGLETON (11/05/2011)
BRENDAN EAGLETON
DL
Ph. 713-594-6982
9527 SUMMER RUN DR
HOUSTON, TX 77064

1011
35-9056/3130

Date 01/03/12

Pay to the Order of Charles Groh $ 750.00

Seven hundred and fifty dollars 00/100 Dollars

First Service Credit Union 9621 W. Sam Houston Parkway N. Houston, TX 77064 (832) 688-1000

For

⑆313090561⑆ 1011

Harland Clarke

CHM
000246

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of California.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) ______ |

**IN WITNESS WHEREOF**, I have executed this Subscription Agreement this 22nd day of December 2011.

Linwood E Farmer. Jr.
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

______
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

42735 Mountain Shadow Road
Street Address

Murrieta, CA 92562
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 22 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: ______
Printed Name: Charles Grob
Its: Chairman and CEO



**LINWOOD E FARMER JR**
**PATRICIA L FARMER**
42735 MOUNTAIN SHADOW RD (951) 677-3853
MURRIETA, CA 92562

8258

16-66/1220
723

12/25/2011

Pay to the Order of Chimera Energy Corp. $ 3000.00

Three Thousand & 00/100 Dollars

Bank of America
Temecula
27489 Ynez Rd
Temecula CA
951.676.2095

For 200,000 Share Subscription

⑆122000661⑆8258⑈

CALIFORNIA
DRIVER LICENSE
CLASS:C
EXPIRES 11-02-12
LINWOOD EARL FARMER,JR
42735 MOUNTAIN SHADOW DR
MURRIETA CA 92562
SEX:M HAIR:GRY
HT:5-10 WT:195
DOB:
DONOR
09/17/2007 239 RB FD/12

CHM
000249

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of California.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 22nd day of December 2011.

Patricia L Farmer
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

42735 Mountain Shadow Road
Street Address

Murrieta, CA 92562
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 22 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: Chairman and CEO



DMV CALIFORNIA DMV
DRIVER LICENSE
CLASS: C
EXPIRES 08-16-15
PATRICIA LOUISE FARMER
42735 MOUNTAIN SHADOW RD
MURRIETA CA 92562
SEX:F HAIR:BRN EYES:GRN
HT:5-02 WT:135 DOB:
DONOR
07/13/2010 239 RB FD/15

LINWOOD E FARMER JR
PATRICIA L FARMER
42735 MOUNTAIN SHADOW RD (951) 677-3653
MURRIETA, CA 92562

8259

16-66/1220
723

Date 12/25/2011

Pay to the order of Chimera Energy Corp. $ 3000 00

Three Thousand + 00/100 Dollars

Bank of America
Temecula
27489 Ynez Rd
Temecula CA
951.676.2095

For 200,000 Shares Subscription

MP

⑆122000661⑆8259⑈

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [✓] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 50,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 750 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| ☑ Individual | ☐ Custodian for ____ |
| ☐ Tenants in Common | ☐ Uniform Gifts to Minors Act of the State of: ____ |
| ☐ Joint Tenants with rights of Survivorship | ☐ Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ____ |
| ☐ Trust | |
| ☐ Community Property | ☐ Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this ____ day of January, 2012.

Nicole Ferritta
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

____
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

38 E Broad Oaks
Street Address

Houston, TX 77056
City & State/Province Zip or Postal Code

This Subscription for 50,000 Shares is hereby accepted this 3 day of January, 2012.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



Texas
USA TX
DRIVER LICENSE
4d DL [redacted] 9 Class C
4a Iss 01/20/2011 4b Exp 01/23/2017
3 DOB [redacted]
1 FERTITTA
2 STEPHANIE NICOLE
38 EAST BROAD OAKS
HOUSTON TX 77056-0000
12 Restrictions NONE 9a End. NONE
16 Hgt 5-04 15 Sex F 18 Eyes BRO
5 DD 05619188015200747288

NICOLE FERTITTA
38 E BROAD OAKS
HOUSTON, TX 77056

32-1432/1110 1444

Date 01-4-12

Pay to the order of Chimera Energy corp $ 750.00

Seven hundred & fifty Dollars

BANK OF TEXAS
www.bankoftexas.com

Memo

Nicole Fertitta

⑆111014325⑆ [redacted] 1444

CHM
000255

# SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [✓] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 200,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 3,000.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| ☑ Individual | ☐ Custodian for ______ |
| ☐ Tenants in Common | ☐ Uniform Gifts to Minors Act of the State of: ______ |
| ☐ Joint Tenants with rights of Survivorship | ☐ Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| ☐ Trust | |
| ☐ Community Property | ☐ Other (please explain) ______ |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 23rd day of December, 2011.

Matthew Fleming
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

M. Fleming
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

1725 Airline Drive
Street Address

Houston, TX 77009
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 23 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



Texas
USA TX
DRIVER LICENSE
4d DL [redacted] 9 Class C
4a Iss 06/24/2011 4b Exp 04/07/2017
3 DOB [redacted]
1 FLEMING
2 MATTHEW JOSEPH
8 1725 AIRLINE DR
HOUSTON TX 77009
12 Restrictions NONE 9a End NONE
16 Hgt 6-00 15 Sex M 18 Eyes BLU
5 DD 12211190069204907737
NO

---

**MATTHEW J FLEMING**
1725 AIRLINE DR
HOUSTON, TX 77009-3609

107
30-7426/3140

Date: 11/23/2011

Pay to the Order of: CHIMERA ENERGY CORPORATION $ 3,000.00

THREE THOUSAND DOLLARS + NO 0/100 Dollars

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For: M. Fleming

⑆314074269⑆ ⑈[redacted]⑈ 0107
TRANSIT ROUTING NUMBER ACCOUNT NUMBER

CHM
000258

**MATTHEW J FLEMING**
1726 AIRLINE DR
HOUSTON, TX 77009-3609

108

30-7425/3140

01/16/2012 Date

Pay to the Order of CHIMERA ENERGY CORPORATION $ 3,000.00

THREE THOUSAND DOLLARS + NO /100 Dollars

Harland Clarke

Security Features Details on Back.

USAA

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-532-3724

For

M. Fleming

MP

⑆314074269⑆ ⑈[redacted]⑈ 0108

TRANSIT ROUTING NUMBER ACCOUNT NUMBER

CHM
000259

# SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 27[rd] day of December 2011.

Brittany JoAnn Garcia
Name (Please Print) *[If Tenants in Common or Joint Tenants, all subscribers should sign]*

______________________
Signature

______________________
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

3215 Keywood
Street Address

Katy, TX — 77449
City & State/Province — Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 27 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: ______________________
Printed Name: Charles Grob
Its: Chairman and CEO



THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

People's Trust
A Federal Credit Union and Financial Cooperative

P.O. BOX 4511
HOUSTON, TX 77210-4511
(713) 428-3200
(800) 321-2411

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9478 MINNEAPOLIS MN 55480
DRAWEE: WACHOVIA BANK, N.A., BUFORD, GA

No. 0000694051

**CERTIFIED CHECK**

12/28/11

64-305
611

*** THREE THOUSAND DOLLARS AND 00 CENTS ***

$3,000.00

PAY EXACTLY 3,000 dols 00 cts

DEPOSIT WITHIN 90 DAYS

DRAWER: PEOPLE'S TRUST FEDERAL CREDIT UNION
HOUSTON, TEXAS

TO THE ORDER OF

CHIMERA ENERGY CORP.
REMITTER: BRITTANY GARCIA

AUTHORIZED SIGNATURE

⑈0000694051⑈ ⑆061103056⑆01600110226821⑈

CHM
000262

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

# SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 27rd day of December 2011.

Alejandro Garcia-Herrera
Name (Please Print) *[If Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

3215 Keywood
Street Address

Katy, TX — 77449
City & State/Province — Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 27 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: Chairman and CEO



THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK - HOLD UP TO A LIGHT TO VIEW

People's Trust
A Federal Credit Union and Financial Cooperative

P.O. BOX 4511
HOUSTON, TX 77210-4511
(713) 428-3200
(800) 321-2411

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9478 MINNEAPOLIS MN 55480
DRAWEE: WACHOVIA BANK, N.A., BUFORD, GA

**CERTIFIED CHECK**

No. 0000694052

12/28/11

64-305
611

*** THREE THOUSAND DOLLARS AND 00 CENTS ***

$3,000.00

PAY EXACTLY 3,000 dols 00 cts

TO THE ORDER OF

CHIMERA ENERGY CORP.
REMITTER: ALEJANDRO GARCIA HERRERA

DEPOSIT WITHIN 90 DAYS

DRAWER: PEOPLE'S TRUST FEDERAL CREDIT UNION
HOUSTON, TEXAS

AUTHORIZED SIGNATURE

⑈0000694052⑈ ⑆061103056⑆0160011022682⑈

CHM
000265

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

## SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [✓] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 100,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 1,500.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of TEXAS.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | | | |
|---|---|---|---|
| [X] | Individual | [ ] | Custodian for ________ |
| [ ] | Tenants in Common | [ ] | Uniform Gifts to Minors Act of the State of: ________ |
| [ ] | Joint Tenants with rights of Survivorship | [ ] | Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ________ |
| [ ] | Trust | | |
| [ ] | Community Property | [ ] | Other (please explain) ________ |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 10 day of January, 2012.

HERMAN DOUGLAS HUFF
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

HDHuff
Signature

________________________
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

7270 Junco Dr
Street Address

Houston, TX 77040
City & State/Province Zip or Postal Code

This Subscription for 100,000 Shares is hereby accepted this 12 day of January, 2012.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



PASAPORTE
Surname /
HUFF
UNITED STATES
USA

CHM
000268

APP. 000453



DOCUMENT CONTAINS A PRISMATIC COLORED BACKGROUND. ARTIFICIAL WATERMARK ON BACK. EAGLE ON THE RIGHT WILL DISAPPEAR WHEN RUBBED OR BREATHED ON.
P.O. Box 768 • Sulphur Springs, Texas 75483 • (800) 621-8030 • (903) 885-1283
FIDELITY EXPRESS The Total Solution
INTERNATIONAL MONEY ORDER
325157304 6
NOT VALID UNLESS MONEY ORDER IS MACHINE IMPRINTED
3251573046
01/10/2012
PAY THIS AMOUNT NOT GOOD OVER $500
**FIVE HUNDRED AND 00/100 DOLLARS **
$500 DOLS 00 CTS
PAY TO THE ORDER OF / Pague a la orden de: CHIMERA ENERGY CORP.
PURCHASER'S SIGNATURE: H D Huff
PURCHASER'S ADDRESS (Direccion del Comprador): 7270 JUNCO DR HOU, TX 77040
BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE
⑆091203557⑆9703251573046⑈

DOCUMENT CONTAINS A PRISMATIC COLORED BACKGROUND. ARTIFICIAL WATERMARK ON BACK. EAGLE ON THE RIGHT WILL DISAPPEAR WHEN RUBBED OR BREATHED ON.
P.O. Box 768 • Sulphur Springs, Texas 75483 • (800) 621-8030 • (903) 885-1283
FIDELITY EXPRESS The Total Solution
INTERNATIONAL MONEY ORDER
325157305 5
NOT VALID UNLESS MONEY ORDER IS MACHINE IMPRINTED
3251573055
01/10/2012
PAY THIS AMOUNT NOT GOOD OVER $500
**FIVE HUNDRED AND 00/100 DOLLARS **
$500 DOLS 00 CTS
PAY TO THE ORDER OF / Pague a la orden de: CHIMERA ENERGY CORP
PURCHASER'S SIGNATURE: H D Huff
PURCHASER'S ADDRESS (Direccion del Comprador): 7270 JUNCO DR HOU, TX 77040
BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE
⑆091203557⑆9703251573055⑈

DOCUMENT CONTAINS A PRISMATIC COLORED BACKGROUND. ARTIFICIAL WATERMARK ON BACK. EAGLE ON THE RIGHT WILL DISAPPEAR WHEN RUBBED OR BREATHED ON.
P.O. Box 768 • Sulphur Springs, Texas 75483 • (800) 621-8030 • (903) 885-1283
FIDELITY EXPRESS The Total Solution
INTERNATIONAL MONEY ORDER
325157306 4
NOT VALID UNLESS MONEY ORDER IS MACHINE IMPRINTED
3251573064
01/10/2012
PAY THIS AMOUNT NOT GOOD OVER $500
**FIVE HUNDRED AND 00/100 DOLLARS **
$500 DOLS 00 CTS
PAY TO THE ORDER OF / Pague a la orden de: CHIMERA ENERGY CORP
PURCHASER'S SIGNATURE: H D Huff
PURCHASER'S ADDRESS (Direccion del Comprador): 7270 JUNCO DR HOU, TX 77040
BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE
⑆091203557⑆9703251573064⑈

CHM
000269

# SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 9th day of January 2012.

Brandi Leal
Name (Please Print)*[if Tenants in Common or Joint Tenants, all subscribers should sign]*

Signature

If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

10302 Wayward Wind Ln
Street Address

Houston, TX 77064
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 09 day of January, 2012.

CHIMERA ENERGY CORPORATION

By:
Printed Name: Charles Grob
Its: Chairman and CEO



Texas

USA TX

DRIVER LICENSE

[redacted]

4d DL [redacted] 9 Class C

4a Iss 09/23/2011 4b Exp 08/26/2016

3 DOB [redacted]

1 LEAL

2 BRANDI NICOLE

8 10302 WAYWARD WIND LANE
HOUSTON TX 77064-0000

12 Restrictions A 9a End NONE

16 Hgt 5-05 15 Sex F 18 Eyes BRO

5 DD 48210160192213387332

Bank of America

Cashier's Check

No. 4493686

[illegible]

Date JANUARY 09, 2012

30-1/1140
NTX

Banking Center WEST ROAD AND BELTWAY 8

0005462 00005 0004493686

BRANDI LEAL

Remitter (Purchased By)

$ **3000.00**

Pay **THREE THOUSAND DOLLARS AND 00 CENTS**

To The Order Of **CHIMERA ENERGY CORP.**
****

Authorized Signature

CHM 000272

## SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 100,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 1,500.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of TX.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

- [x] Individual
- [ ] Tenants in Common
- [ ] Joint Tenants with rights of Survivorship
- [ ] Trust
- [ ] Community Property
- [ ] Custodian for ______
- [ ] Uniform Gifts to Minors Act of the State of: ______
- [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______
- [ ] Other (please explain) ______

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 28 day of December, 2011.

Benjamin T. Mega
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

1615 Hermann Dr. Apt. #1127
Street Address

Houston, TX 77004
City & State/Province Zip or Postal Code

This Subscription for 100,000 Shares is hereby accepted this 28 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: President & CEO



1142

BENJAMIN T. MEGA
201 JOSEPH ST.
GREENVILLE, NC 27858-8634

12/28/2011 Date

30-7426/3140

Pay to the Order of Chimera Energy Corporation $ 1,500.00

One Thousand Five hundred dollars + 00/100 Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For

⑆314074269⑆ ⑈[redacted]⑈ 1142

TRANSIT ROUTING NUMBER ACCOUNT NUMBER

CHM 000275

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [✓] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 200,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 3000 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Louisiana.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 10th day of January, 2012.

Nicole M. Miller
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]-7855
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

1014 Clarence St.
Street Address

Lake Charles, LA 70601
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 2012.

CHIMERA ENERGY CORPORATION

By: [signature]
Printed Name: Charles Grob
Its: President & CEO





Louisiana
PERSONAL DRIVER'S LICENSE
MILLER,NICOLE MARIE
LAKE CHARLES , LA

APP. 000463

# SUBSCRIPTION AGREEMENT

## SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and will be issued to you shortly thereafter.

Method of payment: [X ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Louisiana.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | | | |
|---|---|---|---|
| X | Individual | ☐ | Custodian for |
| ☐ | Tenants in Common | ☐ | Uniform Gifts to Minors Act of the State of: |
| ☐ | Joint Tenants with rights of Survivorship | ☐ | Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: |
| ☐ | Trust | | |
| ☐ | Community Property | ☐ | Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 11 day of __________, 2012.

Natalie Ann Moore
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

Natalie Ann Moore
Signature

____________________
If entity, name of entity and signatory's position with entity

[redacted]-5193
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

2414 Quince Michael
Street Address

Lake Charles, LA 70605
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 2012.

CHIMERA ENERGY CORPORATION

By: [signature]
Printed Name: Charles Grob
Its: President & CEO





Louisiana
PERSONAL DRIVER'S LICENSE
MOORE, NATALIE ANN
LAKE CHARLES , LA
DATE OF BIRTH
DONOR

NATALIE A. MOORE
2414 QUINCE MICHAEL DR.
LAKE CHARLES, LA 70605
5252
DATE 1/11/12
PAY TO THE ORDER OF Chimera Energy
$ 3,000.00
three thousand and 00/00
DOLLARS
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO
natalie moore
⑆065400137⑆ 5252

CHM
000281

APP. 000466

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [ ] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 200,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $3,000.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Louisiana.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ______ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ______ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 11th day of January, 2012.

Kellie A Moss
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]-7346
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

2008 W McNeese St
Street Address

Lake Charles, LA 70605
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 2012.

CHIMERA ENERGY CORPORATION

By: [signature]
Printed Name: Charles Grob
Its: President & CEO





JAMES P MOSS JR LADL [redacted]3584
KELLIE A MOSS LADL [redacted]9076
2008 WEST MCNEESE STREET
LAKE CHARLES, LA 70605

1679

84-457/652

1/11/12
Date

Pay to the Order of Chimera Energy Corporation $ 3000.00

Three Thousand and no/100 Dollars

JEFF DAVIS BANK
P.O. BOX 6465, LAKE CHARLES, LA 70606

BONUS BANKING

LSU

For

Kellie A Moss

⑆065204579⑆ [redacted]⑈ 1679

CHM
000284

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [✓] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of 200,000 shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of $ 3,000.00 for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of LOUISIANA.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

Type of ownership : (You must check one box)

| | |
|---|---|
| ☑ Individual | ☐ Custodian for ______ |
| ☐ Tenants in Common | ☐ Uniform Gifts to Minors Act of the State of: ______ |
| ☐ Joint Tenants with rights of Survivorship | ☐ Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ______ |
| ☐ Trust | |
| ☐ Community Property | ☐ Other (please explain) |

IN WITNESS WHEREOF, I have executed this Subscription Agreement this 11TH day of JANUARY, 2012.

JAMES MOSS
Name (Please Print) [if Tenants in Common or Joint Tenants, all subscribers should sign]

[signature]
Signature

______
If entity, name of entity and signatory's position with entity

[redacted]-9303
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

2008 WEST McNEESE St.
Street Address

LAKE CHARLES, LA 70605
City & State/Province Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 12 day of January, 2012.

CHIMERA ENERGY CORPORATION

By: [signature]
Printed Name: Charles Grob
Its: President & CEO





1680

JAMES P MOSS JR LADL ████3584
KELLIE A MOSS LADL ████9076
2008 WEST MCNEESE STREET
LAKE CHARLES, LA 70605

84-457/652

1/11/2012 Date

Pay to the Order of Chimera Energy Corporation $ 3000.00

Three thousand & 00/100 Dollars

JEFF DAVIS BANK
P.O. BOX 6465, LAKE CHARLES, LA ██

BONUS BANKING

For

⑆065204579⑆ ████⑈ 1680

CHM
000287

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "Company") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "Prospectus"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **50,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$750** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ____________ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ________ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ____________ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 12th day of January 2012.

David Parisi
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

[signature]
Signature

______________________
If entity, name of entity and signatory's position with entity

[redacted]5532
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

7270 Junco Dr.
Street Address

Houston, TX — 77040
City & State/Province — Zip or Postal Code

This Subscription for 50,000 Shares is hereby accepted this 12th day of Jan, 2012

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: Chairman and CEO



DAVID ARTHUR PARISI 07-11
7270 JUNCO DR
HOUSTON, TX 77040-4471

232

1-12-12 DATE 32-75/1110 634

Pay to the Order of Chimera Energy Corp $ 750 00

Seven hundred fifty DOLLARS

Comerica Bank

Comerica Bank
www.comerica.com

For 750 s/s David Parisi

⑆111000753⑆ [redacted]⑈ 00232

**SUBSCRIPTION AGREEMENT**

**SUBSCRIPTION AGREEMENT FOR CHIMERA ENERGY CORPORATION**

Persons interested in purchasing shares of Chimera Energy Corporation (the "**Company**") must return this completed subscription agreement along with a wire transfer, check or money order for their total payment, payable only to:

**CHIMERA ENERGY CORPORATION**
**2800 POST OAK BLVD., SUITE 4100**
**HOUSTON, TX 77056**

If and when accepted by us, this subscription agreement shall constitute a subscription for share(s) of our common stock subject to the terms and conditions set forth in this subscription agreement and the Company's Final Prospectus filed with the Securities and Exchange Commission on December 22, 2011 (the "**Prospectus**"). It is understood that this subscription is not binding upon the Company until accepted by the Company, and that the Company has the right to accept or reject this subscription, in whole or in part, in its sole and complete discretion.

An accepted copy of this agreement will be returned to you as your receipt, and certificates for your stock and warrants will be issued to you shortly thereafter.

Method of payment: [X] Check or [ ] Money Order payable only to: **Chimera Energy Corporation**

I hereby irrevocably tender this subscription agreement for the purchase of **200,000** shares at $0.015 per share. With this subscription agreement, I tender payment in the amount of **$3,000** for the shares subscribed.

In connection with this investment, I represent, warrant and covenant as follows:

(a) I am a bona fide resident of the State of Texas.

(b) I have been provided a copy of and have read, reviewed and have been provided an opportunity to ask questions regarding the Company's Prospectus and have no outstanding or unanswered questions regarding the Company or the Prospectus as of the date of this subscription agreement.

(c) That no person has made any written or oral representation to me that: (a) any person will resell or purchase the shares subscribed for; (b) any person will refund the purchase price of the shares; or (c) as to the future price or value of the shares.

(d) I have been provided with all materials and information requested by either me, my counsel, or others representing me, including any information requested to verify information furnished. There has been made available to both myself and my advisors the opportunity to ask questions of, and receive answers from the Company and its directors, officers, employees and representatives concerning the terms and conditions of this offering and to obtain any additional information desired necessary to verify the accuracy of the information provided.

(e) I have sufficient assets to easily pay my subscription to the Company, and my subscription to the Company is not unreasonably large when compared with my total financial capability.

(f) I am under no legal disability nor am I subject to any order, which would prevent or interfere with my execution, delivery and performance of this Subscription Agreement or my purchase of the shares. The shares are being purchased solely for my own account and not for the account of others and for investment purposes only. I have no present plans to enter into any contract, undertaking, agreement or arrangement with respect to the transfer, assignment, resale or distribution of any of the shares.

(g) The representations and warranties of subscriber shall survive the purchase of the shares and the consummation of the transactions contemplated herein.

**THE PURCHASE OF SHARES OF CHIMERA ENERGY CORPORATION INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.**

**EVERY POTENTIAL INVESTOR, PRIOR TO ANY INVESTMENT OR PURCHASE OF CHIMERA ENERGY CORPORATION SHARES SHOULD THOROUGHLY READ THE PROSPECTUS RELATING TO THIS OFFERING, INCLUDING, BUT NOT LIMITED TO THE "RISK FACTORS" INCLUDED THEREIN.**

**Type of ownership** : (You must check one box)

| | |
|---|---|
| [X] Individual | [ ] Custodian for ________ |
| [ ] Tenants in Common | [ ] Uniform Gifts to Minors Act of the State of: ________ |
| [ ] Joint Tenants with rights of Survivorship | [ ] Corporation (Inc., LLC, LP) – Please List all officers, directors, partners, managers, etc.: ________ |
| [ ] Trust | |
| [ ] Community Property | [ ] Other (please explain) |

**IN WITNESS WHEREOF,** I have executed this Subscription Agreement this 23rd day of December 2011.

Jana M. Robinson-Demandante
Name (Please Print) *[if Tenants in Common or Joint Tenants, all subscribers should sign]*

Jana M. Robinson-Demandante
Signature

________________
If entity, name of entity and signatory's position with entity

[redacted]-8449
Social Security, Social Insurance or Tax Identification Number

Principal Address of Subscriber

5850 Le Carpe Plantation
Street Address

Katy, TX — 77449
City & State/Province — Zip or Postal Code

This Subscription for 200,000 Shares is hereby accepted this 23 day of December, 2011.

**CHIMERA ENERGY CORPORATION**

By: [signature]
Printed Name: Charles Grob
Its: Chairman and CEO



| 0068472 | 11-24 |
| --- | --- |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

6847203099

Operator I.D.: tx006157 mwtx6086

**December 28, 2011**

PAY TO THE ORDER OF *** CHIMERA ENERGY CORP ***

****Three thousand dollars and no cents****

****$3,000.00****

**WELLS FARGO BANK, N.A.**
6106 N FRY RD
KATY, TX 77449
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 3,000.00

CONTROLLER

⑈6847203099⑈ ⑆121000248⑆4861 505709⑈

CHM 000293