IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No.: 4:14-CV-02345 |
| ANDREW I. FARMER, CHARLES E. GROB, JR., CAROLYN AUSTIN, BALDEMAR P. RIOS, and CHIMERA ENERGY CORP. | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § § | |

### FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT CHIMERA ENERGY CORP.

This matter came before this Court on the motion of plaintiff Securities and Exchange Commission, seeking entry of a final judgment by default providing it with the relief requested in its Complaint against Defendant Chimera Energy Corp. ("Chimera") by reason of its failure to timely file an answer or other responsive pleading in accordance with the Federal Rules of Civil Procedure.

This Court, having considered the pleadings and evidence on file, makes the following findings of fact and conclusions of law:

1.   The Commission's Complaint commencing this civil action was filed on August 14, 2014. The Commission completed service on Chimera by serving the Nevada Secretary of State on October 27, 2014, pursuant to Nevada Rules of Civil Procedure 4(d)(1). Chimera failed to answer or deny the factual allegations in the Commission's Complaint. All factual allegations therein are deemed admitted against Chimera.

2. Chimera is not an infant or incompetent, nor is it eligible for relief under the Soldier's and Sailors Civil Relief Act of 1940 [50 U.S.C. Appendix, § 501 et seq.].

3. Chimera violated Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)], Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], and Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)] and Rules 12b-20, 15d-1, 15d-11, and 15d-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.15d-1, 240.15d-11, 240.15d-1].

On the basis of the foregoing findings of fact and conclusions of law,

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Chimera and its respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

*SEC v. Farmer, et al.*
FINAL JUDGMENT BY DEFAULT AGAINST
DEFENDANT CHIMERA ENERGY CORP.
Page-2

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Chimera and its respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. §§ 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. §§ 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security;

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Chimera and its respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)] and Rules 12b-20, 15d-1, 15d-11, and 15d-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.15d-1, 240.15d-11, 240.15d-1], by failing to file

timely with the Commission all accurate and complete information, documents, and reports required by the rules and regulations prescribed by the Commission.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: October 7, 2015

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

*SEC v. Farmer, et al.*
FINAL JUDGMENT BY DEFAULT AGAINST
DEFENDANT CHIMERA ENERGY CORP.
Page-4