

# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

## Andrew Farmer Prejudgment Interest 11/21/2012 - 11/18/2015

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $6,794,653.38 |
| 12/01/2012-12/31/2012 | 3% | 0.25% | $17,265.10 | $6,811,918.48 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $50,389.53 | $6,862,308.01 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $51,326.30 | $6,913,634.31 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $52,278.44 | $6,965,912.75 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $52,673.75 | $7,018,586.50 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $51,918.31 | $7,070,504.81 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $52,883.50 | $7,123,388.31 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $53,864.53 | $7,177,252.84 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $54,271.83 | $7,231,524.67 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $53,493.47 | $7,285,018.14 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $54,487.94 | $7,339,506.08 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $55,498.73 | $7,395,004.81 |
| 10/01/2015-10/31/2015 | 3% | 0.25% | $18,842.07 | $7,413,846.88 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 12/01/2012-10/31/2015 | | | $619,193.50 | $7,413,846.88 |

EXHIBIT B