

# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

### Charles Grob Prejudgment Interest 10/1/2012 - 11/18/2015

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $72,500.00 |
| 12/01/2012-12/31/2012 | 3% | 0.25% | $184.22 | $72,684.22 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $537.66 | $73,221.88 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $547.66 | $73,769.54 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $557.82 | $74,327.36 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $562.04 | $74,889.40 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $553.98 | $75,443.38 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $564.28 | $76,007.66 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $574.74 | $76,582.40 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $579.09 | $77,161.49 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $570.78 | $77,732.27 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $581.39 | $78,313.66 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $592.18 | $78,905.84 |
| 10/01/2015-10/31/2015 | 3% | 0.25% | $201.05 | $79,106.89 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| 12/01/2012-10/31/2015 | | | $6,606.89 | $79,106.89 |

EXHIBIT C