IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § Plaintiff, § § v. § § ANDREW I. FARMER, § CHARLES E. GROB, JR., § CAROLYN AUSTIN, § BALDEMAR P. RIOS, and § CHIMERA ENERGY CORP., § § Defendants § § | Case No.: 4:14-CV-2345 JURY TRIAL DEMANDED |

## FINAL JUDGMENT
## AS TO DEFENDANT BALDEMAR P. RIOS

Upon the Unopposed Motion to Enter Final Judgment by Defendant Baldemar P. Rios, the Court enters the following Final Judgment:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that for one year from the date of entry of this Judgment, Defendant Baldemar P. Rios shall be restrained and enjoined from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

II.

### RETENTION OF JURISDICTION

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Signed at Huston, Texas on the 23rd day of August, 2016

_____
KEITH P. ELLISON, JUDGE
UNITED STATES DISTRICT JUDGE