Print                                                                    Page 1 of 1

Subject:  RE: Fwd: Draft CHMR pr for tomorrow

From:  cgrob@chimeraenergyusa.com (cgrob@chimeraenergyusa.com)

To:  thomas.massey@yahoo.com;

Date:  Wednesday, August 8, 2012 2:45 PM

Approved.

**Charles Grob**
**Chimera Energy Corporation**
**President and CEO**
**2800 Post Oak Boulevard Ste 4100**
**Houston, TX 77056**
**Phone:**
**Fax: (832) 390-2350**



-------- Original Message --------
Subject: Fwd: Draft CHMR pr for tomorrow
From: Thomas Massey <thomas.massey@yahoo.com>
Date: Wed, August 08, 2012 2:38 pm
To: Grob Charles <cgrob@chimeraenergyusa.com>

Charles for your approval.

Thomas Massey

>
> TODAY(Beta) • Powered by Yahoo!
> Coach saves day for U.S. gymnast
> Get Yahoo Search App! • Privacy Policy
>
>

EXHIBIT A

TM000107

Print

| | |
|---|---|
| Subject: | Fwd: Draft CHMR pr for tomorrow |
| From: | Thomas Massey (thomas.massey@yahoo.com) |
| To: | cgrob@chimeraenergyusa.com; |
| Bcc: | thomas.massey@yahoo.com; |
| Date: | Wednesday, August 8, 2012 2:38 PM |

Charles for your approval.

Thomas Massey

**TODAY** *(Beta)* • Powered by Yahoo!
Coach saves day for U.S. gymnast
Get Yahoo Search App! • Privacy Policy

FW-03772

3/25/2013
TM000106

Print                                                                           Page 1 of 1

Subject:  Draft CHMR pr for tomorrow

From:     John Brotherton (john.david.brotherton@gmail.com)

To:       thomas.massey@yahoo.com;

Date:     Wednesday, August 8, 2012 2:25 PM


Tom,

I have attached the draft pr for tomorrow to this email. Great job today!

Thanks,
JB

FW-03772
TM000103

**PEMEX Signs Deal with CHMR for New Non-Hydraulic Shale Oil Extraction System Designed to Safely Replace Hydraulic Fracturing**

**Houston, TX—August 9, 2012—**Chimera Energy Corp (OTCBB: CHMR) announced today that they have executed a Memorandum of Understanding with PEMEX, also known as Petroleos Mexicanos, regarding the utilization of CHMR's revolutionary exothermic Non-Hydraulic Extraction method throughout Latin America. The Non-Hydraulic Extraction method is a revolutionary Shale Oil extraction technology designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water.

PEMEX is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America. The MOU precedes a supplemental encompassing agreement.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, high-speed broadband users may visit www.zerowaterfracking.com

Or you may alternatively visit www.chimeraenergyusa.com/investors.html

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom. CHMR competes in an industry sector that includes Halliburton (NYSE: HAL), Schlumberger (NYSE: SLB), EnCana Corporation (NYSE: ECA) and Continental Resources, Inc. (NYSE: CLR).

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking

TM000104

statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

FW-03772

TM000105

Subject:  RE: Fwd: Draft PR

From:  cgrob@chimeraenergyusa.com (cgrob@chimeraenergyusa.com)

To:  thomas.massey@yahoo.com;

Date:  Thursday, August 9, 2012 3:42 PM

Approved.

**Charles Grob
Chimera Energy Corporation
President and CEO
2800 Post Oak Boulevard Ste 4100
Houston, TX 77056
Phone:
Fax: (832) 390-2350**



-------- Original Message --------
Subject: Fwd: Draft PR
From: Thomas Massey <thomas.massey@yahoo.com>
Date: Thu, August 09, 2012 3:33 pm
To: Grob Charles <cgrob@chimeraenergyusa.com>

Charles for your review

Thomas Massey
Cell

>
> TODAY(Beta) • Powered by Yahoo!
> Grim-faced Stallone seeks family comfort
> Get Yahoo Search App! • Privacy Policy
>
>

| | |
|---|---|
| Subject: | Draft PR |
| From: | John Brotherton (john.david.brotherton@gmail.com) |
| To: | thomas.massey@yahoo.com; |
| Date: | Thursday, August 9, 2012 3:27 PM |

Tom,

I have attached the draft CHMR release to this email.

Thanks,
John B.

FW-03772                                                                              TM000130

**PEMEX and CHMR Collaboration on New Non-Hydraulic Shale Oil Extraction System Begins Monday in Mexico City**

**Houston, TX—August 10, 2012—**Chimera Energy Corp (OTCBB: CHMR) has announce that Company management has been scheduled to directly meet with PEMEX associates in Mexico City beginning this Monday regarding a collaboration for utilizing CHMR's revolutionary exothermic Non-Hydraulic Extraction method throughout Latin America. The initial deal between the two companies was publicly announced yesterday. The Non-Hydraulic Extraction method is a revolutionary Shale Oil extraction technology designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water.

PEMEX is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America. The MOU precedes a supplemental encompassing agreement.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, high-speed broadband users may visit www.zerowaterfracking.com

Or you may alternatively visit www.chimeraenergyusa.com/investors.html

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom. CHMR competes in an industry sector that includes Halliburton (NYSE: HAL), Schlumberger (NYSE: SLB), EnCana Corporation (NYSE: ECA) and Continental Resources, Inc. (NYSE: CLR).

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements

of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

TM000132

Subject:   RE: CHMR draft release

From:      cgrob@chimeraenergyusa.com (cgrob@chimeraenergyusa.com)

To:        thomas.massey@yahoo.com;

Date:      Saturday, August 11, 2012 9:08 PM


Tom,

Last line, first paragraph: "Under the initial deal, the parties agreed that PEMEX will provide the
first location for utilizing the new system in the Western Hemisphere."

I dont have any documents supporting this.

Thanks,

**Charles Grob**
**Chimera Energy Corporation**
**President and CEO**
**2800 Post Oak Boulevard Ste 4100**
**Houston, TX 77056**
**Phone:**
**Fax: (832) 390-2350**





-------- Original Message --------
Subject: CHMR draft release
From: Thomas Massey <thomas.massey@yahoo.com>
Date: Sat, August 11, 2012 8:49 pm
To: Grob Charles <cgrob@chimeraenergyusa.com>


Charles
Please see the attached draft release.

Thomas Massey

Print                                                                                    Page 1 of 1

| | |
|---|---|
| Subject: | CHMR draft release |
| From: | Thomas Massey (thomas.massey@yahoo.com) |
| To: | cgrob@chimeraenergyusa.com; |
| Date: | Saturday, August 11, 2012 8:49 PM |

Charles
Please see the attached draft release.

Thomas Massey

FW-03772                                                                    TM000143

**New Deal Would Utilize CHMR's Non-Hydraulic Shale Oil Extraction System at PEMEX Location**

**Houston, TX—August 13, 2012—**Chimera Energy Corp (OTCBB: CHMR) disclosed that Company management had arrived in Mexico City today for direct meetings with PEMEX to collaborate on utilizing CHMR's revolutionary exothermic Non-Hydraulic Extraction system throughout Latin America. The initial deal between the two companies was publicly announced last week. The Non-Hydraulic Extraction system is a revolutionary Shale Oil extraction technology designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water. Under the initial deal, the parties agreed that PEMEX will provide the first location for utilizing the new system in the Western Hemisphere.

PEMEX is the largest company in both Mexico and all of Latin America. Some of the largest concentrations of Shale Oil in the world are located throughout Latin America.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, high-speed broadband users may visit www.zerowaterfracking.com

Or you may alternatively visit www.chimeraenergyusa.com/investors.html

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom. CHMR competes in an industry sector that includes Halliburton (NYSE: HAL), Schlumberger (NYSE: SLB), EnCana Corporation (NYSE: ECA) and Continental Resources, Inc. (NYSE: CLR).

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements

of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

TM000145

| | |
|---|---|
| Subject: | PR version 3 |
| From: | John Brotherton (john.david.brotherton@gmail.com) |
| To: | thomas.massey@yahoo.com; |
| Date: | Sunday, August 19, 2012 5:08 PM |

Tom,

Here it is again with the latest revision.

Thanks,
JB

FW-03772                                                                      TM000238

**Chimera Energy Corp President Comments on Recent Developments**

**Houston, TX—August 20, 2012**—Chimera Energy Corp (OTCBB: CHMR) President Charles Grob stated today: "Chimera and I are committed to implementing our business model as outlined and described in our filings, on our website and in our press releases.

Recent comments from third parties have apparently contributed to a decline in our stock price over the last few trading sessions. Many of those comments have been made by anonymous bloggers and admitted shorters, and they have likely profited from the decline.

There will always be Naysayers in any new business venture, and we have ours. I and all those associated with Chimera are excited about our prospects and encouraged by our progress. We are moving forward at a deliberate pace!"

President Grob has just returned from fruitful meetings in Mexico City, where PEMEX and Chimera have begun to collaborate on utilizing CHMR's revolutionary exothermic Non-Hydraulic Extraction system throughout Latin America. The Non-Hydraulic Extraction system is a revolutionary Shale Oil extraction technology designed to safely and economically replace hydraulic fracturing (AKA fracking and fracing) without negative environmental impacts. The new process uses no water. As a result of the meetings, PEMEX has already identified using the new process on Chicontepec Formation wells. The Chicontepec Formation is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil.

President Grob is scheduling to follow up with a meeting in Houston with Dr. Nestor Martinez Romero, Commissioner of the National Commission of Hydrocarbons of Mexico, also known as the CNH. Dr. Romero has already voiced his support for the new technology, saying it could be a "game changer for Mexico's oil production".

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. Due to the recent positive developments in Mexico, the Company now expects to utilize their new relationship with Weis S.A. to complete much of this work in Mexico City. President Grob expects to disclose these new developments as they are finalized.

**About Chimera Energy Corp.**

TM000239

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

TM000240

| | |
|---|---|
| Subject: | Fwd: PR version 3 |
| From: | Thomas Massey (thomas.massey@yahoo.com) |
| To: | john.david.brotherton@gmail.com; |
| Date: | Sunday, August 19, 2012 5:34 PM |

Thomas Massey
409-658-1970 Cell

Begin forwarded message:

> **From:** Chimera Energy <cgrob@chimeraenergyusa.com>
> **Date:** August 19, 2012 5:12:28 PM CDT
> **To:** Thomas Massey <thomas.massey@yahoo.com>
> **Subject: Re: PR version 3**
>
> Approved. Thanks Tom.
>
> Sent from my iPhone
>
> On Aug 19, 2012, at 5:10 PM, Thomas Massey <thomas.massey@yahoo.com> wrote:
>
>> Here it is again with the latest revision.
>>
>> **Thomas Massey**
>> **409-658-1970 cell**
>>
>> <CHMR_Pres_Comments_082012.docx>

http://us-mg4.mail.yahoo.com/neo/launch?.rand=460pka2fnu2pp                4/6/2013

| Subject: | Revised CHMR release |
|---|---|
| From: | Thomas Massey (thomas.massey@yahoo.com) |
| To: | cgrob@chimeraenergyusa.com; |
| Date: | Wednesday, September 12, 2012 11:32 AM |

Revised version

Thomas Massey
409-658-1970 Cell

**TODAY**(Beta) • Powered by Yahoo!
Whistleblower to get millions from IRS

Get Yahoo Search App! • Privacy Policy

FW-03772                                                                                       TM000368

**Chimera Energy Corp Sets up Non-Hydraulic Extraction System Assembly in Poza Rica at Chicontepic Basin**

Houston, TX—September 13, 2012—Chimera Energy Corp (OTCBB: CHMR) announced today that Company consultant Weis S.A. has engaged Alta Maquinaria SA de CV in Poza Rica for final fabrications and assembly of the main equipment to be used for Non-Hydraulic Shale Oil Extraction at the Chicontepic Basin in Mexico. Earlier this week, Chimera Energy Corp management announced that they have formulated a 90-day schedule under the guidance of Weis S.A. for the first deployment of Non-Hydraulic Shale Oil Extraction in the Chicontepic Basin. This basin is considered Mexico's largest certified hydrocarbon reserve, totaling more than 139 billion barrels of oil (22.1×109 m3).

Chimera Energy Corp's Non-Hydraulic Extraction system is an unprecedented Shale Oil extraction system designed to safely and economically replace hydraulic fracking (AKA fracturing and fracing) without negative environmental impacts. The new process uses no water and also does not use steam, LPG gel, natural gas or the pumping of anything hot into the well.

Well data shows that the first wells targeted for use of Non-Hydraulic Extraction may be ideal for Non-Hydraulic Extraction versus hydraulic fracking, even beyond the environmental positives. A majority of Chicontepic Basin wells show to have extremely large pocket reserves off of the main well bore, which may be easier to open up with the focused pressures designed into the Non-Hydraulic Extraction system as opposed to regular hydraulic fracking. The Company plans to use the resulting data from Mexico to further proliferate the new technology worldwide.

Non-Hydraulic Extraction has recently emerged to be asserted as a cheaper and more effective extraction method that does not affect groundwater at all. Chimera Energy Corp is in the process of reengineering this new method for mass production, relicensing and sales. For a description of how Non-Hydraulic Extraction works, please visit www.zerowaterfracking.com

**About Chimera Energy Corp.**

Chimera Energy Corp is a Texas corporation listed on the OTCBB under the trading symbol CHMR. Chimera Energy Corp (CHMR) acquires, develops, licenses and sells new energy technology and products that are designed to profit from the current domestic shale oil boom.

More information about Chimera Energy Corp may be found at www.ChimeraEnergyUSA.com

TM000368 A

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This news release contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements that include the words "believes," "expects," "anticipate" or similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of the company to differ materially from those expressed or implied by such forward-looking statements. In addition, description of anyone's past success, either financial or strategic, is no guarantee of future success. This news release speaks as of the date first set forth above and the company assumes no responsibility to update the information included herein for events occurring after the date hereof.

Media Contact:
Charles Grob
Chimera Energy Corp
832-390-2334

| | |
|---|---|
| **Subject:** | Fwd: Draft CHMR release for tomorrow |
| **From:** | Thomas Massey (thomas.massey@yahoo.com) |
| **To:** | cgrob@chimeraenergyusa.com; |
| **Date:** | Wednesday, September 12, 2012 9:45 AM |

Charles please review for tomorrow

Thomas Massey
409-658-1970 Cell

**TODAY** *(Beta)* • Powered by Yahoo!
Punishment could be coming for Navy SEAL

Get Yahoo Search App! • Privacy Policy