United States District Court
Southern District of Texas
**ENTERED**
July 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § § Plaintiff, § VS. § ANDREW I FARMER, *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 4:14-CV-2345 |

## FINAL JUDGMENT

In the Memorandum and Order of October 7, 2015 (Doc. No. 70), the Court granted Plaintiff Securities and Exchange Commission's Motion for Summary Judgment on all claims against Defendant Andrew I. Farmer. On May 18, 2016, this Court granted Defendant Farmer's Motion to Stay Entry of Final Judgment pending the filing of a motion to vacate. (Doc. No. 111.) Defendant Farmer filed motions to vacate on June 6, 2016 and December 28, 2016. (Doc. Nos. 115, 125.) On April 27, 2017, the Court denied Defendant Farmer's Renewed Motion to Vacate. (Doc. No. 133.)

Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** against Defendant Andrew I. Farmer.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17 day of July, 2017.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE