IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



JAN 1 6 2018

David J. Bradley, Clerk of Court

No. 17-20589

4:14-cv-2345

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee

v.

ANDREW I. FARMER,

Defendant - Appellant

A True Copy
Certified order issued Jan 16, 2018

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of January 16, 2018, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Christina Gardner
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 16, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 17-20589    SEC v. Andrew Farmer  
                         USDC No. 4:14-CV-2345

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Christina Gardner*  
                        By: _____  
                        Christina A. Gardner, Deputy Clerk  
                        504-310-7684

cc w/encl:  
    Mr. Jeffrey J. Ansley  
    Mr. J. Kevin Edmundson  
    Mr. Dominick V. Freda  
    Mr. Nikolay V. Vydashenko