UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Securities & Exchange Commission §
§
§
§
§ ACTION NUMBER:
§ 4:14-CV-02345
§
*versus* §
§
§
Andrew I. Farmer §
§
§

United States Courts
Southern District of Texas
FILED

JUN 0 8 2018

David J. Bradley, Clerk of Court

ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | 18 July 2017 |
|---|---|
| Judgment in Favor of: | U.S. Securities and Exchange Commission |
| Judgment Against: | Andrew I. Farmer |
| Amount of Judgment: | $1,950,000.00 |
| Amount of Costs: | $ |
| Rate of Interest: | % |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

    The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: JUN 0 8 2018

CLERK OF COURT
By: _____
Deputy Clerk

O:Houforms/Forms-Web